# United States Bankruptcy Court
## Middle District of Florida

In re  **Star Island Vacation Ownership Association, Inc.**          Case No.  **6:25-bk-**
                                Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 6, 2025**

Signed by:

*Jeannine Rodriguez*
5055847547784E4...

**/s/ Jeannine Rodriguez**
**Jeannine Rodriguez/President**
Signer/Title

Star Island Vacation Ownership Association
5000 Avenue of the Stars
Kissimmee, FL 34746

State of Florida
Dept of Business & Prof. Reg
2601 Blair Stone Road
Tallahassee, FL 32301-0783

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

State of Florida
Div of Condo, Timeshare & MH
2601 Blair Stone Road
Tallahassee, FL 32301-0783

Club Wyndham Plus
c/o Fairshare Vacation Plan
10750 W. Charleston Blvd.
Suite 130
Las Vegas, NV 89135

Stephens Insurance LLC
111 Center St., Ste. 100
Little Rock, AR 72201-4451

Fidelity National Title Ins.
3801 PGA Blvd., Ste. 605
Palm Beach Gardens, FL 33410

Vacation Resort Management
501 W. Church Street
Orlando, FL 32805

Internal Revenue Service
Centralized Insolvency Ops
P.O. Box 7346
Philadelphia, PA 19101-7346

K&L Gates LLP
One Network Center
Tenth Floor
Newark, NJ 07201

Omni Agent Solutions
5955 Desoto Ave., Ste 100
Woodland Hills, CA 91367

Osceola County Tax Collector
2501 E. Irlo Bronson Highway
Kissimmee, FL 34744

Star Island Management Corp.
5000 Avenue of the Stars
Kissimmee, FL 34746