**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:25-bk-07207-GER** |
| **STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.,** | **CHAPTER 11** |
| **Debtor.** _____/ | |

**DEBTOR'S SECOND MOTION FOR AN EXTENSION OF
TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES,
SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
AND STATEMENT OF FINANCIAL AFFAIRS**

**STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.** ("Debtor"), hereby files this second motion, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an extension of time to file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (the "Motion"), and respectfully represents as follows:

1. On November 6, 2025, the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code ("Petition Date") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

2. No creditors' committee has yet been appointed in any of this case by the Office of the United States Trustee.

3. On November 10, 2025, a Subchapter V Trustee was appointed to this case (Doc. No. 18).

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

1

5. On November 18, 2025, the Debtor filed its *Motion for an Extension of Time to file Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs* (the "First Extension Motion") (Doc. No. 35).

6. On November 24, 2025, this Court entered an Order Granting the First Extension Motion which extended the deadline for the Debtor to file its Schedules and Statements to on or before December 1, 2025 (Doc. No. 51).

7. By this Motion, the Debtor seeks a second extension of the period in which to complete and file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules"), as required by § 521 of the Bankruptcy Code, FRBP 1007 and Local Rule 1007-1. Specifically, the Debtor requests that such period be extended to Thursday, December 4, 2025, a date twenty-eight (28) days from the Petition Date, without prejudice to the Debtor's right to seek an additional extension upon cause. Such time period represents an extension of fourteen (14) days beyond the initial fourteen (14) days allowed under FRBP 1007(c).

8. On the Petition Date, the Debtor attached to its voluntary petition a list of all creditors and parties-in-interest.

9. In order to prepare the Schedules and Statement of Financial Affairs required by F.R.B.P. 1007, it is necessary to gather information from various documents and to compile information with regard to the creditors. The Debtor has been diligently compiling this information but require additional time to complete this project.

10. The additional time requested will extend the due date for the Schedules and Statement of Financial Affairs to Thursday, December 4, 2025, a date four (4) calendar days prior to the first meeting of creditors, which has been scheduled for December 8, 2025 at 1:00 p.m. (Doc. No. 23).

11. While the Debtor believes that the requested extension will provide sufficient time to permit the Debtor to complete and file the Schedules, the Debtor reserves the right to seek additional extensions on appropriate notice and motion to the Court.

12. Notice of this Motion has been provided to the Office of the United States Trustee for the Middle District of Florida, counsel to the secured creditors, the Debtor's 20 largest unsecured creditors, and all parties requesting notices, pursuant to FRBP 2002 and Local Rule 2002-1. The Debtor submits that no other or further notice need be provided.

13. No previous motion for the relief sought herein has been made to this or any other court.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order extending the time for filing the Schedules and Statement of Financial Affairs to Thursday, December 4, 2025, a date twenty-eight (28) days from the date the Debtor filed its Petition, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 1st day of December 2025.

/s/ Wendy Cramer Townsend, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
Wendy Cramer Townsend, Esq.
Florida Bar No. 0517951
wtownsend@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile: 407-337-2050
*Local Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO. 6:25-bk-07207-GER** |
| **STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC..,** | **CHAPTER 11**<br>**Subchapter V** |
| **Debtor.** _____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on December 1, 2025 a true copy of the forgoing has been uploaded for filing with the Clerk of Court in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including the following, who are registered to receive electronic notices in this case: **UNITED STATES TRUSTEE – ORL**, 400 West Washington Street, Suite 1100, Orlando, FL 32801 (USTP.Region21.OR.ECF@usdoj.gov); and the **SUBCHAPTER V TRUSTEE**, Aaron R. Cohen (aaron@arcohenlaw.com).

    **I FURTHER CERTIFY** that on December 1, 2025 a true and correct filed copy the foregoing was submitted to Omni Agent Solutions, Inc. who will serve such by the United States Postal Service, via First Class United States Mail, postage prepaid on the creditors and interested parties and will file an affidavit of service subsequent to this filing.

                                                                              /s/ Wendy Cramer Townsend
                                                                               Wendy Cramer Townsend