**ORDERED.**

**Dated: December 01, 2025**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                    CASE NO.: 6:25-bk-07207-GER

**STAR ISLAND VACATION**                 **CHAPTER 11**
**OWNERSHIP ASSOCIATION, INC.,**

           **Debtor.**
_____/

**ORDER GRANTING DEBTOR'S SECOND MOTION FOR AN EXTENSION**
**OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES,**
**SCHEDULES OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS**

THIS CASE came on for consideration on the second motion of **STAR ISLAND**

**VACATION OWNERSHIP ASSOCIATION, INC.** ("Debtor"), for an extension of time to file

its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and

statements of financial affairs ("Motion") filed on December 1, 2025 (Doc. No. 54).  Upon

consideration of the Motion, it is

       **ORDERED**

       1.       The Motion is **GRANTED**.

2.      The deadline for the Debtor to file its Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs is extended to and including Thursday, December 4, 2025.

###

Attorney R. Scott Shuker, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.