**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE:<br><br>STAR ISLAND VACATION<br>OWNERSHIP ASSOCIATION, INC.,[1]<br><br>Debtor. | CASE NO. 6:25-bk-07207-GER<br><br>CHAPTER 11<br>SUBCHAPTER V |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 24, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Order Granting Debtor's Expedited Motion for Interim and Final Orders Authorizing Debtor to Pay Prepetition Trust Fund, Property, and Other Taxes and Similar Obligations [Docket No. 39]**

- **Order Granting Debtor's Expedited Motion for Entry of an Order (I) Authorizing Debtor to Suppress Certain Personally Identifiable Information for Individual Creditors, Interest Owners, and Parties in Interest and (II) Limiting Debtor's Noticing Obligations] Docket No. 42]**

- **Order Granting Expedited Motion for Entry of an Order: (A) Approving the Form and Manner of Notice of the Commencement of this Chapter 11 Case,\* (B) Approving Form of Stipulation and Consent Agreement Authorizing Marketing and Sale of Ownership Interest(s) by Debtor Pursuant to 11 U.S.C. § 363(h), (C) Establishing Scope of Notice, and (D) Approving Service of Forms and Tabulation of Responses by Omni Agent Solutions, Inc. [Docket No. 43]**

- **Order Granting Debtor's Expedited Application for Entry of Order Authorizing Debtor to Employ and Retain Omni Agent Solutions, Inc., as Notice, Claims, and Solicitation Agent Effective as of the Petition Date [Docket No. 44]**

- **Interim Order Granting Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance with, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief [Docket No. 49]**

---

[1] The last four digits of Debtor's tax identification number are 6210. Debtor's primary place of business is 5000 Avenue of the Stars, Kissimmee, Florida 34746.

- Order Granting Debtor's Expedited Motion for Authority to (I) Continue to Administer Insurance Policies and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief [Docket No. 50]

- Order Granting Debtor's Motion for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs [Docket No. 51]

Pursuant to the Court's Order entered on November 21, 2025, at Doc. No. 42, Omni Agent Solutions, Inc. served the above court papers upon three individuals and will separately maintain the service details in order to protect against the disclosure of said individuals' personal information on the public record

