| Fill in this information to identify the case: |
| --- |

Debtor name: **Star Island Vacation Ownership Association, Inc.**

United States Bankruptcy Court for the **Middle** Division, District of **Florida**

Case number (If known): **25-07207**

☐ **Check if this is an amended filing**

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B .......................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B ........................................................ $ 13,483,289.14

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B .......................................................... $ 13,483,289.14

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ............ $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ............. $ 1,000,178.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ........ + $ 33,787.49

4. **Total liabilities:**
Lines 2 + 3a + 3b ..................................................................................... $ 1,033,965.49

**Fill in this information to identify the case:**

Debtor name: Star Island Vacation Ownership Association, Inc.

United States Bankruptcy Court for the __Middle__ Division, District of __Florida__

Case number (If known): 25-07207

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank | Operating - Checking & Sweep Account | 8236 | $ 2,483,333.97 |
| | | | | *Bank balance as of petition date* |
| 3.2. | Comerica Financial Advisors (Ameriprise) | Reserve Account | 9421 | $ 7,861,927.99 |
| | | | | *Bank balance as of petition date* |
| 3.3. | Bank of America (Fidelity) | Restricted Fund | 8388 | $ 1,216,579.19 |
| | | | | *Bank balance as of petition date* |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 11,561,841.15 |
   |---|

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| 8.1. | Prepaid Insurance | $ | 7,659.00 |
|---|---|---|---|
| 8.2. | Prepaid Expense - Star Island Management Corporation | $ | 742,435.66 |
| 8.3. | Prepaid Expense - Department of Business and Professional Regulation (DBPR) | $ | 3,189.33 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 753,283.99

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11 a. 90 days old or less: | $ 335,364.08 | - | $ 0.00 | = → | $ 335,364.08 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11 b. Over 90 days old: | $ 811,513.92 | - | $ 0.00 | = → | $ 811,513.92 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 1,146,878.00

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| Valuation method used for current value | Current value of debtor's interest |
|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. Is any of the property listed in Part 5 perishable?

☐ No.

☐ Yes.

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No.

☐ Yes.

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops–either planted or harvested | | | |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |

31. Farm and fishing supplies, chemicals, and feed

32. Other farming and fishing-related property not already listed in Part 6

33. Total of Part 6.

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. Is the debtor a member of an agricultural cooperative?

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

36. Is a depreciation schedule available for any of the property listed in Part 6?

☐ No.

☐ Yes.

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8. *No such assets owned by debtor*

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. Office furniture

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. Is a depreciation schedule available for any of the property listed in Part 7?

☐ No.

☐ Yes.

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☐ No.

☐ Yes.

**Part 8:**  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

| | $ 0.00 |
|---|---|

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No.

☐ Yes.

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No.

☐ Yes.

**Part 9:**  Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| 55.1. | 1.53% of the interval ownership of a 184−Unit Condominium Apartments on a 4.639+/− Acre Site located at 5000 Avenue of the Stars, Kissimmee, FL 34746 | Tenants in Common | $           Undetermined | N/A | $           Undetermined |
|---|---|---|---|---|---|

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $ 0.00 |
|---|---|

57. Is a depreciation schedule available for any of the property listed in Part 9?

☑ No.

☐ Yes.

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

| 63.1. | Owner List | $ | Undetermined | N/A | $ | Undetermined |
| --- | --- | --- | --- | --- | --- | --- |

64. Other intangibles, or intellectual property

65. Goodwill

66. Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No.

☐ Yes.

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No.

☐ Yes.

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 11: | All other assets |
| --- | --- |

70. Does the debtor own any other assets that have not yet been reported on this form?

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. Notes receivable

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)    Tax year

| 72.1. | Federal Tax Overpayment | 2024 | $ | 21,286.00 |

73. **Interests in insurance policies or annuities**

| 73.1. | See Attached Exhibit AB73 | $ | Undetermined |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

| 77.1. | Miscellaneous Furnishings | $ | Undetermined |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                              $ 21,286.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 11,561,841.15 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 753,283.99 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 1,146,878.00 | |
| 83 . Investments. Copy line 17, Part 4. | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 0.00 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 0.00 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 0.00 | |
| 88 . Real property. Copy line 56, Part 9. | | $ 0.00 |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | $ 0.00 | |
| 90 . All other assets. Copy line 78, Part 11. | $ 21,286.00 | |

91 . Total. Add lines 80 through 90 for each column.

