[jiffyord] [Bench Order +]

**ORDERED.**

**Dated: December 03, 2025**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:25−bk−07207−GER
Chapter 11

Star Island Vacation Ownership Association, Inc.

_____Debtor*_____/

**ORDER GRANTING ORE TENUS MOTION TO MAKE TAX PAYMENT**

THIS CASE came on for hearing on November 18, 2025, for consideration of the *Ore Tenus Motion to Make Tax Payment* (Doc. No. 36), filed by **Debtor Star Island Vacation Ownership Association, Inc.**

For the reasons stated orally and recorded in open court, the *Ore Tenus Motion to Make Tax Payment* is **GRANTED**. *See Order Granting Debtor's Expedited Motion for Interim and Final Orders Authorizing Debtor to Pay Prepetition Trust Fund, Property, and Other Taxes and Similar Obligations* ¶ 2 (Doc. No. 39).

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney R Scott Shuker is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.