**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | |
| | **CASE NO. 6:25-bk-07207-GER** |
| **STAR ISLAND VACATION** | |
| **OWNERSHIP ASSOCIATION, INC.** | **CHAPTER 11** |
| | |
| Debtor. | Subchapter V |
| _____/ | |

## SUBCHAPTER V STATUS REPORT

STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC. ("Debtor"), though counsel and pursuant to 11 U.S.C. § 1188(c) and this Court's *Order Prescribing Procedures in Chapter 11 Subchapter 11 V Case, Scheduling Status Conference, and Establishing Consequences for Non-Compliance* (Doc. No. 38), files this Subchapter V Status Report.

1. Debtor has undertaken the following efforts to attain a consensual plan of reorganization:

    a. Communicated with the Subchapter V Trustee, Aaron R. Cohen, Esq.

    b. Coordinated with Omni Agent Solutions, Inc. ("Omni") to have both a toll-free information line and a link to a "frequently asked questions" page available on its website to provide interested parties sources of information about the case.

2. To date, the Debtor has discussed the status of the case, game-plan for the case, and intended next steps with the Subchapter V Trustee. Debtor will also discuss plan terms at an appropriate time.

3. Debtor has also:

    a. Engaged Omni.

    b. Worked to finalize the application to engage Hilco Real Estate, LLC.

1

       c.      Confirmed with Omni that members can return the Member Consent forms by mail and by electronic submission through Omni's website.

4. As authorized by the *Order Granting Debtor's Expedited Motion for Interim and Final Orders Authorizing Debtor to Pay Prepetition Trust Fund, Property, and Other Taxes and Similar Obligations* (Doc. No. 39), the Debtor has paid its real property taxes.

      **RESPECTFULLY SUBMITTED** on this 4th day of December 2025.

| | |
|---|---|
| /s/ Jeffrey T. Kucera | /s/ R. Scott Shuker |
| Jeffrey T. Kucera | R. Scott Shuker |
| Carly S. Everhardt | **SHUKER & DORRIS, P.A.** |
| **K&L GATES LLP** | 121 South Orange Ave., Suite 1120 |
| Southeast Financial Center, Suite 3900 | Orlando, FL 32801 |
| 200 South Biscayne Blvd. | Telephone: (407) 337-2060 |
| Miami, FL 33131 | Email: rshuker@shukerdorris.com |
| Telephone: (305) 539-3300 | *Local Counsel for the Debtor* |
| Email: jeffrey.kucera@klgates.com | |
|       carly.everhardt@klgates.com | |
| | |
| Daniel M. Eliades | Jonathan N. Edel |
| Peter J. D'Auria | **K&L GATES LLP** |
| **K&L GATES LLP** | 300 South Tryon St., Suite 1000 |
| One Newark Center, Tenth Floor | Charlotte, NC 28202 |
| Newark, NJ 07102 | Telephone: (704) 331-7400 |
| Telephone: (973) 848-4000 | Email: jon.edel@klgates.com |
| Email: daniel.eliades@klgates.com | |
|       peter.dauria@klgates.com | *Counsel for Debtor and Debtor-in-Possession* |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO. 6:25-bk-07207-GER** |
| **STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.** | **CHAPTER 11** |
| **Debtor.** _____/ | **Subchapter V** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 4, 2025, a true copy of the foregoing **Subchapter V Status Report** was uploaded for filing via the Court's CM/ECF system which will serve an electronic notice of filing upon all registered parties in interest, including: **Office of the United States Trustee**, George C Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 (audrey.m.aleskovsky@usdoj.gov); and the **SUBCHAPTER V TRUSTEE**, Aaron R. Cohen (aaron@arcohenlaw.com).

**I FURTHER CERTIFY** that on December 4, 2025 a true and correct filed copy the foregoing was submitted to Omni Agent Solutions, Inc. who will serve such by the United States Postal Service, via First Class United States Mail, postage prepaid on the creditors and interested parties on the mailing matrix attached to the original of this pleading filed with the Court and will file an affidavit of service subsequent to this filing.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.