**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.,
                              Debtor.

_____/

CASE NO. 6:25-bk-07207-GER

CHAPTER 11
Subchapter V

### EXHIBIT A

The Debtor has not deposited receipts for its business into a debtor in possession (DIP) account. Instead, the Debtor is operating pursuant to the Interim Order Granting Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance With, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief (the "**Order**"). The Order allows the Debtor to maintain and use its existing Bank Accounts (as defined in the Order). *See* Order ¶3.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

CASE NO. 6:25-bk-07207-GER

STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.,
                        Debtor.

CHAPTER 11
Subchapter V

_____/

**EXHIBIT B**

The Debtor is operating pursuant to the Interim Order Granting Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance With, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief (the "**Order**"). The Order allows the Debtor to maintain and use its existing Bank Accounts (as defined in the Order). *See* Order ¶3.

**Exhibit C**
**Schedule of Receipts**

| Bank | Account # | Receipts |
|------|-----------|----------|
| Wells One | X8236 | |
| 11/6/2025 | | 125.95 |
| 11/7/2025 | | 125.95 |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | 377.88 |
| 11/11/2025 | | - |
| 11/12/2025 | | 251.96 |
| 11/13/2025 | | 125.98 |
| 11/14/2025 | | 125.99 |
| 11/15/2025 | | - |
| 11/16/2025 | | - |
| 11/17/2025 | | 377.98 |
| 11/18/2025 | | 126.01 |
| 11/19/2025 | | 354,051.39 |
| 11/20/2025 | | 144.16 |
| 11/21/2025 | | 144.17 |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | 432.52 |
| 11/25/2025 | | 557,413.97 |
| 11/26/2025 | | 193,811.43 |
| 11/27/2025 | | - |
| 11/28/2025 | | - |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 1,107,635.34 |

| Bank | Account # | Receipts |
|------|-----------|----------|
| Fidelity National | X8388 | |
| 11/6/2025 | | - |
| 11/7/2025 | | - |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | - |
| 11/11/2025 | | - |
| 11/12/2025 | | - |
| 11/13/2025 | | - |
| 11/14/2025 | | - |
| 11/15/2025 | | - |
| 11/16/2025 | | - |
| 11/17/2025 | | - |
| 11/18/2025 | | - |
| 11/19/2025 | | - |
| 11/20/2025 | | - |
| 11/21/2025 | | - |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | - |
| 11/25/2025 | | - |
| 11/26/2025 | | - |
| 11/27/2025 | | - |
| 11/28/2025 | | 695.19 |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 695.19 |

| Bank | Account # | Receipts |
|------|-----------|----------|
| Ameriprise | X3133 | |
| 11/6/2025 | | - |
| 11/7/2025 | | - |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | - |
| 11/11/2025 | | - |
| 11/12/2025 | | - |
| 11/13/2025 | | - |
| 11/14/2025 | | - |
| 11/15/2025 | | 35,550.00 |
| 11/16/2025 | | - |
| 11/17/2025 | | - |
| 11/18/2025 | | - |
| 11/19/2025 | | - |
| 11/20/2025 | | - |
| 11/21/2025 | | - |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | - |
| 11/25/2025 | | - |
| 11/26/2025 | | - |
| 11/27/2025 | | - |
| 11/28/2025 | | 13,853.12 |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 49,403.12 |

| Bank | Account # | Receipts |
|------|-----------|----------|
| Consolidated | | |
| 11/6/2025 | | 125.95 |
| 11/7/2025 | | 125.95 |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | 377.88 |
| 11/11/2025 | | - |
| 11/12/2025 | | 251.96 |
| 11/13/2025 | | 125.98 |
| 11/14/2025 | | 125.99 |
| 11/15/2025 | | 35,550.00 |
| 11/16/2025 | | - |
| 11/17/2025 | | 377.98 |
| 11/18/2025 | | 126.01 |
| 11/19/2025 | | 354,051.39 |
| 11/20/2025 | | 144.16 |
| 11/21/2025 | | 144.17 |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | 432.52 |
| 11/25/2025 | | 557,413.97 |
| 11/26/2025 | | 193,811.43 |
| 11/27/2025 | | - |
| 11/28/2025 | | 14,548.31 |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 1,157,733.65 |

**Exhibit D**
**Schedule of Disbursements**

| Bank | Account # | Payments |
|---|---|---|
| Wells One | X8236 | |
| 11/6/2025 | | - |
| 11/7/2025 | | - |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | - |
| 11/11/2025 | | - |
| 11/12/2025 | | 231.78 |
| 11/13/2025 | | - |
| 11/14/2025 | | - |
| 11/15/2025 | | - |
| 11/16/2025 | | - |
| 11/17/2025 | | - |
| 11/18/2025 | | - |
| 11/19/2025 | | - |
| 11/20/2025 | | - |
| 11/21/2025 | | - |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | - |
| 11/25/2025 | | - |
| 11/26/2025 | | - |
| 11/27/2025 | | - |
| 11/28/2025 | | - |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 231.78 |

| Bank | Account # | Payments |
|---|---|---|
| Fidelity National | X8388 | |
| 11/6/2025 | | - |
| 11/7/2025 | | - |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | - |
| 11/11/2025 | | - |
| 11/12/2025 | | - |
| 11/13/2025 | | - |
| 11/14/2025 | | - |
| 11/15/2025 | | - |
| 11/16/2025 | | - |
| 11/17/2025 | | - |
| 11/18/2025 | | - |
| 11/19/2025 | | - |
| 11/20/2025 | | - |
| 11/21/2025 | | - |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | - |
| 11/25/2025 | | 1,164,394.88 |
| 11/26/2025 | | - |
| 11/27/2025 | | - |
| 11/28/2025 | | - |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 1,164,394.88 |

| Bank | Account # | Payments |
|---|---|---|
| Ameriprise | X3133 | |
| 11/6/2025 | | - |
| 11/7/2025 | | - |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | - |
| 11/11/2025 | | - |
| 11/12/2025 | | - |
| 11/13/2025 | | - |
| 11/14/2025 | | - |
| 11/15/2025 | | - |
| 11/16/2025 | | - |
| 11/17/2025 | | - |
| 11/18/2025 | | - |
| 11/19/2025 | | - |
| 11/20/2025 | | - |
| 11/21/2025 | | - |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | - |
| 11/25/2025 | | - |
| 11/26/2025 | | - |
| 11/27/2025 | | - |
| 11/28/2025 | | - |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | - |

| Bank | Account # | Payments |
|---|---|---|
| **Consolidated** | | |
| 11/6/2025 | | - |
| 11/7/2025 | | - |
| 11/8/2025 | | - |
| 11/9/2025 | | - |
| 11/10/2025 | | - |
| 11/11/2025 | | - |
| 11/12/2025 | | 231.78 |
| 11/13/2025 | | - |
| 11/14/2025 | | - |
| 11/15/2025 | | - |
| 11/16/2025 | | - |
| 11/17/2025 | | - |
| 11/18/2025 | | - |
| 11/19/2025 | | - |
| 11/20/2025 | | - |
| 11/21/2025 | | - |
| 11/22/2025 | | - |
| 11/23/2025 | | - |
| 11/24/2025 | | - |
| 11/25/2025 | | 1,164,394.88 |
| 11/26/2025 | | - |
| 11/27/2025 | | - |
| 11/28/2025 | | - |
| 11/29/2025 | | - |
| 11/30/2025 | | - |
| | | 1,164,626.66 |

**Exhibit E**
**Schedule of Payables**

| Dates of Service | Vendor Name | Purpose of Debt | Invoice # | Invoice Total | Due Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

