

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/22/2026 01:30 PM

COURTROOM  6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:25-bk-07207-GER**   11 | **11/06/2025** |

**Chapter 11**

**DEBTOR:**   Star Island Vacation Ownership Association, Inc.

**DEBTOR ATTY:**  Daniel Eliades

**TRUSTEE:**  Aaron Cohen

**HEARING:**

cont. status conference
1) Debtor's Expedited Motion for Authority to Maintain Pre-Petition Bank Accounts and for Interim and Final Orders (i) Authorizing Debtor to (a) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (ii) Determining Compliance with, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (iii) Granting Related Relief (Doc #7)
(granted in an interim basis Doc #49, 72, 83)
US Trustee's Limited Objection (Doc #26)
PENDING:
Debtor's Motion for Entry of an Order (I)(A) Approving Auction and Bidding Procedures, (B) Scheduling Bid Deadlines and an Auction, and (C) Approving the Form and Manner of Notice Thereof, and (II)(A) Authorizing the Sale of Assets and (B) Granting Related Relief (Doc #88) filed 1/15/26
Note:   11/18/25 Aaron Cohen Unavailable 12/18/25;
341 Scheduled: 12/8/25 concluded
Claims Deadline: 1/15/26
Sub V Plan Due: 2/4/26
Case Summary (Doc #5)
Pre-Status Conference Report (Doc #64)
Schedules (Doc #62)
Amended Petition (Doc #59)
MOR November 2025 (Doc #87)
Future Hearing:

**APPEARANCES:**:   Wendy Townsend, Jeffrey Kucera (Debtor Atty); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US Trustee Atty); Justin Luna, Catherine Choe (Star Island Development Atty);

**RULING:**
cont. status conference -   cont. to February 12, 2026 at 2:15 pm (AOCNFNG);

1)   Debtor's Expedited Motion for Authority to Maintain Pre-Petition Bank Accounts and for Interim and Final Orders (i) Authorizing Debtor to (a) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (ii) Determining Compliance with, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (iii) Granting Related Relief   (Doc #7) -   Granted in a 3rd interim basis to 2/12/26; cont. to February 12, 2026 at 2:15 pm:Order by KUCERA; (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.