

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/27/2026 01:00 PM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-07207-GER** | **11** | **11/06/2025** |

**Chapter 11**

**DEBTOR:**   Star Island Vacation Ownership Association, Inc.

**DEBTOR ATTY:**   Daniel Eliades

**TRUSTEE:**   Aaron Cohen

**HEARING:**

Debtor's Motion for Entry of an Order (I)(A) Approving Auction and Bidding Procedures, (B) Scheduling Bid Deadlines and an Auction, and (C) Approving the Form and Manner of Notice Thereof, and (II)(A) Authorizing the Sale of Assets and (B) Granting Related Relief (Doc #88)
Note: 11/18/25; 12/18/25; 1/22/26
341 Scheduled: 12/8/25 concluded
Claims Deadline: 1/15/26
Sub V Plan Due: 2/4/26
Case Summary (Doc 5)
Pre-Status Conference Report (Doc 64)
Schedules (Doc 62)
Amended Petition (Doc 59)
MOR November 2025 (Doc 87)
Future Hearing: 2/12/26 @ 2:15 and 4/14/26 at 1:30 pm

**APPEARANCES::**   Carley Everhardt (Debtor Atty); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US Trustee Atty); Catherine Choe (Star Island Development Atty);

**RULING:**
Debtor's Motion for Entry of an Order (I)(A) Approving Auction and Bidding Procedures, (B) Scheduling Bid Deadlines and an Auction, and (C) Approving the Form and Manner of Notice Thereof, and (II)(A) Authorizing the Sale of Assets and (B) Granting Related Relief   (Doc #88) - Granted - cont. to Final Sale Hearing on April 14, 2026 at 1:30 pm:Order by EVERHARDT; (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.