Dated: November 25, 2025

_____
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 25th day of November, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Aaron R Cohen | P.O. Box 4218 | Jacksonville, FL 32201 | | | First Class Mail |
| Bank of America | P.O. Box 15284 | Wilmington, DE 19850 | | | First Class Mail |
| Club Wyndham Plus | c/o Fairshare Vacation Plan Use Management Trust | Attn: Amy Bornmann | 10750 W Charleston Blvd, Ste 130 | Las Vegas, NV 89135 | First Class Mail |
| Club Wyndham Plus | 10750 W Charleston Blvd, Ste 130 | Las Vegas, NV 89135 | | | First Class Mail |
| Comerica | 11 Anton Blvd, Ste 200 | Costa Mesa, CA 92626-7002 | | | First Class Mail |
| Courtney Crowley | Address Redacted | | | | First Class Mail |
| Fairfield Communities, Inc | Attn: Mark Nuzzo | 11001 Executive Center Dr | Little Rock, AR 72211 | | First Class Mail |
| Fairfield Communities, Inc | Attn: Thomas P Jones, Sr Counsel | 8669 Commodity Cir | Orlando, FL 32819 | | First Class Mail |
| Fidelity National Title Ins Co | 2400 Maitland Center Pkwy, Ste 110 | Maitland, FL 32751 | | | First Class Mail |
| Fidelity National Title Ins Co | 3801 Pga Blvd, Ste 605 | Palm Beach Gardens, FL 33410 | | | First Class Mail |
| Florida Dept of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399 | | | First Class Mail |
| HDI Global Specialty SE | HDI Platz 1 | 30659 Hannover | Germany | | First Class Mail |
| Hill Ward & Henderson PA | 101 E Kennedy Blvd, Ste 3700 | Tampa, FL 33602 | | | First Class Mail |
| Hill Ward & Henderson PA | P.O. Box 2532 | Tampa, FL 33601-2532 | | | First Class Mail |
| India Harbor Insurance Co | Regulatory Office | 505 Eagleview Blvd, Ste 100 | Exton, PA 19341-1120 | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30.133 | Philadelphia, PA 19104-5016 | First Class Mail |
| Internal Revenue Service Center | 1160 W 1200 S St | Ogden, UT 84201-0012 | | | First Class Mail |
| Jeannine Rodriguez | Address Redacted | | | | First Class Mail |
| Joanne M Powell CPA PA | 136 S Pointe Dr | Inverness, FL 34450 | | | First Class Mail |
| K&L Gates LLP | Attn: Daniel M Eliades, Peter J D'Auria | 1 Newark Ctr, 10th Fl | Newark, NJ 07102 | | First Class Mail |
| K&L Gates LLP | Attn: Jeffrey T Kucera | SE Financial Ctr, Ste 3900 | 200 S Biscayne Blvd | Miami, FL 33131 | First Class Mail |
| K&L Gates LLP | Attn: Jonathan N Edel | 300 S Tryon St, Ste 1000 | Charlotte, NC 28202 | | First Class Mail |
| M Kogan Consulting Inc | 3822 River Rd, Rear Bldg | Point Pleasant, NJ 08742 | | | First Class Mail |
| Melissa Colvin | Address Redacted | | | | First Class Mail |
| Office of the United States Trustee | Attn: Audrey M Aleskovsky | George C Young Federal Bldg | 400 W Washington St, Ste 1100 | Orlando, FL 32801 | First Class Mail |
| Office of the US Attorney | for the Middle District of Florida | 400 N Tampa St, Ste 3200 | Tampa, FL 33602 | | First Class Mail |
| Osceola County Tax Collector | P.O. Box 422105 | Kissimmee, FL 34742-2105 | | | First Class Mail |
| Osceola County Tax Collector | Attn: Bruce Vickers, Tax Collector | P.O. Box 422105 | Kissimmee, FL 34742-2105 | | First Class Mail |
| Palmetto Zeigler Chamberlain | 2901 W Cypress Creek Rd, Ste 120 | Ft Lauderdale, FL 33309 | | | First Class Mail |
| Secretary of State for the State of Florida | 2415 N Monroe St | Tallahassee, FL 32303 | | | First Class Mail |
| Shuker & Dorris, PA | 121 S Orange Ave, Ste 1120 | Orlando, FL 32801 | | | First Class Mail |
| Star Island Counsel | 1 Biscayne Blvd | Miami, FL 33131 | | | First Class Mail |
| Star Island Development Corp | 2800 N Poinciana Blvd | Kissimmee, FL 34746 | | | First Class Mail |
| Star Island Management Corp | 5000 Ave of the Stars | Kissimmee, FL 34746 | | | First Class Mail |
| Star Island Management Corp | 5000 Avenue of the Stars | Kissimmee, FL 34746 | | | First Class Mail |
| Star Island Vacation Ownership Association, Inc | 5000 Ave of the Stars | Kissimmee, FL 34746 | | | First Class Mail |
| State of Florida | Dep-Storage Tank Registration | P.O. Box 3070 | Tallahassee, FL 32315-3070 | | First Class Mail |
| State of Florida | Dept of Bus & Prof Regulation | 2601 Blair Stone Rd | Tallahassee, FL 32301-0783 | | First Class Mail |
| State of Florida | Dept of Envir Prot | P.O. Box 3070 | Tallahassee, FL 32315 | | First Class Mail |
| State of Florida | Dept of Insurance & State Fire Marshal | Tallahassee, FL 32399-0300 | | | First Class Mail |
| State of Florida | Div Fla Condo, Timeshrs & Mobile Homes | 1940 N Monroe St | Tallahassee, FL 32399-1004 | | First Class Mail |
| State of Florida | Div Fla Condo, Timeshrs & Mobile Homes | 2601 Blair Stone Rd | Tallahassee, FL 32301-0783 | | First Class Mail |
| State of Florida | Division of Florida Land Sales | 1940 N Monroe St | Tallahassee, FL 32399 | | First Class Mail |
| Stephens Insurance | 111 Center St | Little Rock, AR 72201 | | | First Class Mail |
| Stephens Insurance LLC | 111 Center St, Ste 100 | Little Rock, AR 72201-4451 | | | First Class Mail |
| Stephens Insurance LLC | P.O. Box 3507 | Little Rock, AR 72203 | | | First Class Mail |
| US Department of Treasury | Internal Revenue Service | Ogden, UT 84201-0012 | | | First Class Mail |
| US Trustee for Region 21 | 501 E Polk St | Tampa, FL 33602 | | | First Class Mail |
| US Trustee for Region 21 | Attn: Audrey M Aleskovsky, Wanda D Murray | George C Young Federal Bldg | 400 W Washington St, Ste 1100 | Orlando, FL 32801 | First Class Mail |
| Vacation Resort Management, Inc | Attn: Amy Bornmann | 501 W Church St | Orlando, FL 32805 | | First Class Mail |
| Vacation Resort Management, Inc | 501 W Church St | Orlando, FL 32805 | | | First Class Mail |
| Wells Fargo | P.O. Box 63020 | San Francisco, CA 94163 | | | First Class Mail |
| Wyndham Vacation Management | 6277 Sea Harbor Dr | Orlando, FL 32821 | | | First Class Mail |
| Wyndham Vacation Management | 8427 S Park Cir | Orlando, FL 32819 | | | First Class Mail |
| Wyndham Vacation Management, Inc | Attn: Matthew Sakac | 8427 S Park Cir | Orlando, FL 32819 | | First Class Mail |
| Wyndham Vacation Management, Inc | Attn: Office of the General Counsel-RM | 8427 S Park Cir | Orlando, FL 32819 | | First Class Mail |
| Wyndham Vacation Management, Inc | Attn: Resort Management | 8427 S Park Cir | Orlando, FL 32819 | | First Class Mail |
| Wyndham Vacation Resorts, Inc | 10650 W Charleston Blvd, Ste 160 | Las Vegas, NV 89135 | | | First Class Mail |
| Wyndham Vacation Resorts, Inc | Attn: Deanne Gabel | 8427 S Park Cir, Ste 500 | Orlando, FL 32819 | | First Class Mail |
| Wyndham Vacation Resorts, Inc | Attn: George Hewes, III, Esq | 8427 S Park Cir, Ste 500 | Orlando, FL 32819 | | First Class Mail |
| Wyndham Vacation Resorts, Inc | Attn: Jodi Roberts | 10650 W Charleston Blvd, Ste 160 | Las Vegas, NV 89135 | | First Class Mail |