91a. $ 13,483,289.14   +   91b. $ 0.00

92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92

13,483,289.14

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

## EXHIBIT A

**Parcel Number: R11-25-28-5112-0001-0010**

An undivided **6,440,000 / 420,960,000** tenant-in-common fee simple interest in the real property commonly known as **Phase I of FAIRFIELD ORLANDO AT STAR ISLAND**, together with all appurtenances thereto, according and subject to the Declaration of Covenants, Conditions, and Restrictions for Fairfield Orlando at Star Island as recorded in Official Records Book 1709, Page 1701 et seq., of the Public Records of Osceola County, Florida, together with any and all amendments and supplements thereto (the "Declaration").

*AND*

**Parcel Number: R11-25-28-5112-0001-0020**

An undivided **7,476,000 / 490,299,000** tenant-in-common fee simple interest in the real property commonly known as **Phase II of FAIRFIELD ORLANDO AT STAR ISLAND**, together with all appurtenances thereto, according and subject to the Declaration of Covenants, Conditions, and Restrictions for Fairfield Orlando at Star Island as recorded in Official Records Book 1709, Page 1701 et seq., of the Public Records of Osceola County, Florida, together with any and all amendments and supplements thereto (the "Declaration").

*AND*

**Parcel Number: R11-25-28-5112-0001-0230**

An undivided **7,476,000 / 490,299,000** tenant-in-common fee simple interest in the real property commonly known as **Phase III of FAIRFIELD ORLANDO AT STAR ISLAND**, together with all appurtenances thereto, according and subject to the Declaration of Covenants, Conditions, and Restrictions for Fairfield Orlando at Star Island as recorded in Official Records Book 1709, Page 1701 et seq., of the Public Records of Osceola County, Florida, together with any and all amendments and supplements thereto (the "Declaration").

*AND*

**Parcel Number: R11-25-28-5112-0001-0250**

An undivided **7,476,000 / 490,299,000** tenant-in-common fee simple interest in the real property commonly known as **Phase IV of FAIRFIELD ORLANDO AT STAR ISLAND**, together with all appurtenances thereto, according and subject to the Declaration of Covenants, Conditions, and Restrictions for Fairfield Orlando at Star Island as recorded in Official Records Book 1709, Page 1701 et seq., of the Public Records of Osceola County, Florida, together with any and all amendments and supplements thereto, including, but not limited to, the "Third Amendment to the Declaration of Covenants, Conditions and Restrictions for Fairfield Orlando at Star Island" recorded on September 17, 2003 as CL No. 2003171947, and Official Records Book 2340, Page 919 (the "Declaration").

CFN# 2025119581 OFFICIAL RECORDS O  DOC_TYPE TSDEED BK 6855 PG 813 PAGE 3 OF 3

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 73

INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**Star Island Vacation Ownership Association, Inc.**
**Case No. 25-07207**
**Schedule AB 73. Interests in Insurance Policies or Annuities**

| Insurer | Coverage | Policy # | Policy Term* | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Allianz Underwriters Insurance Company | General Liability, Umbrella Policy | USC037967230 | 12/1/2024-12/1/2025 | Undetermined |
| Columbia Casualty Company | General Liability, Umbrella Policy | SCV0140832401 | 12/1/2024-12/1/2025 | Undetermined |
| Fireman's Fund Insurance Company | General Liability, Umbrella Policy | XLS2005835 | 12/1/2024-12/1/2025 | Undetermined |
| HDI Global Specialty SE | Not-for-Profit Company Management Liability Policy | FRL-H-P-ML-00013154-01 | 7/1/2025 - 7/1/2026 | Undetermined |
| Indian Harbor Insurance Company | General Liability, Umbrella Policy | 7063805920 | 12/1/2024-12/1/2025 | Undetermined |
| Scottsdale Insurance Company | General Liability, Umbrella Policy | SXSL001000055900 | 12/1/2024-12/1/2025 | Undetermined |
| Summit Specialty Insurance Company | General Liability, Umbrella Policy | SXS0064741 | 12/1/2024-12/1/2025 | Undetermined |