-

**Exhibit F**
**Schedule of Receivables**

| Due From | Total Owed | Aging | Due Date |
|---|---|---|---|
| Maintenance Fees due from approx. 3,282 owner accounts (aging report provided upon | 1,146,878.00 | | |
| Wyndham Vacation Resorts, Inc. | 6,285.04 | | 1/31/2026 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1,153,163.04



# Your Ameriprise statement

**for November 1, 2025 to November 30, 2025**

PREPARED FOR STAR ISLAND VACATION OWNERSHIP ASSN INC

**Your personal advising team**

## Capital Reserve Group

A financial advisory practice of Ameriprise Financial Services, LLC
**Cory J Matsumoto**
611 Anton Blvd Ste 200
Costa Mesa, CA 92626-7002
714.435.3965
Cory.Matsumoto@comericafinancialadvisors.com
www.ameripriseadvisors.com/team/capital-reserve-group

## Value of your investment accounts

|  | This month | This year |
|---|---|---|
| Beginning value | $7,860,941.69 | $10,984,392.00 |
| Net deposits & withdrawals | $0.00 | -$3,371,037.13 |
| Dividends, interest & income | $49,403.12 | $241,503.30 |
| Change in value | $5,419.55 | $60,906.19 |
| **Ending value** | **$7,915,764.36** | **$7,915,764.36** |

## Your asset allocation



| Asset class | Value on Nov 30, 2025 | Percent of assets |
|---|---|---|
| ● Cash & cash investments* | $4,698,323.91 | 59.4% |
| ● Fixed income | $3,217,440.45 | 40.6% |
| **Total assets** | **$7,915,764.36** | **100%** |

*Cash investments includes cash held inside pooled investments (e.g. mutual funds), as part of a manager's investment strategy, and is not directly accessible unless you sell some of that investment. For details visit ameriprise.com/allocation.

## Value of your investment accounts over time



This chart provides a five-year view of your account values. The black line shows the value of your accounts, while the gray line shows your net contributions (deposits less withdrawals).

 *Get all the details online at ameriprise.com. Click the Portfolio tab to find your latest account value, activity and asset allocation. Your Ameriprise financial advisor can help you understand how the stated account value shown here may differ from the amount you'd receive if you sold your assets (after any tax withholding, outstanding loans, pending transactions and potential fees).*



Securities offered through Ameriprise Financial Services, LLC. Member FINRA/SIPC.

# Ameriprise Brokerage Account

**STAR ISLAND VACATION OWNERSHIP | ASSOCIATION INC**

Account #: X3133

**Investment time frame:** 1-3 years; **Risk tolerance:** Moderate; **Investment objective:** Income; **Liquidity needs:** 7+ Years
See the Disclosures at the end of your statement for definitions of these suitability terms.

## Value of your account

|  | This period | This year |
|---|---|---|
| **Beginning value** | $7,860,941.69 | $10,984,392.00 |
| **Deposits** | | |
| Cash deposits | $0.00 | $1,287,986.26 |
| **Withdrawals** | | |
| Cash withdrawal | $0.00 | -$3,290,837.67 |
| Debit card, ATM, checks and bill pay | $0.00 | -$1,368,185.72 |
| **Total withdrawals** | **$0.00** | **-$4,659,023.39** |
| **Income** | | |
| Dividends | $13,853.12 | $135,618.82 |
| Interest | $35,550.00 | $105,884.48 |
| **Total income** | **$49,403.12** | **$241,503.30** |
| **Change in value** | **$5,419.55** | **$60,906.19** |
| **Ending value** | **$7,915,764.36** | **$7,915,764.36** |
| **Accrued interest** | **$3,199.06** | |

## Value of your account over time



## Summary of your holdings

| Asset | Value of assets | Percent of account |
|---|---|---|
| Cash and equivalents | $4,698,323.91 | 59.4% |
| Bonds, CDs and structured products | $3,217,440.45 | 40.6% |
| **Ending value** | **$7,915,764.36** | **100.0%** |

## Your holdings

| Description | Ending value this period[7] | Ending value last period | Net change this period | Estimated Annual income | Yield |
|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | |
| DREYFUS GOVT CASH MGMT WEALTH SHS 6349 | $4,698,323.91 | | | $169,797.43 | 3.61% |
| **Total Cash and equivalents[5]** | **$4,698,323.91** | **$4,648,920.79** | **$49,403.12** | **$169,797.43** | |

1128 I# 67S#4-4 #019851 MRDF# IABTR

# Ameriprise Brokerage Account (continued)

Account #: X3133

## Your holdings - continued

| Description | Symbol/ CUSIP | Quantity | X | Market price | Ending value = this period[7] | Ending value last period | Net change this period | Estimated Total cost basis[1] | Estimated Unrealized gain/loss | Estimated Annual income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bonds, CDs and structured products** | | | | | | | | | | | |
| **1-2 YEARS** | | | | | | | | | | | |
| U S TREASURY NOTE CPN 1.250% DUE 11/30/26 DTD 11/30/21 FC 05/31/22 11/30/2026 | 91282CDK4 Moodys = AA1 | 1,655,000.000 | | $97.6750 | $1,616,521.25/ $56.52 | $1,612,334.10 | $4,187.15 | $1,589,816.35 | $26,704.90 | $20,687.50 | 1.28% |
| U S TREASURY NOTE CPN 4.500% DUE 05/15/27 DTD 05/15/24 FC 11/15/24 05/15/2027 | 91282CKR1 Moodys = AA1 | 1,580,000.000 | | $101.3240 | $1,600,919.20/ $3,142.54 | $1,599,686.80 | $1,232.40 | $1,593,312.22 | $7,606.98 | $71,100.00 | 4.44% |
| **Total Bonds, CDs and structured products** | | 3,235,000.000 | | | **$3,217,440.45** | **$3,212,020.90** | **$5,419.55** | **$3,183,128.57** | **$34,311.88** | **$91,787.50** | |
| **Accrued interest: $3,199.06** | | | | | | | | | | | |
| **Total account holdings** | | | | | **$7,915,764.36** | **$7,860,941.69** | **$54,822.67** | **$3,183,128.57** | **$34,311.88** | **$261,584.93** | |

[1] Cost basis is used to determine capital gain or loss for tax purposes. It is the original cost of the asset, adjusted for certain activity, including reinvested dividends, reinvested capital gain distributions (for mutual funds), sales charges, transaction fees, wash sales, accrued discounts and premiums (for bonds), returns of capital and corporate actions, where applicable. Other adjustments may apply.

[5] Any balances held in AIMMA, ABISA or a money market mutual fund serving as your sweep account can be liquidated at your request and the proceeds held as cash in the account or remitted to you per your instructions. Annual percentage yield earned and interest paid during the statement period are shown in your account activity.

[7] Ending value amounts for Your holdings represent information posted as of trade date and thus may include transactions that have not settled as of the date of this statement. Total Value is derived from both assets held by the firm in your account, as well as assets held away which is reported for convenience purposes.

The MSRB provides disclosure and offering documents from municipal securities issuers online at www.emma.msrb.org. You can also find: pricing for municipal trades, interest rates, auction results, daily market statistics and educational material about municipal securities.

** Any ratings for municipal bonds are supplied by Standard & Poor's, a division of the McGraw-Hill Companies, Inc, an investment rating provider. Other rating services may rate this security differently. Lack of a rating by Standard & Poor's does not imply the security is not rated as it may be rated by other rating services.

See the Disclosures section of this statement for more information.