*Policy End Dates May Include Extensions*

Fill in this information to identify the case:

Debtor name: **Star Island Vacation Ownership Association, Inc.**

United States Bankruptcy Court for the **Middle** Division, District of **Florida**

Case number (If known): **25-07207**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| **2.** | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** |

Debtor    Star Island Vacation Ownership Association, Inc.    Case number *(if known)* 6:25-07207

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name: __Star Island Vacation Ownership Association, Inc.__

United States Bankruptcy Court for the __Middle__ Division, District of __Florida__

Case number (If known): __25-07207__

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C§ 507).**

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
| --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**
Internal Revenue Service Center
1160 W 1200 S St
Ogden, UT 84201-0012
**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Federal Taxes
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $17,620.13    Priority Amount: $17,620.13

**2.2** **Priority creditor's name and mailing address**
Osceola County Tax Collector
P.O. Box 422105
Kissimmee, FL 34742-2105
**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Real Estate Taxes
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $982,557.87    Priority Amount: $982,557.87

Debtor    Star Island Vacation Condominium Owners Association, Inc.    Case number _(if known)_ _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the
   Additional Page of Part 2

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,785.49
Club Wyndham Plus
Fairshare Vacation Plan Use Management Trust
10750 W Charleston Blvd, Ste 130
Las Vegas, NV 89135

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Management Services

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00
Star Island Management Corp
5000 Avenue of the Stars
Kissimmee, FL 34746

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Management Services

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00
Vacation Resort Management, Inc
501 W Church St
Orlando, FL 32805

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Management Services

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 2 of 4 |
|---|---|---|

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.2 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.3 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.4 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.5 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.6 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.7 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.8 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.9 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.10 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.11 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.12 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.13 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.14 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.15 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.16 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.17 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.18 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |
| 4.19 | Line ____<br>☐ Not listed. Explain | __ __ __ __ |

Debtor    Star Island Vacation Ownership Trust, Inc.    Case number *(if known)* 6:25-bk-07207-GER

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  |  | Total of claim amounts |
| --- | --- | --- | --- | --- |
| 5.a | **Total claims from Part 1.** | 5a |  | $1,000,178.00 |
| 5.b | **Total claims from Part 2.** | 5b | + | $33,787.49 |
| 5.c | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c | 5c | + | $1,033,965.49 |

**Fill in this information to identify the case:**

Debtor name: __Star Island Vacation Ownership Association, Inc.__

United States Bankruptcy Court for the __Middle__ Division, District of __Florida__