## Your account activity

| Date | Transaction | Description | Symbol/ CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| **Trade activity** | | | | | | |
| **Securities purchased** | | | | | | |
| 11/28/2025 | REINVEST DIV | DREYFUS GOVT CASH MGMT WEALTH SHS 6349 | | | | -$13,853.12 |

# Ameriprise Brokerage Account (continued)

Account: X3133

## Your account activity - continued

| Date | Transaction | Description | Symbol/<br>CUSIP | Quantity | Price | Amount |
|------|-------------|-------------|------------------|----------|-------|--------|
| **Income** | | | | | | |
| 11/15/2025 | INTEREST | U S TREASURY NOTE CPN  4.500% DUE 05/15/27 DTD 05/15/24 FC 11/15/24 111525  1,580,000 | 91282CKR1 | | | $35,550.00 |
| 11/28/2025 | DIVIDEND | DREYFUS GOVT CASH MGMT WEALTH SHS 6349 112825  4,684,470 | | | | $13,853.12 |
| **Total Income** | | | | | | **$49,403.12** |

*An investment in money market funds is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the Fund seeks to maintain the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.*

## Your cash sweep activity

| Date | Transaction | Description | Amount |
|------|-------------|-------------|--------|
| 11/18/2025 | PURCHASE | DREYFUS GOVT CASH MGMT WEALTH SHS 6349 | -$35,550.00 |

1128  I#  67S#3-4  #019851  MRDF# IABTR

# Additional important disclosures

Throughout these disclosures, Ameriprise Financial Services, LLC, the introducing firm, and American Enterprise Investment Services, Inc., the clearing firm, are abbreviated as AFS and AEIS respectively. Affiliates RiverSource Life Insurance Co. and RiverSource Life Insurance Co. of New York are abbreviated as RVS.

**Agreements and disclosures:** You may access current versions of documents including agreements, disclosures and fee documentation governing brokerage and managed accounts on our website at ameriprise.com/disclosures.

**Check deposits:** Checks that should be made payable to AEIS include Ameriprise Brokerage, ONE Financial, Managed Accounts, 529 Plans and Variable Annuities. Checks that should be made payable to AFS include RiverSource Insurance and Annuities, Ameriprise Certificates, Financial Plans and checks for multiple products that do *not* include funds to be sent to Brokerage or a Managed Account. Checks for deposit to an Ameriprise Bank Account should be made payable to the account owner/client or Ameriprise Bank. Checks for deposit into RiverSource Life of New York accounts should be made payable to RiverSource Life of New York. Checks for RAVA 5 accounts that are transfer checks or additional payments should be made out to RiverSource Life Insurance Company. No checks or payments should be made payable to any advisor or their practice as these are not an affiliate or subsidiary of the firm.

**Third Party Payments and Cost Reimbursement Services:** AEIS performs certain services such as record keeping, administration and shareholder servicing support, applicable platform level eligibility and investment product due diligence, investment research, training and education, client telephonic and other servicing, and other support related functions, such as trading systems, asset allocation and performance reporting tools, and websites and mobile applications (collectively, "Cost Reimbursement Services"). AEIS receives a variety of these payments for Cost Reimbursement Services ("Cost Reimbursement Payments") from investment products sponsored or managed by affiliated investment advisers (e.g., Columbia Management Investment Advisers) and from unaffiliated product companies for investments you make as a result of our recommendations. Cost Reimbursement Payments are received at a higher percentage rate from certain mutual fund firms (described below as "Full Participation Firms"), which may create a conflict of interest or incentive if AFS promotes, or Ameriprise Financial advisors recommend, the mutual funds offered by a Full Participation Firm. These payments form a structure referred to as the Ameriprise Financial Mutual Fund Program. Cost Reimbursement Payments are not shared with your financial advisor. Cost Reimbursement Payments for marketing and sales support are also applicable to other investment product categories, such as annuities, insurance, UITs, actively managed ETFs, structured products and alternative investments, such as non-traded REITs/BDCs, hedge fund offerings, managed futures funds, private equity offerings, and real estate private placements. For additional information regarding the compensation amounts and practices of a particular mutual fund, please review all pertinent sales literature, statements of additional information prospectuses, accounts agreements, policies, contracts, other offering documents, and the Other Important Brokerage Disclosures document on ameriprise.com/disclosures.

**Financial interest in products:** AFS and its affiliates have a greater financial interest in the sales of products that they manufacture. AFS and its affiliates receive more revenue from the sale of some financial products and services, particularly those products and services sold under the Ameriprise, Columbia Threadneedle Investments and RVS brands, than for the sale of other products and services.

**Suitability terms: Investment time frame** is the expected period of time you plan to invest to achieve your current financial goal(s). Choices are: less than 1 year, 1-3 years, 4-7 years, 8-10 years and 11+ years. **Risk tolerance** describes your ability to bear the potential of your account losing value in exchange for the potential of higher returns. The higher your risk tolerance, the potential for substantial losses and gains increases. Choices are: Conservative, Moderately conservative, Moderate, Moderately aggressive, and Aggressive. **Investment objective** identifies your intent or planned purpose for the investment dollars in your account. Choices are: Growth, Growth with income, Income, Capital preservation, Speculation, Tax considerations, Education, Estate planning, and Protection. **Liquidity needs** is the period of time from the present until you anticipate needing access to your investment dollars.

**In case of errors or questions about your electronic transfers:** Call us at **800.862.7919** or write us at Ameriprise Financial, 70100 Ameriprise Financial Center, Minneapolis, MN 55474, promptly if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We

must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**(1)** Tell us: your name and account number (if any).

**(2)** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;

**(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. We may take up to 45 days to complete our investigation (90 days for transfers involving new accounts, point-of-sale, or foreign-initiated transactions). We will tell you the results within three business days after completing our investigation. If we determine that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Non-traded real estate investment trust Distribution Reinvestment Plan (DRIP) customers:** If you participate in the DRIP and you experience a material adverse change in your financial condition, promptly notify your financial advisor to discuss continued participation in the DRIP.

**Callable securities:** When we hold securities which are callable in part on your behalf, you will participate in the impartial lottery allocation system for the called securities in accordance with the provisions of the exchange on which they trade, and in compliance with industry rules. For further details about the allocation process please go to www.ameriprise.com/content/files/AMP_CALLABLE-SECURITIES.PDE

**"Covered" securities:** A security is considered *"covered"* and subject to special basis and holding period tax reporting rules under these conditions: 1) Stock, including real estate investment trusts (REITs) acquired on or after Jan. 1, 2011, and not purchased under a dividend reinvestment program 2) Mutual funds and REITs/stocks in a dividend reinvestment program purchased on or after Jan. 1, 2012 (except money market funds) 3) Certain options and debt securities with less complex tax treatment *purchased* on or after Jan 1, 2014, and 4) Certain options and debt securities with more complex tax treatment purchased on or after Jan 1, 2016. Some securities are not *"covered"* by definition, see below. When a *"covered"* investment is sold, we will report the cost basis and holding period of the investment to you and the IRS (in addition to the already-required proceeds information). The cost basis information provided on this statement may not be used for tax reporting purposes. For tax reporting purposes, use the information provided on Form 1099-B, Proceeds from Broker and Barter Exchange Transactions, which will be sent early in the year following the tax year in which the investment was sold.