Case number (If known): __25-07207__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| 1. Does the debtor have any executory contracts or unexpired leases? |
|---|
| ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form. |
| ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B). |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Agreement Relating to Management | Fairfield Communities, Inc<br>Attn: Mark Nuzzo<br>11001 Executive Center Dr<br>Little Rock, AR 72211 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Agreement Relating to Management | Fairfield Communities, Inc<br>Attn: Thomas P Jones, Sr Counsel<br>8669 Commodity Cir<br>Orlando, FL 32819 |
| State the term remaining | Unknown | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Fairshare Plus Program Affiliation Agreement | Fairshare Vacation Owners Association<br>Attn: Bran D Keller |
| State the term remaining | 03/14/2008-12/31/2025 | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Agreement for Delinquent POA Fees (the Agreement) | FairShare Vacation Owners Association |
| State the term remaining | 09/09/2009-12/31/2010 | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | Not-For-Profit Company Management Liability Binder | HDI Global Specialty SE<br>HDI Platz 1<br>30659 Hannover<br>Germany |
| State the term remaining | 07/01/2025-07/01/2026 | |
| List the contract number of any government contract | FRL-H-P-ML-00013154-01 | |
| **2.6** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lines Policy | HDI Global Specialty SE<br>HDI Platz 1<br>30659 Hannover<br>Germany |
| State the term remaining | 07/01/2025-07/01/2026 | |
| List the contract number of any government contract | FRL-H-P-ML-00013154-01 | |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest | Pollution and Remediation Legal Liability Declarations | India Harbor Insurance Co<br>Regulatory Office<br>505 Eagleview Blvd, Ste 100<br>Exton, PA 19341-1120 |
| State the term remaining | 01/01/2023-01/01/2026 | |
| List the contract number of any government contract | PEC005578001 | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Relating to Management | Star Island Counsel<br>1 Biscayne Blvd<br>Miami, FL 33131 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Relating to Management | Star Island Development Corp<br>2800 N Poinciana Blvd<br>Kissimmee, FL 34746 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Tax Review Services Letter Agreement | Wyndham Vacation Management, Inc<br>Attn: Matthew Sakac<br>8427 S Park Cir<br>Orlando, FL 32819 |
| | State the term remaining | 09/25/2012-09/24/2013 | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Amended & Restated Management Agreement Between Wyndham Vacation Management, Inc and Star Island Vacation Ownership Association, Inc | Wyndham Vacation Management, Inc<br>Attn: Office of the General Counsel-RM<br>8427 S Park Cir<br>Orlando, FL 32819 |
| | State the term remaining | 01/01/2009-01/01/2012 | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Amended & Restated Management Agreement Between Wyndham Vacation Management, Inc and Star Island Vacation Ownership Association, Inc | Wyndham Vacation Management, Inc<br>Attn: Resort Management<br>8427 S Park Cir<br>Orlando, FL 32819 |
| | State the term remaining | 01/01/2009-01/01/2012 | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Inventory Foreclosure Agreement | Wyndham Vacation Resorts, Inc<br>10650 W Charleston Blvd, Ste 160<br>Las Vegas, NV 89135 |
| | State the term remaining | 10/15/2014 | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Delinquent POA Fees (the Agreement) | Wyndham Vacation Resorts, Inc<br>10650 W Charleston Blvd, Ste 160<br>Las Vegas, NV 89135 |
| | State the term remaining | 09/09/2009-12/31/2010 | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Fairshare Plus Program Affiliation Agreement | Wyndham Vacation Resorts, Inc<br>Attn: Deanne Gabel<br>8427 S Park Cir, Ste 500<br>Orlando, FL 32819 |
| | State the term remaining | 03/14/2008-12/31/2025 | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Fairshare Plus Program Affiliation Agreement | Wyndham Vacation Resorts, Inc<br>Attn: George Hewes, III, Esq<br>8427 S Park Cir, Ste 500<br>Orlando, FL 32819 |
| | State the term remaining | 03/14/2008-12/31/2025 | |
| | List the contract number of any government contract | | |

Debtor    Star Island Vacation Condominium Association, Inc.    Case number *(if known)* 6:25-bk-07207
         Name

<table>
<tr><td>█</td><td><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Renewal Notification & Letter of Amendment | Wyndham Vacation Resorts, Inc<br>Attn: Jodi Roberts<br>10650 W Charleston Blvd, Ste 160<br>Las Vegas, NV 89135 |
| | State the term remaining | 01/01/2014-12/31/2014 | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 3 of 3 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: <u>Star Island Vacation Ownership Association, Inc.</u>

United States Bankruptcy Court for the <u>**Middle**</u> Division, District of <u>**Florida**</u>

Case number (If known): <u>25-07207</u>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes.