**"Noncovered" securities:** *"Noncovered"* is a term for those securities that are not subject to the required cost basis and holding period reporting described above. Ameriprise Financial provides cost basis and holding period information to clients, but not the IRS, for many *"noncovered"* securities including *"noncovered"* equities, mutual funds, exchange-traded funds (ETFs), exchange-traded notes (ETNs), business development corporations (BDCs), unit investment trusts (UITs), real estate investment trusts (REITs), debt instruments, and options acquired before the effective dates listed above. Certain other securities are currently excluded from the cost basis reporting rules, including money market funds, short-term debt instruments, real estate mortgage investments conduits (REMICs) and other mortgage-backed securities, partnerships, trusts, and prepaid forward contracts (including certain structured products). The cost basis information provided for *"noncovered"* securities may not include changes due to corporate actions (such as mergers, spin-offs, stock dividends or cash dividends in lieu of fractional shares), wash sales, certain mutual fund adjustments, returns of capital, certain adjustments to fixed income securities (including early prepayment of principal, premium amortization, accrual of market discount or original issue discount), or transfers of existing positions into Ameriprise by new or existing clients. Ameriprise is not responsible for *"noncovered"* cost basis information, and will not verify cost basis information that is provided by someone else (including a client, an advisor or another entity, such as a broker) or is the result of a transfer between persons (including inheritance, gift, divorce, distributions from a trust, shares used to repay a loan, etc.). It also will not verify *"noncovered"* cost basis information obtained through corporate acquisitions by Ameriprise. For transactions related to any of

these activities for "*noncovered*" shares, review your records and consult your tax advisor when preparing your tax return.

**Free credit balance:** In general, a free credit balance represents cash held in your brokerage or managed account that is payable upon your demand. We are not required to segregate or hold the funds separately. We may commingle your funds with our general funds or use the funds for our business. We may, but are not obligated, to pay you interest on any free credit balances, and we may earn income from the balances as compensation for servicing your account. For additional information review Other Important Brokerage Disclosures on ameriprise.com/disclosures.

**Order Routing Policy and compensation for order handling:** Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. AEIS considers a number of factors in its decision process as to the exchanges and market centers to which it directs its customer orders for execution. These factors include but are not limited to: the speed of execution; the opportunity for price improvement; liquidity enhancement opportunities; trading characteristics of the particular individual security; and size of the order. AEIS currently does not receive payment for directing orders; however, AEIS reserves the right to receive remuneration for directing orders to a particular broker or dealer for execution. The source and amount of remuneration, if any, received by AEIS will be furnished upon written request. Payment for order flow is not a factor considered when routing orders. For more detailed information, please visit our Order Routing Report published quarterly on ameriprise.com. Please contact us at 800.862.7919 to obtain a printed copy of our Order Routing Report at no cost, or for further details regarding the routing of any specific order. The link to the SEC 606 Order Routing Report can be found at ameriprise.com/606.

**Brokerage mutual fund purchases:** When you purchase certain mutual funds at NAV, on selling your shares, you may pay a sales charge. For the charge and other fees, see the prospectus.

**Equity Dividend Reinvestment Program (DRIP) customers:** Transactions to purchase shares for the DRIP program, where offered, are executed on a riskless principal basis by AEIS. Details of your DRIP transactions are available on written request to AEIS.

**Fractional Shares and Liquidation Process:** Where your statement indicates a transaction that involved less than one full share of an equity, ETF, preferred or closed-end fund, as well as UITs ("Fractional Share"), AFS and AEIS sold and liquidated the Fractional Share(s) as a client-directed principal transaction on your behalf in accordance with the Ameriprise Brokerage Client Agreement and, if you have a Managed Account, per the liquidation process outlined in your Custom Advisory Relationship Agreement or the applicable Managed Account Client Agreement.

**Assets held outside your brokerage account:** Certain assets purchased through AFS are displayed on this statement as a courtesy to you, even though the assets are held at a third party, and not custodied in your brokerage account. These products may include but are not limited to annuities and insurance products, hedge fund offerings, private equity offerings, managed futures funds, exchange funds, real estate private placements, DST/TICs, and certain 529 plans. Ownership records for these products, valuation information, and SIPC coverage, if applicable, are the responsibility of the company holding the assets, and not AFS or AEIS.

**The Value of your accounts over time on the first page of your statement reports the following information:**
1) The ending value of your portfolio for applicable dates going back (up to) five years. The gray line shows the net value of your deposits and withdrawals, dating back (up to) five years. Note:
- The gray line does not reflect additions or surrenders for third-party annuities linked to your brokerage account prior to Jan. 1, 2017.
- The gray line does not reflect additions or surrenders from any whole life insurance policies.
- If your portfolio was established on Dec. 31, 2012 or earlier, the gray line starting point was your portfolio value on Jan. 1, 2013. The gray line shows your portfolio value on Jan. 1, 2013 PLUS additions since that time MINUS withdrawals since that time.

**Activity for this period:** transaction(s) that have not yet settled by the date of this statement will appear on your next statement.

**Disclosure for persons without a financial advisor:** Mutual funds can be purchased through AFS. For direct purchases AFS will retain all sales charges and 12b-1 fees.

1128 I#   67S#2-4  #019851   MRDF# IABTR

STAR ISLAND VACATION OWNERSHIP ASSN INC

This Page Intentionally Left Blank

## Messages for you

**What's your security score?**
Increase your account security by ensuring you're following security best practices and using all the security features Ameriprise has to offer. Check out your security status now:
- Log in to ameriprise.com, go to Profile and select Security Settings.
- Need to register for online access? Go to ameriprise.com and select New User.

**5 cybersecurity scams to watch out for**
In honor of cybersecurity month, learn more about the emerging cybersecurity scams and how to protect yourselves and loved ones:
www.ameriprise.com/financial-goals-priorities/personal-finance/new-cybersecurity-scams.

**Helping clients reach their financial goals for over 130 years**
Generations of clients have put their trust in Ameriprise since 1894. We look forward to helping more clients just like you achieve their financial goals. If you know someone who would benefit from a meeting with your financial advisor, please refer them for a complimentary consultation.





**Ameriprise Financial Services, LLC**
70100 Ameriprise Financial Center | Minneapolis, MN 55474

STAR ISLAND VACATION OWNERSHIP ASSN INC
C/O TRAVEL AND LEISURE CO
501 W CHURCH ST
ORLANDO FL 32805-2247



140757

## Important disclosures

Capital Reserve Group is a financial advisory practice of Ameriprise Financial Services, LLC.
**Please review your statement carefully.** Report any inaccuracies or discrepancies immediately to the appropriate legal entity outlined below. Any oral communication should be re-confirmed in writing to us to protect your rights, including your rights under the Securities Investor Protection Act. Please notify us promptly in writing of any change of address. In addition, should any material change occur in your investment objectives or financial situation, we request prompt notification to ensure we maintain the most up-to-date background and financial information.
**These entities are wholly owned subsidiaries of Ameriprise Financial, Inc.** All may be contacted at 800.862.7919 unless otherwise noted below.
**American Enterprise Investment Services, Inc (AEIS), the clearing broker-dealer,** member FINRA and SIPC, is responsible for the summary pages and each statement for brokerage or managed account products, including securities positions and free credit balances. Direct inquiries to 70400 Ameriprise Financial Center, Minneapolis, MN 55474. A financial statement for this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.
**Ameriprise Financial Services, LLC (AFS), the introducing broker-dealer,** member FINRA and SIPC is responsible for Financial Planning Service product pages. Brokerage accounts, investment, and financial advisory services are introduced by and made available through AFS. Direct inquiries (including a problem with, or a complaint about your financial advisor, or unauthorized activity in your account(s)) to 70100 Ameriprise Financial Center, Minneapolis, MN 55474-0507.
**Ameriprise Trust Company (ATC)** is a passive custodian for tax qualified accounts including IRAs. ATC outsources all custody of IRA assets to the other regulated custodians.
**Ameriprise Bank, FSB (Bank),** FDIC-insured, provides banking products including deposit and lending accounts, and personal trust services. Investment products are not insured by the FDIC, NCUA or any federal agency, are not deposits or obligations of, or guaranteed by any financial institution, and involve investment risks including possible loss of principal and fluctuation in value.
**Ameriprise Certificate Company,** the certificate product issuer, is responsible for Ameriprise Certificate Products and those products are distributed and serviced by AFS.
**RiverSource Life Insurance Company and RiverSource Life Insurance Co. of New York (collectively RVS)** are responsible for RiverSource insurance and annuity products. Direct inquiries to RiverSource Life Insurance Co. of NY to 800.541.2251.