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

Debtor name: **Star Island Vacation Ownership Association, Inc.**

United States Bankruptcy Court for the **Middle** Division, District of **Florida**

Case number (If known): **25-07207**

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets-Real and Personal Property* (Official Form 206 A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206 D)
- [x] *Schedule E/F: Creditors Who Have Claims Unsecured Claims* (Official Form 206 E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206 G)
- [x] *Schedule H: Codebtors* (Official Form 206 H)
- [x] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] *Amended Schedule*

- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- [ ] *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | Monday, December 1st, 2025 | Signature | /s/ Jeannine Rodriguez |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Jeannine Rodriguez |
| | | Title | President |

**Fill in this information to identify the case:**

Debtor name: **Star Island Vacation Ownership Association, Inc.**

United States Bankruptcy Court for the **Middle** Division, District of **Florida**

Case number (If known): **25-07207**

☐ **Check if this is an amended filing**

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From | 01/01/2025<br>MM / DD /YYYY | to | 10/31/2025<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other _____ | $8,505,315.00 |
| For prior year: | From | 01/01/2024<br>MM / DD /YYYY | to | 12/31/2024<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other _____ | $12,963,428.00 |
| For the year before that: | From | 01/01/2023<br>MM / DD /YYYY | to | 12/31/2023<br>MM / DD /YYYY | ☑ Operating a business<br>☐ Other _____ | $12,455,768.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue<br>Check all that apply | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From | 01/01/2025<br>MM / DD /YYYY | to | 10/31/2025<br>MM / DD /YYYY | Interest Income | $42,647.00 |
| For prior year: | From | 01/01/2024<br>MM / DD /YYYY | to | 12/31/2024<br>MM / DD /YYYY | Interest Income | $535,941.00 |
| For the year before that: | From | 01/01/2023<br>MM / DD /YYYY | to | 12/31/2023<br>MM / DD /YYYY | Interest Income | $241,105.00 |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 04/01/2028 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. See Attached Exhibit SOFA 3<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | | $ 3,541,948.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 04/01/2028 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

☑ None

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case

☑ None

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 206A/B (Schedule A/B: Assets â€" Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 Damage to building due to Hurricane Milton | $19,884.91 | 10/20/2024 | $Undetermined |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | See Attached SOFA11 Exhibit | | | $186,738.00 |

Addresses

Street

City          State          ZIP Code

Email or website addresses

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ None

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
--- diagnosing or treating injury, deformity, or disease, or
--- providing any surgical, psychiatric, drug treatment, or obstetric care?
☑ None

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**
☐ No. Go to Part 9
☑ Yes. State the nature of the information collected and retained. Customer Name & Address
   **Does the debtor have a privacy policy about that information?**
   ☑ No
   ☐ Yes

*No association privacy policy; Information retention governed by FL Statute 721*

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
☑ No. Go to Part 10
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☑ No.
☐ Yes. Provide details below

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No.
☐ Yes. Provide details below

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No.
☐ Yes. Provide details below

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

26a.1.

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Jennifer Aviles | | | From | Unknown | To Present |
| Name | | | | | |
| 501 W Church Street | | | | | |
| Street | | | | | |
| Orlando | FL | 32805 | | | |
| City | State | ZIP Code | | | |
| | | | | | |
| Country | | | | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

26b.1.

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Joanne Powell, CPA, PA | | | From | 08/04/2025 | To Present |
| Name | | | | | |
| 5136 South Pointe Dr | | | | | |
| Street | | | | | |
| Inverness | FL | 34450 | | | |
| City | State | ZIP Code | | | |
| | | | | | |
| Country | | | | | |

26b.2.

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| Fuoco Group, LLC | | | From | Unknown | To 8/4/2025 |
| Name | | | | | |
| 7900 Red Road, Ste 26 | | | | | |
| Street | | | | | |
| South Miami | FL | 33143 | | | |
| City | State | ZIP Code | | | |
| | | | | | |
| Country | | | | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| Star Island Management Co | | | |
| Name | | | |
| 5000 Avenue of the Stars | | | |
| Street | | | |
| Kissimmee | FL | 34746 | |
| City | State | ZIP Code | |
| | | | |
| Country | | | |

**26c.2.**

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| Travel & Leisure Co | | | |
| Name | | | |
| 501 W Church St | | | |
| Street | | | |
| Orlando | FL | 32805 | |
| City | State | ZIP Code | |
| | | | |
| Country | | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeannine Rodriguez | 5353 Del Verde Way, Orlando, FL 32819 | President | |
| Melissa Colvin | 155 Centennial Olympic Park Dr NW, Atlanta, GA 30313 | Vice President | |
| Courtney Crowley | 6277 Sea Harbor Dr, Ste 400, Orlando, FL 32821 | Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No.