**Municipal securities:** AEIS and AFS are registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board (MSRB). The MSRB makes available at its website, www.msrb.org, an investor brochure, which describes the protections that may be provided by the MSRB, and how to file a complaint regarding municipal securities with the appropriate regulatory authority.
**Not a Bank:** AEIS, AFS, ATC, Ameriprise Certificate Company and RVS are not banks. Investment products are not insured by the FDIC, NCUA or any federal agency, are not deposits or obligations of, or guaranteed by any financial institution, and involve investment risks including possible loss of principal and fluctuations in value.

## This document was delivered via U.S. Mail

This statement is eligible for online delivery.
Go to www.ameriprise.com/edelivery or scan the QR code to the right to get started.
Ameriprise online statements are available in color and archived for seven years.



**Questions?  We're here to help. 800.862.7919**
For information on how to read your statement, please visit
www.ameriprise.com/microsite/statement

1128 |# 67S#1-4 #019851 MRDF# IABTR


**BANK OF AMERICA**

```
BANK OF AMERICA, N.A.                    Account Number    X8388
PO BOX 15284                             01 01 140 05 M0000 E#      0
WILMINGTON DE  19850                     Last Statement:    10/31/2025
                                         This Statement:    11/28/2025

                                            IMG
                                         Customer Service
                                         1-888-400-9009

FIDELITY NATIONAL TITLE INS CO AS
ESC AGT FOR STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.              Page      1 of    2
FILE# 281110080
5000 AVENUE OF THE STARS
KISSIMMEE FL  34746-5310
```

The Bank recommends use of fraud detection services, including Positive Pay to detect check fraud. You've agreed your failure to implement any of these services would preclude you from asserting any claims against the Bank for any altered, counterfeit, or fraudulent item that the services could have detected. The Bank will not re-credit your account or have any liability for paying such items. This notice applies to all your accounts open now and in the future. Continued use of your accounts reaffirms your commitment to the terms contained in your deposit account agreement. If you wish to implement any of the services that the Bank has offered to you that you previously didn't implement, contact your RM. More info: www.bofa.com/positivepay

## ANALYZED INTEREST CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 11/01/2025 - 11/28/2025 | | Statement Beginning Balance | 1,216,579.19 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 695.19 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 1,164,394.88 |
| | | Statement Ending Balance | 52,879.50 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 695.19 | Interest Paid Year-to-Date | 7,126.07 |
| Annual Percentage Yield Earned | .86% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/28 | | 695.19 | INTEREST PAID ON 30 DAYS AVERAGE COLLECTED BALANCE OF    $983,700.21 | 09840000112 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/25 | | 1,164,394.88 | Miscellaneous Debit Adjustment 1-44866093774 : #281110080 | 02460000162 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,216,579.19 | 1,216,579.19 | .800 | 11/25 | 52,184.31 | 52,184.31 | 1.000 |
| 11/18 | 1,216,579.19 | 1,216,579.19 | 1.000 | 11/28 | 52,879.50 | 52,879.50 | 1.000 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    X8388
01 01 140 05 M0000 E#     0
Last Statement:    10/31/2025
This Statement:    11/28/2025

          IMG
Customer Service
1-888-400-9009

FIDELITY NATIONAL TITLE INS CO AS

                              Page    2 of    2

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.

STAGECOACH SWEEP
WELLS FARGO BANK, N.A.
Statement Period : 11/01/2025 - 11/30/2025

Page 1 of 1

STAR ISLAND VACATION OWNERSHIP
ASSOCIATION, INC.
6277 SEA HARBOR DR
ORLANDO  FL  32821-8043

Your Stagecoach Sweep is tied to DDA                          X8236
Interest Earned is deposited to DDA                          X8236
Your Stagecoach Sweep Investment elections                   STAGECOACH SWEEP PREFERRED

ACCOUNT SUMMARY

Interest Earned during this period   : $      3,061.08
Interest Received during this period : $      3,450.35         Interest received YTD  : $     46,097.66
Total Federal Tax Withholding        : $           .00   Total Federal Tax Withholding YTD  : $           .00

EFFECTIVE 12/2025, WE ARE PERMITTED TO PAY THE SAME INTEREST RATE ON MORE THAN
ONE TIER OF YOUR COLLECTED BALANCE OR TO PAY DIFFERENT INTEREST RATES ON
DIFFERENT TIERS.
FOR QUESTIONS, PLEASE CONTACT GLOBAL PAYMENTS AND LIQUIDITY SERVICE
AT 1-800-AT-WELLS (1-800-289-3557).

ACCOUNT DETAIL

| Settlement Date | Maturity Date | Amount Invested ($) | Interest Earned ($) | Interest Rate | Investment Description | Federal Tax Withholding |
|---|---|---|---|---|---|---|
| 11/03/25 | 11/04/25 | 2,533,074.41 | 129.78 | 1.87000 % | Preferred | |
| 11/04/25 | 11/05/25 | 2,533,204.19 | 129.78 | 1.87000 % | Preferred | |
| 11/05/25 | 11/06/25 | 2,458,333.97 | 125.95 | 1.87000 % | Preferred | |
| 11/06/25 | 11/07/25 | 2,458,459.92 | 125.95 | 1.87000 % | Preferred | |
| 11/07/25 | 11/10/25 | 2,458,585.87 | 377.88 | 1.87000 % | Preferred | |
| 11/10/25 | 11/12/25 | 2,458,963.75 | 251.96 | 1.87000 % | Preferred | |
| 11/12/25 | 11/13/25 | 2,458,983.93 | 125.98 | 1.87000 % | Preferred | |
| 11/13/25 | 11/14/25 | 2,459,109.91 | 125.99 | 1.87000 % | Preferred | |
| 11/14/25 | 11/17/25 | 2,459,235.90 | 377.98 | 1.87000 % | Preferred | |
| 11/17/25 | 11/18/25 | 2,459,613.88 | 126.01 | 1.87000 % | Preferred | |
| 11/18/25 | 11/19/25 | 2,459,739.89 | 126.02 | 1.87000 % | Preferred | |
| 11/19/25 | 11/20/25 | 2,813,791.28 | 144.16 | 1.87000 % | Preferred | |
| 11/20/25 | 11/21/25 | 2,813,935.44 | 144.17 | 1.87000 % | Preferred | |
| 11/21/25 | 11/24/25 | 2,814,079.61 | 432.52 | 1.87000 % | Preferred | |
| 11/24/25 | 11/25/25 | 2,814,512.13 | 144.20 | 1.87000 % | Preferred | |
| 11/25/25 | 11/26/25 | 3,371,926.10 | 172.75 | 1.87000 % | Preferred | |

Averages :        $      2,133,868.45                   1.87005 %

# WellsOne® Account

Account number: **X8236**    ■ November 1, 2025 - November 30, 2025    ■ Page 1 of 3



STAR ISLAND VACATION OWNERSHIP
ASSOCIATION, INC.
6277 SEA HARBOR DR
ORLANDO FL 32821-8043

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

---

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| X8236 | $0.00 | $45,466,519.49 | -$41,900,781.96 | $3,565,737.53 |