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

☑ No.

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No.

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No.

☐ Yes. Identify below.

**Part 14:**     **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on       12/01/2025
                   MM / DD / YYYY

/s/ Jeannine Rodriguez                         Printed name    Jeannine Rodriguez
Signature of individual signing on behalf of the debtor

Position or relationship to debtor        President

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☑ No
☐ Yes

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 3

## CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
## WITHIN 90 DAYS BEFORE FILING THIS CASE

**Star Island Vacation Ownership Association, Inc.**
**Case No. 25-07207**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| American Enterprise Investment Serv | 8/26/2025 | $ 228,655.92 | |
| American Enterprise Investment Serv | 8/26/2025 | $ 621,064.40 | |
| **American Enterprise Investment Serv Total** | | **$ 849,720.32** | |
| Fidelity National Title Ins Co | 8/26/2025 | $ 93,936.76 | |
| Fidelity National Title Ins Co | 9/25/2025 | $ 93,936.76 | |
| Fidelity National Title Ins Co | 10/24/2025 | $ 93,936.76 | |
| **Fidelity National Title Ins Co Total** | | **$ 281,810.28** | |
| IRS USA | 10/31/2025 | $ 30,458.00 | Tax Payment |
| **IRS USA Total** | | **$ 30,458.00** | |
| RCIRM Parsippany Concentration Acc | 8/26/2025 | $ 146,245.65 | |
| RCIRM Parsippany Concentration Acc | 9/25/2025 | $ 155,871.57 | |
| RCIRM Parsippany Concentration Acc | 10/24/2025 | $ 172,423.26 | |
| **RCIRM Parsippany Concentration Acc Total** | | **$ 474,540.48** | |
| Star Island Management Corp | 9/5/2025 | $ 621,064.40 | Management Fee |
| Star Island Management Corp | 9/25/2025 | $ 631,777.97 | Management Fee |
| Star Island Management Corp | 10/22/2025 | $ 550,501.99 | Management Fee |
| **Star Island Management Corp Total** | | **$ 1,803,344.36** | |
| Wells Fargo Bank, N.A. | 8/11/2025 | $ 238.99 | Bank Fee |
| Wells Fargo Bank, N.A. | 9/11/2025 | $ 241.16 | Bank Fee |
| Wells Fargo Bank, N.A. | 10/14/2025 | $ 238.12 | Bank Fee |
| **Wells Fargo Bank, N.A. Total** | | **$ 718.27** | |
| Wyndham Resort S Corp | 8/13/2025 | $ 33,785.49 | Management Fee |
| Wyndham Resort S Corp | 9/17/2025 | $ 33,785.49 | Management Fee |
| Wyndham Resort S Corp | 10/15/2025 | $ 33,785.49 | Management Fee |
| **Wyndham Resort S Corp Total** | | **$ 101,356.47** | |
| **Grand Total** | | **$ 3,541,948.18** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 6, QUESTION 11

## PAYMENTS RELATED TO BANKRUPTCY

**Star Island Vacation Ownership Association, Inc.**
**Case No. 25-07207**
**SOFA 11. Payments related to bankruptcy**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total Amount or Value | Email or Website Address | Who made the payment, if not debtor? |
|---|---|---|---|---|---|
| K&L Gates, LLP | | 7/25/2025 | $ 50,000.00 | www.klgates.com | |
| K&L Gates, LLP | | 11/6/2025 | $ 50,000.00 | www.klgates.com | |
| Omni Agent Solutions, Inc. | | 9/9/2025 | $ 10,000.00 | www.omniagentsolutions.com | |
| Omni Agent Solutions, Inc. | | 11/4/2025 | $ 25,000.00 | www.omniagentsolutions.com | |
| Shuker & Dorris, PA | | 10/1/2025 | $ 51,738.00 | www.shukerdorris.com | |
| **Grand Total** | | | **$ 186,738.00** | | |