---

## Credits
### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/03 | 2,532,685.14 | Stagecoach Sweep Credit |
| | 11/03 | 389.27 | Stagecoach Sweep Interest Payment |
| | 11/04 | 2,533,074.41 | Stagecoach Sweep Credit |
| | 11/04 | 129.78 | Stagecoach Sweep Interest Payment |
| | 11/05 | 2,533,204.19 | Stagecoach Sweep Credit |
| | 11/05 | 129.78 | Stagecoach Sweep Interest Payment |
| | 11/06 | 2,458,333.97 | Stagecoach Sweep Credit |
| | 11/06 | 125.95 | Stagecoach Sweep Interest Payment |
| | 11/07 | 2,458,459.92 | Stagecoach Sweep Credit |
| | 11/07 | 125.95 | Stagecoach Sweep Interest Payment |
| | 11/10 | 2,458,585.87 | Stagecoach Sweep Credit |
| | 11/10 | 377.88 | Stagecoach Sweep Interest Payment |
| | 11/12 | 2,458,963.75 | Stagecoach Sweep Credit |
| | 11/12 | 251.96 | Stagecoach Sweep Interest Payment |
| | 11/13 | 2,458,983.93 | Stagecoach Sweep Credit |
| | 11/13 | 125.98 | Stagecoach Sweep Interest Payment |
| | 11/14 | 2,459,109.91 | Stagecoach Sweep Credit |
| | 11/14 | 125.99 | Stagecoach Sweep Interest Payment |
| | 11/17 | 2,459,235.90 | Stagecoach Sweep Credit |
| | 11/17 | 377.98 | Stagecoach Sweep Interest Payment |
| | 11/18 | 2,459,613.88 | Stagecoach Sweep Credit |
| | 11/18 | 126.01 | Stagecoach Sweep Interest Payment |
| | 11/19 | 2,459,739.89 | Stagecoach Sweep Credit |
| | 11/19 | 126.02 | Stagecoach Sweep Interest Payment |
| | 11/19 | 353,925.37 | Cwp 5241 Cwp Udi Orlando-Star Island |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/20 | 2,813,791.28 | Stagecoach Sweep Credit |
| | 11/20 | 144.16 | Stagecoach Sweep Interest Payment |
| | 11/21 | 2,813,935.44 | Stagecoach Sweep Credit |
| | 11/21 | 144.17 | Stagecoach Sweep Interest Payment |
| | 11/24 | 2,814,079.61 | Stagecoach Sweep Credit |
| | 11/24 | 432.52 | Stagecoach Sweep Interest Payment |
| | 11/25 | 2,814,512.13 | Stagecoach Sweep Credit |
| | 11/25 | 144.20 | Stagecoach Sweep Interest Payment |
| | 11/25 | 557,269.77 | Ptvo 7066 Cwa Udi Star Island |
| | 11/26 | 3,371,926.10 | Stagecoach Sweep Credit |
| | 11/26 | 172.75 | Stagecoach Sweep Interest Payment |
| | 11/26 | 193,638.68 | Wyndham Pmd Payment 251126 1000266766 Starislandva.Condoassn |
| | | **$45,466,519.49** | **Total electronic deposits/bank credits** |
| | | **$45,466,519.49** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 11/03 | 2,533,074.41 | | Stagecoach Sweep Debit |
| | 11/04 | 2,533,204.19 | | Stagecoach Sweep Debit |
| | 11/05 | 25,000.00 | | WT Fed#02R01 East West Bank /Ftr/Bnf=Omni Agent Solutions Inc. Srf# Gw00000080206224 Trn#251105109513 Rfb# 15035 |
| | 11/05 | 50,000.00 | < | Business to Business ACH Debit - Wyndham Resort S Corp Pymnt Wrsachd295271 TRN*1*Wrsachd295271\Rmr*IV*Paymode\ |
| | 11/05 | 2,458,333.97 | | Stagecoach Sweep Debit |
| | 11/06 | 2,458,459.92 | | Stagecoach Sweep Debit |
| | 11/07 | 2,458,585.87 | | Stagecoach Sweep Debit |
| | 11/10 | 2,458,963.75 | | Stagecoach Sweep Debit |
| | 11/12 | 231.78 | | Client Analysis Srvc Chrg 251110 Svc Chge 1025 002000040968236 |
| | 11/12 | 2,458,983.93 | | Stagecoach Sweep Debit |
| | 11/13 | 2,459,109.91 | | Stagecoach Sweep Debit |
| | 11/14 | 2,459,235.90 | | Stagecoach Sweep Debit |
| | 11/17 | 2,459,613.88 | | Stagecoach Sweep Debit |
| | 11/18 | 2,459,739.89 | | Stagecoach Sweep Debit |
| | 11/19 | 2,813,791.28 | | Stagecoach Sweep Debit |
| | 11/20 | 2,813,935.44 | | Stagecoach Sweep Debit |
| | 11/21 | 2,814,079.61 | | Stagecoach Sweep Debit |
| | 11/24 | 2,814,512.13 | | Stagecoach Sweep Debit |
| | 11/25 | 3,371,926.10 | | Stagecoach Sweep Debit |
| | | **$41,900,781.96** | | **Total electronic debits/bank debits** |
| | | **$41,900,781.96** | | **Total debits** |

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 10/31 | 0.00 | 11/10 | 0.00 | 11/19 | 0.00 |
| 11/03 | 0.00 | 11/12 | 0.00 | 11/20 | 0.00 |
| 11/04 | 0.00 | 11/13 | 0.00 | 11/21 | 0.00 |
| 11/05 | 0.00 | 11/14 | 0.00 | 11/24 | 0.00 |
| 11/06 | 0.00 | 11/17 | 0.00 | 11/25 | 0.00 |
| 11/07 | 0.00 | 11/18 | 0.00 | 11/26 | 3,565,737.53 |

**Average daily ledger balance**    **$594,289.58**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**Wyndham Vacation Ownership**
**Account Reconciliation**
**BU 555 - Star Island**
**10201-000**
**Operating Cash**
**11/30/2025**

| | | |
|---|---|---|
| Prepared By: | Erin Fisher | |
| Date Prepared: | 12/18/2025 | |
| Reviewed By: | Christopher Carver | |
| Date Reviewed: | 12/18/2025 | |

**Nature of Account:**

Main operating cash account including A/P Disbursements

| Date | Detail | Bank | Book | Sum Amount | Comment |
|---|---|---|---|---|---|
| 11/30/25 | **Bank Balance - Wells Fargo # X8236** | | | **3,565,737.53** | |
| 11/30/25 | **Outstanding Checks** | | | - | |
| 11/30/25 | **Deposits in Transit** | | | | |
| | 11.2025 Star Mgmnt Fee Wire | | | (594,742.27) | |
| 11/30/25 | **Reconciling Items** | | | - | |
| | | | | - | |
| | | | | - | |
| | | | | - | |
| **DETAIL TOTAL:** | | | | 2,970,995.26 | |
| **LEDGER TOTAL:** | | | | 2,970,995.26 | |
| **Difference** | | | | - | |

**Comments:**

**Wyndham Vacation Ownership**
**Account Reconciliation**
**BU 555 - Star Island**
**11201-000**
**11202-000**
**Reserve Inv - Bonds / CD's**
**11/30/2025**

| | |
|---|---|
| **Prepared By:** | Erin Fisher |
| **Date Prepared:** | 12/18/2025 |
| **Reviewed By:** | Christopher Carver |
| **Date Reviewed:** | |

**Nature of Account:**

| To record all invested Reserve funds in liquid and non liquid investments.. |
|---|

| Date | Detail | GL 11201 | GL 11202 | Total | Comment |
|---|---|---|---|---|---|
| 11/30/2025 | **Bank Balance - Ameriprise Account X3133** | 4,698,323.91 | 3,217,440.45 | 7,915,764.36 | |
| | | 4,698,323.91 | 3,217,440.45 | 7,915,764.36 | |
| | Securities Amortization | | 19,059.73 | 19,059.73 | |
| | Unrealized (Gain) / Loss on US Securities Held to Maturity | | (34,311.88) | | |
| **DETAIL TOTAL:** | | 4,698,323.91 | 3,202,188.30 | 7,934,824.09 | |
| | | | | - | |
| **LEDGER TOTAL:** | | 4,698,323.91 | 3,202,188.30 | 7,900,512.21 | |
| **Difference** | | - | - | | |

**Comments:**

**Wyndham Vacation Ownership**
**Account Reconciliation**
**BU 555 - Star Island**
**11250-000**
**Tax Escrow**
**11/30/2025**

| | |
|---|---|
| **Prepared By:** | Erin Fisher |
| **Date Prepared:** | 12/18/2025 |
| **Reviewed By:** | Christopher Carver |
| **Date Reviewed:** | 12/18/2025 |

**Nature of Account:**

Main operating cash account including A/P Disbursements

| Date | Detail | Cash | Investment | Sum Amount | Comment | Support |
|---|---|---|---|---|---|---|
| 11/30/25 | **Bank Balance - Fidelity National Bank (BOA) # X8388** | 52,879.50 | - | **52,879.50** | | |
| | 2025 RE Tax Payment | - | | - | | |
| | | 52,879.50 | - | 52,879.50 | | |

| | |
|---|---|
| **DETAIL TOTAL:** | 52,879.50 |
| **LEDGER TOTAL:** | 52,879.50 |
| **Difference** | - |

**Comments:**

**Star Island VOA - 555**
**Departmental Income Statement**
**For the Month Ending 2025-11-30**

| MONTH TO DATE | | | | | | | YEAR TO DATE | | | FULL YEAR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | FORECAST VARIANCE $ | Account | | ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | BUDGET | VARIANCE $ |
| | | | | | | **Statistics** | | | | | | |
| 9,801 | 9,960 | (159) | 9,960 | (159) | 00150 | Net Rooms Available | 101,057 | 103,076 | (2,019) | 111,349 | 113,368 | (2,019) |
| 5,879 | 7,111 | 1,232 | 7,111 | 1,232 | 00151 | Total Occupied | 65,869 | 71,376 | 5,507 | 74,244 | 79,751 | 5,507 |
| 3.76 | 4.91 | (1.15) | 4.91 | (1.15) | | Length of Stay | 4.25 | 4.82 | (0.57) | 4.32 | 4.83 | (0.51) |
| 1,563 | 1,448 | (115) | 1,448 | (115) | 00168 | Turns | 15,483 | 14,800 | (683) | 17,206 | 16,523 | (683) |
| 60.0% | 71.4% | (11.4%) | 71.4% | (11.4%) | | Net Occupancy % | 65.2% | 69.2% | (4.1%) | 66.7% | 70.3% | (3.7%) |
| | | | | | | **Consolidated - All Depts** | | | | | | |
| | | | | | | **Revenues** | | | | | | |
| 81,580 | 850,531 | (768,951) | 850,531 | (768,951) | 30501 | Assessment - UDI | 1,043,928 | 9,355,846 | (8,311,917) | 1,894,460 | 10,206,377 | (8,311,917) |
| 192,607 | - | 192,607 | - | 192,607 | 30512 | Unsold Inventory | 2,030,499 | - | 2,030,499 | 2,030,499 | - | 2,030,499 |
| 19,074 | - | 19,074 | - | 19,074 | 30515 | WVR Paid Assessment | 151,451 | - | 151,451 | 151,451 | - | 151,451 |
| 557,270 | - | 557,270 | - | 557,270 | 30534 | CWA Assessments | 6,129,967 | - | 6,129,967 | 6,129,967 | - | 6,129,967 |
| 3,450 | 2,278 | 1,173 | 3,450 | - | 31501 | Interest Income | 46,098 | 25,053 | 21,045 | 53,275 | 27,330 | 25,945 |
| **853,982** | **852,809** | **1,173** | **853,982** | **0** | | **Total Revenues** | **9,401,943** | **9,380,898** | **21,045** | **10,259,652** | **10,233,707** | **25,945** |
| | | | | | | **Net Operating Expense** | | | | | | |
| 68,819 | 75,341 | 6,522 | 75,341 | 6,522 | | Maintenance | 820,182 | 919,718 | 99,536 | 892,714 | 992,250 | 99,536 |
| 142,453 | 179,039 | 36,586 | 179,039 | 36,586 | | Housekeeping | 1,827,065 | 2,006,917 | 179,851 | 1,982,550 | 2,162,401 | 179,851 |
| 19,416 | 20,338 | 922 | 20,338 | 922 | | Common Area/Grounds Maintenance | 225,452 | 231,605 | 6,154 | 245,803 | 251,957 | 6,154 |
| - | - | | | | | Common Area | | | | | | |
| 20,422 | 30,080 | 9,658 | 30,080 | 9,658 | | Laundry | 288,510 | 365,402 | 76,892 | 304,096 | 380,988 | 76,892 |
| - | - | | | | | Reservations | | | | | | |
| 372,068 | 313,594 | (58,474) | 302,493 | (69,575) | | General & Administrative | 3,555,261 | 3,498,738 | (56,523) | 3,868,743 | 3,823,322 | (45,421) |
| 23,903 | 39,068 | 15,165 | 39,068 | 15,165 | | Guest Service | 366,183 | 466,669 | 100,486 | 405,253 | 505,739 | 100,486 |
| 29,888 | 29,888 | 0 | 29,888 | 0 | | Telephone | 328,768 | 328,768 | 0 | 358,656 | 358,656 | 0 |
| - | - | | | | | Accounting | | | | | | |
| 30,041 | 46,987 | 16,946 | 46,987 | 16,946 | | Utilities | 405,977 | 528,461 | 122,484 | 452,247 | 574,731 | 122,484 |
| - | - | | | | | Presidential Reserve | | | | | | |
| 76,822 | 79,511 | 2,689 | 79,511 | 2,689 | | Activities | 867,855 | 885,440 | 17,585 | 947,357 | 964,942 | 17,585 |
| 16,724 | 18,799 | 2,076 | 18,799 | 2,076 | | Security | 208,840 | 225,675 | 16,836 | 227,639 | 244,475 | 16,836 |
| - | - | | | | | Miscellaneous Service | | | | | | |
| **800,556** | **832,646** | **32,090** | **821,544** | **20,988** | | **Total Net Operating Expense** | **8,894,092** | **9,457,395** | **563,303** | **9,685,058** | **10,259,462** | **574,405** |
| 167.23 | 218.48 | 51.26 | 218.48 | 51.26 | | Interior Cost per Turn | 212.54 | 247.63 | 35.09 | 208.14 | 239.39 | 31.25 |
| | | | | | | **Other Expenses** | | | | | | |
| 15,585 | 12,500 | (3,085) | 15,585 | (0) | 61404 | Federal & State Income Taxes | 84,086 | 137,500 | 53,414 | 91,730 | 150,000 | 58,270 |
| 12,716 | 8,687 | (4,029) | 12,716 | - | 62103 | Bad Debt Expense | 100,967 | 95,558 | (5,409) | 115,821 | 104,245 | (11,575) |
| **28,301** | **21,187** | **(7,114)** | **28,301** | **(0)** | | **Total Other Expenses** | **185,054** | **233,058** | **48,004** | **207,551** | **254,245** | **46,694** |
| **25,125** | **(1,024)** | **26,149** | **4,137** | **20,988** | | **Net Income - Operations** | **322,798** | **(309,555)** | **632,353** | **367,043** | **(280,000)** | **647,044** |

**Star Island VOA - 555**

**Departmental Income Statement**

**For the Month Ending 2025-11-30**

| | MONTH TO DATE | | | | | | | | YEAR TO DATE | | | FULL YEAR | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | FORECAST VARIANCE $ | Account | | | | ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | BUDGET | VARIANCE $ |
| | | | | | | **Reserves** | | | | | | | | |
| 230,565 | 230,565 | (0) | 230,565 | (0) | 30501 | Assessment - UDI | | | 2,536,220 | 2,536,220 | (0) | 2,766,786 | 2,766,786 | (0) |
| 49,403 | - | 49,403 | 49,403 | - | 31501 | Interest Income | | | 148,779 | - | 148,779 | 173,049 | - | 173,049 |
| 2,384 | - | 2,384 | 2,384 | - | 31552 | Securities Interest | | | 137,160 | - | 137,160 | 140,205 | - | 140,205 |
| 282,353 | 230,565 | 51,788 | 282,353 | (0) | | **Revenue** | | | 2,822,159 | 2,536,220 | 285,939 | 3,080,041 | 2,766,786 | 313,255 |
| - | - | - | - | - | 70002 | Capital Improvement | | | 71,287 | - | (71,287) | 71,287 | - | (71,287) |
| 832 | - | (832) | - | (832) | 70026 | Standard Unit Furnishings | | | 5,632,992 | - | (5,632,992) | 5,632,992 | - | (5,632,992) |
| 832 | - | (832) | - | (832) | | **Expense** | | | 5,704,279 | - | (5,704,279) | 5,704,279 | - | (5,704,279) |
| **281,521** | **230,565** | **50,956** | **282,353** | **(832)** | | **Net Income - Reserves** | | | **(2,882,120)** | **2,536,220** | **(5,418,340)** | **(2,624,238)** | **2,766,786** | **(5,391,024)** |
| | | | | | | **Tax Escrow** | | | | | | | | |
| 93,937 | 93,937 | (0) | 93,937 | (0) | 30507 | Property Tax Income | | | 1,033,304 | 1,033,304 | (0) | 1,127,241 | 1,127,241 | (0) |
| 695 | - | 695 | 695 | - | 31501 | Interest Income | | | 7,126 | - | 7,126 | 7,233 | - | 7,233 |
| 94,632 | 93,937 | 695 | 94,632 | (0) | | **Revenue** | | | 1,040,430 | 1,033,304 | 7,126 | 1,134,474 | 1,127,241 | 7,233 |
| 183,361 | 98,103 | (85,257) | 98,103 | (85,257) | 61401 | Property Tax Expense | | | 1,164,395 | 1,079,138 | (85,257) | 1,262,498 | 1,177,241 | (85,257) |
| 183,361 | 98,103 | (85,257) | 98,103 | (85,257) | | **Expense** | | | 1,164,395 | 1,079,138 | (85,257) | 1,262,498 | 1,177,241 | (85,257) |
| **(88,729)** | **(4,167)** | **(84,562)** | **(3,471)** | **(85,257)** | | **Net Income - Tax Escrow** | | | **(123,964)** | **(45,833)** | **(78,131)** | **(128,024)** | **(50,000)** | **(78,024)** |

**Star Island VOA - 555**
**Balance Sheet**
**As of  11/30/2025**

| | Operating Fund | Reserve Fund | Tax Fund | Total |
|---|---|---|---|---|
| **Assets** | | | | |
| Operating Cash | 2,970,995 | | | 2,970,995 |
| **Operating Cash** | **2,970,995** | | | **2,970,995** |
| | | | | |
| Reserve Investments | | 4,698,324 | | 4,698,324 |
| Reserve Inv - Bonds / CD's | | 3,202,188 | | 3,202,188 |
| **Reserve Funds** | **-** | **7,900,512** | | **7,900,512** |
| | | | | |
| Tax Escrow | | | 52,880 | 52,880 |
| Tax Escrow - Investments | | | - | - |
| Investments - Restricted | - | | | - |
| **Restricted Funds** | **-** | | **52,880** | **52,880** |
| | | | | |
| Reserve Notes Receivable | | - | | - |
| Reserve Receivable-UDI | | - | | - |
| UDI Reserve Rec due From Developer | | - | | |
| Operating Fees Receivable-UDI | 600,393 | | | 600,393 |
| UDI Opertg Rec Due Frm Develop | 190,527 | | | 190,527 |
| Due from Developer/Other | (25,614) | | | (25,614) |
| **Owner Receivables** | **765,306** | **-** | | **765,306** |
| | | | | |
| **Other Receivables** | **-** | | | **0** |
| | | | | |
| **Inventories** | **-** | | | **0** |
| | | | | |
| Prepaid Insurance | 6,770 | | | 6,770 |
| Prepaid Miscellaneous Expenses | 792,075 | | | 792,075 |
| **Prepaid Expenses** | **798,845** | | | **798,845** |
| | | | | |
| Reserve Deposit | | - | | |
| **Other Assets** | **-** | **-** | | **0** |
| | | | | |
| Real Estate Tax Rec | | | - | - |
| Due from Operating to Reserves | | 663,213 | | 663,213 |
| Due from Operating to Tax | | | 93,937 | 93,937 |
| **Receivable To (From)** | **-** | **663,213** | **93,937** | **757,150** |
| | | | | |
| **Total Assets** | **4,535,146** | **8,563,725** | **146,816** | **13,245,688** |

**Liabilities & Fund Balances**

| | | | | |
|---|---|---|---|---|
| **Payables** | - | - | | 0 |
| Notes Payable Reserve | | - | | - |
| **Notes Payable** | - | - | | 0 |
| Accrued Reserve Expense | | - | | - |
| Accrued FL Property Taxes | | | - | - |
| Accrued Expenses | 27,028 | | | 27,028 |
| **Accrued Liabilities** | 27,028 | - | - | 27,028 |
| Income Taxes Liability | | - | | - |
| Federal Income Taxes Payable | 32,342 | | | 32,342 |
| **Income Taxes Payable** | 32,342 | 0 | | 32,342 |
| Due to Operating from Reserve | | - | | - |
| Due to Operating from Tax | | | - | - |
| Purchasing Card Liability | - | | | - |
| Due to Management Company | 146,472 | | | 146,472 |
| Due to Management Co - 5% Fee | (0) | | | (0) |
| Due to Reserves from Operating | 663,213 | | | 663,213 |
| Due to Tax from Operating | 93,937 | | | 93,937 |
| **Other Accrued Liabilities** | 903,622 | - | - | 903,622 |
| Deferred Rev. - Reserves | | - | | - |
| Deferred Rev. - Maint Fee (CY) | 11,463 | | | 11,463 |
| **Other Liabilities** | 11,463 | - | | 11,463 |
| **Total Liabilities** | 974,456 | 0 | 0 | 974,456 |
| Fund Balance - Beginning of Year | 3,237,893 | 11,445,845 | 270,781 | 14,954,518 |
| Interfund Transfer To / (From) | - | - | | - |
| Net Unrealized Gain on Investments | - | - | - | - |
| Current Year Income (Deficit) | 322,798 | (2,882,120) | (123,964) | (2,683,286) |
| Interfund Transfer (To) / From Working Capital | - | - | | - |
| **Total Fund Balances** | 3,560,691 | 8,563,725 | 146,816 | 12,271,232 |
| **Total Liabilities & Fund Balances** | 4,535,146 | 8,563,725 | 146,816 | 13,245,688 |