<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name    Star Island Vacation Ownership Association, Inc.

United States Bankruptcy Court for the: Middle District of Florida

Case number:   6:25-bk-07207-GER

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:    12/31/2025

Line of business:   Hospitality

Date report filed:   01/29/2026
<br>MM / DD / YYYY

NAISC code:   5312

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Sr. Regional Controller

Original signature of responsible party    *Jennifer Aviles*   Digitally signed by Jennifer Aviles
<br>Date: 2026.01.30 14:29:17 -05'00'

Printed name of responsible party    Jennifer Aviles

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Star Island Vacation Ownership Association, Inc.                    Case number  6:25-bk-07207-GER

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 11,534,381.39

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $  1,361,499.86

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                    ▬  $  1,651,488.20

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    +  $  -289,988.34
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                    =  $  11,244,393.05

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $            0.00

    *(Exhibit E)*

Debtor Name  Star Island Vacation Ownership Association, Inc.                    Case number 6:25-bk-07207-GER

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $  1,230,880.92

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    0

27. What is the number of employees as of the date of this monthly report?                       0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $  0.00

30. How much have you paid this month in other professional fees?                                    $  0.00

31. How much have you paid in total other professional fees since filing the case?                   $  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1,156,870.00 | − | $ 1,361,499.86 | = | $ -204,629.86 |
| 33. **Cash disbursements** | $ 680,932.27 | − | $ 1,651,488.20 | = | $ -970,555.93 |
| 34. **Net cash flow** | $ 475,937.71 | − | $ -289,988.34 | = | $ 765,926.07 |

35. Total projected cash receipts for the next month:                                        $ 1,167,944.00

36. Total projected cash disbursements for the next month:                                 − $ 395,473.00

37. Total projected net cash flow for the next month:                                      = $ 772,471.00

Debtor Name  Star Island Vacation Ownership Association, Inc.          Case number 6:25-bk-07207-GER

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

CASE NO. 6:25-bk-07207-GER

STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.,

CHAPTER 11
Subchapter V

Debtor.

_____/

## **EXHIBIT A**

The Debtor has not deposited receipts for its business into a debtor in possession (DIP) account. Instead, the Debtor is operating pursuant to the Second Interim Order Granting Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance With, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief (the "**Order**"). The Order allows the Debtor to maintain and use its existing Bank Accounts (as defined in the Order). *See* Order ¶3.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

CASE NO. 6:25-bk-07207-GER

STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.,
                    Debtor.

CHAPTER 11
Subchapter V

_____/

**EXHIBIT B**

      The Debtor is operating pursuant to the Second Interim Order Granting Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance With, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief (the "**Order**"). The Order allows the Debtor to maintain and use its existing Bank Accounts (as defined in the Order). *See* Order ¶3.

1606146739.1

**Exhibit C**
**Schedule of Receipts**

| Bank | Account # | Receipts | | Bank | Account # | Receipts |
|---|---|---|---|---|---|---|
| Wells One | X8236 | | | Fidelity National | X8388 | |
| 12/1/2025 | | - | | 12/1/2025 | | - |
| 12/2/2025 | | - | | 12/2/2025 | | - |
| 12/3/2025 | | - | | 12/3/2025 | | - |
| 12/4/2025 | | - | | 12/4/2025 | | - |
| 12/5/2025 | | - | | 12/5/2025 | | - |
| 12/6/2025 | | - | | 12/6/2025 | | - |
| 12/7/2025 | | - | | 12/7/2025 | | - |
| 12/8/2025 | | - | | 12/8/2025 | | - |
| 12/9/2025 | | - | | 12/9/2025 | | - |
| 12/10/2025 | | - | | 12/10/2025 | | - |
| 12/11/2025 | | - | | 12/11/2025 | | - |
| 12/12/2025 | | - | | 12/12/2025 | | - |
| 12/13/2025 | | - | | 12/13/2025 | | - |
| 12/14/2025 | | - | | 12/14/2025 | | - |
| 12/15/2025 | | - | | 12/15/2025 | | 93,936.76 |
| 12/16/2025 | | - | | 12/16/2025 | | - |
| 12/17/2025 | | - | | 12/17/2025 | | - |
| 12/18/2025 | | 194,632.69 | | 12/18/2025 | | - |
| 12/19/2025 | | - | | 12/19/2025 | | - |
| 12/20/2025 | | - | | 12/20/2025 | | - |
| 12/21/2025 | | - | | 12/21/2025 | | - |
| 12/22/2025 | | 954,746.86 | | 12/22/2025 | | 93,936.76 |
| 12/23/2025 | | - | | 12/23/2025 | | - |
| 12/24/2025 | | - | | 12/24/2025 | | - |
| 12/25/2025 | | - | | 12/25/2025 | | - |
| 12/26/2025 | | - | | 12/26/2025 | | - |
| 12/27/2025 | | - | | 12/27/2025 | | - |
| 12/28/2025 | | - | | 12/28/2025 | | - |
| 12/29/2025 | | - | | 12/29/2025 | | - |
| 12/30/2025 | | - | | 12/30/2025 | | - |
| 12/31/2025 | | - | | 12/31/2025 | | 108.25 |
| | | 1,149,379.55 | | | | 187,981.77 |

| Bank | Account # | Receipts | | Bank | Account # | Receipts |
|---|---|---|---|---|---|---|
| Ameriprise | X3133 | | | Consolidated | | |
| 12/1/2025 | | 10,343.75 | | 12/1/2025 | | 10,343.75 |
| 12/2/2025 | | - | | 12/2/2025 | | - |
| 12/3/2025 | | - | | 12/3/2025 | | - |
| 12/4/2025 | | - | | 12/4/2025 | | - |
| 12/5/2025 | | - | | 12/5/2025 | | - |
| 12/6/2025 | | - | | 12/6/2025 | | - |
| 12/7/2025 | | - | | 12/7/2025 | | - |
| 12/8/2025 | | - | | 12/8/2025 | | - |
| 12/9/2025 | | - | | 12/9/2025 | | - |
| 12/10/2025 | | - | | 12/10/2025 | | - |
| 12/11/2025 | | - | | 12/11/2025 | | - |
| 12/12/2025 | | - | | 12/12/2025 | | - |
| 12/13/2025 | | - | | 12/13/2025 | | - |
| 12/14/2025 | | - | | 12/14/2025 | | - |
| 12/15/2025 | | - | | 12/15/2025 | | 93,936.76 |
| 12/16/2025 | | - | | 12/16/2025 | | - |
| 12/17/2025 | | - | | 12/17/2025 | | - |
| 12/18/2025 | | - | | 12/18/2025 | | 194,632.69 |
| 12/19/2025 | | - | | 12/19/2025 | | - |
| 12/20/2025 | | - | | 12/20/2025 | | - |
| 12/21/2025 | | - | | 12/21/2025 | | - |
| 12/22/2025 | | - | | 12/22/2025 | | 1,048,683.62 |
| 12/23/2025 | | - | | 12/23/2025 | | - |
| 12/24/2025 | | - | | 12/24/2025 | | - |
| 12/25/2025 | | - | | 12/25/2025 | | - |
| 12/26/2025 | | - | | 12/26/2025 | | - |
| 12/27/2025 | | - | | 12/27/2025 | | - |
| 12/28/2025 | | - | | 12/28/2025 | | - |
| 12/29/2025 | | - | | 12/29/2025 | | - |
| 12/30/2025 | | - | | 12/30/2025 | | - |
| 12/31/2025 | | 13,794.79 | | 12/31/2025 | | 13,903.04 |
| | | 24,138.54 | | | | 1,361,499.86 |

**Exhibit D**
**Schedule of Disbursements**

| Bank | Account # | Payments | | Bank | Account # | Payments |
|------|-----------|----------|--|------|-----------|----------|
| Wells One | X8236 | | | Fidelity National | X8388 | |
| 12/1/2025 | | - | | 12/1/2025 | | - |
| 12/2/2025 | | - | | 12/2/2025 | | - |
| 12/3/2025 | | - | | 12/3/2025 | | - |
| 12/4/2025 | | - | | 12/4/2025 | | - |
| 12/5/2025 | | - | | 12/5/2025 | | - |
| 12/6/2025 | | - | | 12/6/2025 | | - |
| 12/7/2025 | | - | | 12/7/2025 | | - |
| 12/8/2025 | | - | | 12/8/2025 | | - |
| 12/9/2025 | | - | | 12/9/2025 | | - |
| 12/10/2025 | | - | | 12/10/2025 | | - |
| 12/11/2025 | | 122.49 | | 12/11/2025 | | - |
| 12/12/2025 | | 817,374.68 | | 12/12/2025 | | - |
| 12/13/2025 | | - | | 12/13/2025 | | - |
| 12/14/2025 | | - | | 12/14/2025 | | - |
| 12/15/2025 | | 19,136.00 | | 12/15/2025 | | - |
| 12/16/2025 | | 39,986.00 | | 12/16/2025 | | - |
| 12/17/2025 | | - | | 12/17/2025 | | - |
| 12/18/2025 | | - | | 12/18/2025 | | - |
| 12/19/2025 | | - | | 12/19/2025 | | - |
| 12/20/2025 | | - | | 12/20/2025 | | - |
| 12/21/2025 | | - | | 12/21/2025 | | - |
| 12/22/2025 | | 629,901.30 | | 12/22/2025 | | - |
| 12/23/2025 | | 144,967.73 | | 12/23/2025 | | - |
| 12/24/2025 | | - | | 12/24/2025 | | - |
| 12/25/2025 | | - | | 12/25/2025 | | - |
| 12/26/2025 | | - | | 12/26/2025 | | - |
| 12/27/2025 | | - | | 12/27/2025 | | - |
| 12/28/2025 | | - | | 12/28/2025 | | - |
| 12/29/2025 | | - | | 12/29/2025 | | - |
| 12/30/2025 | | - | | 12/30/2025 | | - |
| 12/31/2025 | | - | | 12/31/2025 | | - |
| | | 1,651,488.20 | | | | - |

| Bank | Account # | Payments | | Bank | Account # | Payments |
|------|-----------|----------|--|------|-----------|----------|
| Ameriprise | X3133 | | | Consolidated | | |
| 12/1/2025 | | - | | 12/1/2025 | | - |
| 12/2/2025 | | - | | 12/2/2025 | | - |
| 12/3/2025 | | - | | 12/3/2025 | | - |
| 12/4/2025 | | - | | 12/4/2025 | | - |
| 12/5/2025 | | - | | 12/5/2025 | | - |
| 12/6/2025 | | - | | 12/6/2025 | | - |
| 12/7/2025 | | - | | 12/7/2025 | | - |
| 12/8/2025 | | - | | 12/8/2025 | | - |
| 12/9/2025 | | - | | 12/9/2025 | | - |
| 12/10/2025 | | - | | 12/10/2025 | | - |
| 12/11/2025 | | - | | 12/11/2025 | | 122.49 |
| 12/12/2025 | | - | | 12/12/2025 | | 817,374.68 |
| 12/13/2025 | | - | | 12/13/2025 | | - |
| 12/14/2025 | | - | | 12/14/2025 | | - |
| 12/15/2025 | | - | | 12/15/2025 | | 19,136.00 |
| 12/16/2025 | | - | | 12/16/2025 | | 39,986.00 |
| 12/17/2025 | | - | | 12/17/2025 | | - |
| 12/18/2025 | | - | | 12/18/2025 | | - |
| 12/19/2025 | | - | | 12/19/2025 | | - |
| 12/20/2025 | | - | | 12/20/2025 | | - |
| 12/21/2025 | | - | | 12/21/2025 | | - |
| 12/22/2025 | | - | | 12/22/2025 | | 629,901.30 |
| 12/23/2025 | | - | | 12/23/2025 | | 144,967.73 |
| 12/24/2025 | | - | | 12/24/2025 | | - |
| 12/25/2025 | | - | | 12/25/2025 | | - |
| 12/26/2025 | | - | | 12/26/2025 | | - |
| 12/27/2025 | | - | | 12/27/2025 | | - |
| 12/28/2025 | | - | | 12/28/2025 | | - |
| 12/29/2025 | | - | | 12/29/2025 | | - |
| 12/30/2025 | | - | | 12/30/2025 | | - |
| 12/31/2025 | | - | | 12/31/2025 | | - |
| | | - | | | | 1,651,488.20 |

**Exhibit E**
**Schedule of Payables**

| Dates of Service | Vendor Name | Purpose of Debt | Invoice # | Invoice Total | Due Date |
|------------------|-------------|-----------------|-----------|---------------|----------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

-

**Exhibit F**
**Schedule of Receivables**

| Due From | Total Owed | Aging | Due Date |
|---|---|---|---|
| Maintenance Fees due from approx. 1,060 owner accounts (aging report provided upon request) | 974,836.00 | | |
| Wyndham Vacation Resorts, Inc. | 256,044.92 | | 1/31/2026 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1,230,880.92

# WellsOne® Account

Account number:          **8236** ∎ December 1, 2025 - December 31, 2025  ∎ Page 1 of 2



STAR ISLAND VACATION OWNERSHIP
ASSOCIATION, INC.
DEBTOR IN POSSESSION
CH11 CASE #25-07207 (MFL)
6277 SEA HARBOR DR
ORLANDO FL 32821-8043

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8236 | $3,565,737.53 | $1,149,379.55 | -$1,651,488.20 | $3,063,628.88 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/18 | 194,632.69 | Wyndham Pmd Payment 251218 1000268051 Starislandva.Condoassn |
| | 12/22 | 397,477.09 | Cwp 5241 Cwp Udi Orlando-Star Island |
| | 12/22 | 557,269.77 | Ptvo 7066 Cwa Udi Star Island |
| | | **$1,149,379.55** | **Total electronic deposits/bank credits** |
| | | **$1,149,379.55** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/11 | 122.49 | | Client Analysis Srvc Chrg 251210 Svc Chge 1125 002000040968236 |
| | 12/12 | 93,936.76 | | WT 251212-125001 Bank of America, N. /Bnf=Fidelity National Title Ins CO Flo Srf# Ec25121260696166 Trn#251212125001 Rfb# E55Wire000702 |
| | 12/12 | 128,695.65 | | WT 251212-125006 Jpmorgan Chase Bank /Bnf=Rcirm Parsippany Concentration Acc Srf# Ec25121260696168 Trn#251212125006 Rfb# E55Wire000701 |
| | 12/12 | 594,742.27 | | WT Fed#03R01 First Horizon Bank /Ftr/Bnf=Star Island Management Corp Srf# Ec25121260696167 Trn#251212125003 Rfb# E55Wire000703 |
| | 12/16 | 39,986.00 | < | Business to Business ACH Debit - IRS Usataxpymt 121625 220575093329009 Star Island Vacation O |
| | 12/22 | 93,936.76 | | WT 251222-166241 Bank of America, N. /Bnf=Fidelity National Title Ins CO Flo Srf# Ec25122214729924 Trn#251222166241 Rfb# E55Wire000705 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/22 | 535,964.54 | WT Fed#01R00 First Horizon Bank /Ftr/Bnf=Star Island Management Corp Srf# Ec25122214729923 Trn#251222166240 Rfb# E55Wire000706 |
| | 12/23 | 144,967.73 | WT 251222-166239 Jpmorgan Chase Bank /Bnf=Rcirm Parsippany Concentration Acc Srf# Ec25122214729922 Trn#251222166239 Rfb# E55Wire000704 |
| | | **$1,632,352.20** | **Total electronic debits/bank debits** |

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Checks paid

| Number | Amount | Date |
|---|---|---|
| 067 | 19,136.00 | 12/15 |
| | **$19,136.00** | **Total checks paid** |

| | | |
|---|---|---|
| | **$1,651,488.20** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 3,565,737.53 | 12/15 | 2,729,104.36 | 12/22 | 3,208,596.61 |
| 12/11 | 3,565,615.04 | 12/16 | 2,689,118.36 | 12/23 | 3,063,628.88 |
| 12/12 | 2,748,240.36 | 12/18 | 2,883,751.05 | | |
| **Average daily ledger balance** | | **$3,157,784.29** | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



# Your Ameriprise statement

**for December 1, 2025 to December 31, 2025**

PREPARED FOR STAR ISLAND VACATION OWNERSHIP ASSN INC

**Capital Reserve Group**

A financial advisory practice of Ameriprise Financial Services, LLC
**Cory J Matsumoto**
611 Anton Blvd Ste 200
Costa Mesa, CA 92626-7002
714.435.3965
Cory.Matsumoto@comericafinancialadvisors.com
www.ameripriseadvisors.com/team/capital-reserve-group

## Value of your investment accounts

| | This month | This year |
|---|---|---|
| Beginning value | $7,915,764.36 | $10,984,392.00 |
| Net deposits & withdrawals | $0.00 | -$3,371,037.13 |
| Dividends, interest & income | $24,138.54 | $265,641.84 |
| Change in value | $4,743.85 | $65,650.04 |
| **Ending value** | **$7,944,646.75** | **$7,944,646.75** |

## Your asset allocation



| Asset class | Value on Dec 31, 2025 | Percent of assets |
|---|---|---|
| Cash & cash investments* | $4,722,462.45 | 59.4% |
| Fixed income | $3,222,184.30 | 40.6% |
| **Total assets** | **$7,944,646.75** | **100%** |

*Cash investments includes cash held inside pooled investments (e.g. mutual funds), as part of a manager's investment strategy, and is not directly accessible unless you sell some of that investment. For details visit ameriprise.com/allocation.

## Value of your investment accounts over time



This chart provides a five-year view of your account values. The black line shows the value of your accounts, while the gray line shows your net contributions (deposits less withdrawals).

 *Get all the details online at ameriprise.com. Click the Portfolio tab to find your latest account value, activity and asset allocation. Your Ameriprise financial advisor can help you understand how the stated account value shown here may differ from the amount you'd receive if you sold your assets (after any tax withholding, outstanding loans, pending transactions and potential fees).*



Securities offered through Ameriprise Financial Services, LLC. Member FINRA/SIPC.

STAR ISLAND VACATION OWNERSHIP ASSN INC CLIENT ID: 2701 3934 8 001
GROUP ID: 1439 4805 7 001

000000112/31/2025 I#

DEC 01, 2025 TO DEC 31, 2025 | **Page 1 of 10**

## Important information to note

One or more documents are intended to accompany this statement, including regulatory notices or disclosures. You can view an electronic version of each document by clicking the following document title(s):

**We're letting you know about updates made to the Regulation Best Interest Disclosure**

Details regarding Registered Index Linked Annuities were updated in the **Fees, Costs and Considerations Relating to Investment Products Held in Your Commission-Based Account** section. Updates were also made in the **Other Sources of Compensation** and the **Compensation Received by Ameriprise Financial Services** sections. Visit ameriprise.com/bestinterest for the full disclosure.

**Important information for filing your taxes**

To view 2025 tax dates, deadlines and more – including tips for navigating tax season – visit www.ameriprise.com/2025taxinfo. This information accompanies tax statements that are available January through March 2026.

**We're letting you know about updates made to the following Ameriprise Disclosures.**

Please review the Ameriprise Brokerage Client Agreement for retail and institutional accounts, as well as the Other Important Brokerage Disclosures for important updates. These documents can be found at ameriprise.com/disclosures.

# Ameriprise Brokerage Account

ISLAND VACATION OWNERSHIP | ASSOCIATION INC

Account #: ...X3133

**Investment time frame:** 1-3 years; **Risk tolerance:** Moderate; **Investment objective:** Income; **Liquidity needs:** 7+ Years
See the Disclosures at the end of your statement for definitions of these suitability terms.

## Value of your account

| | This period | This year |
|---|---|---|
| Beginning value | $7,915,764.36 | $10,984,392.00 |
| Deposits | | |
| Cash deposits | $0.00 | $1,287,986.26 |
| Withdrawals | | |
| Cash withdrawal | $0.00 | -$3,290,837.67 |
| Debit card, ATM, checks and bill pay | $0.00 | -$1,368,185.72 |
| Total withdrawals | $0.00 | -$4,659,023.39 |
| Income | | |
| Dividends | $13,794.79 | $149,413.61 |
| Interest | $10,343.75 | $116,228.23 |
| Total income | $24,138.54 | $265,641.84 |
| Change in value | $4,743.85 | $65,650.04 |
| Ending value | $7,944,646.75 | $7,944,646.75 |
| Accrued interest | $11,049.90 | |

## Value of your account over time



## Summary of your holdings

| Asset | Value of assets | Percent of account |
|---|---|---|
| Cash and equivalents | $4,722,462.45 | 59.4% |
| Bonds, CDs and structured products | $3,222,184.30 | 40.6% |
| Ending value | $7,944,646.75 | 100.0% |

## Your holdings

| Description | Ending value this period[7] | Ending value last period | Net change this period | Estimated Annual income | Yield |
|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | |
| DREYFUS GOVT CASH MGMT WEALTH SHS 6349 | $4,722,462.45 | | | $162,924.95 | 3.45% |
| **Total Cash and equivalentss** | **$4,722,462.45** | **$4,698,323.91** | **$24,138.54** | **$162,924.95** | |

# Ameriprise Brokerage Account (continued)

Account #: ...ˣ3133

## Your holdings – continued

|  |  |  |  |  |  |  | Estimated | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Symbol/CUSIP | Quantity | Market X price | Ending value = this period[7] | Ending value last period | Net change this period | Total cost basis[1] | Unrealized gain/loss | Annual income | Yield |
| **Bonds, CDs and structured products** | | | | | | | | | | |
| **LESS THAN 1 YEAR** | | | | | | | | | | |
| U S TREASURY NOTE CPN 1.250% DUE 11/30/26 DTD 11/30/21 FC 05/31/22 11/30/2026 | 91282CDK4  Moodys = AA1 | 1,655,000.000 | $97.9540 | $1,621,138.70/ $1,818.68 | $1,616,521.25 | $4,617.45 | $1,589,816.35 | $31,322.35 | $20,687.50 | 1.28% |
| **1-2 YEARS** | | | | | | | | | | |
| U S TREASURY NOTE CPN 4.500% DUE 05/15/27 DTD 05/15/24 FC 11/15/24 05/15/2027 | 91282CKR1  Moodys = AA1 | 1,580,000.000 | $101.3320 | $1,601,045.60/ $9,231.22 | $1,600,919.20 | $126.40 | $1,592,546.10 | $8,499.50 | $71,100.00 | 4.44% |
| **Total Bonds, CDs and structured products** | | 3,235,000.000 | | $3,222,184.30 | $3,217,440.45 | $4,743.85 | $3,182,362.45 | $39,821.85 | $91,787.50 | |
| **Accrued interest: $11,049.90** | | | | | | | | | | |
| **Total account holdings** | | | | $7,944,646.75 | $7,915,764.36 | $28,882.39 | $3,182,362.45 | $39,821.85 | $254,712.45 | |

[1] Cost basis is used to determine capital gain or loss for tax purposes. It is the original cost of the asset, adjusted for certain activity, including reinvested dividends, reinvested capital gain distributions (for mutual funds), sales charges, transaction fees, wash sales, accrued discounts and premiums (for bonds), returns of capital and corporate actions, where applicable. Other adjustments may apply.

[5] Any balances held in AIMMA, ABISA or a money market mutual fund serving as your sweep account can be liquidated at your request and the proceeds held as cash in the account or remitted to you per your instructions. Annual percentage yield and interest paid during the statement period are shown in your account activity.

[7] Ending value amounts for Your holdings represent information posted as of trade date and thus may include transactions that have not settled as of the date of this statement. Total Value is derived from both assets held by the firm in your account, as well as assets held away which is reported for convenience purposes.

The MSRB provides disclosure and offering documents from municipal securities issuers online at www.emma.msrb.org. You can also find: pricing for municipal trades, interest rates, auction results, daily market statistics and educational material about municipal securities.

** Any ratings for municipal bonds are supplied by Standard & Poor's, a division of the McGraw-Hill Companies, Inc, an investment rating provider. Other rating services may rate this security differently. Lack of a rating by Standard & Poor's does not imply the security is not rated as it may be rated by other rating services.

See the Disclosures section of this statement for more information.

## Your account activity

| Date | Transaction | Description | Symbol/CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| **Trade activity** | | | | | | |
| **Securities purchased** | | | | | | |
| 12/31/2025 | REINVEST DIV | DREYFUS GOVT CASH MGMT WEALTH SHS 6349 | | | | -$13,794.79 |

# Ameriprise Brokerage Account (continued)

Account #: ..X3133

## Your account activity - continued

| Date | Transaction | Description | Symbol/CUSIP | Quantity | Price | Amount |
|------|-------------|-------------|--------------|----------|-------|--------|
| **Income** | | | | | | |
| 11/30/2025 | INTEREST | U S TREASURY NOTE CPN 1.250% DUE 11/30/26 DTD 11/30/21 FC 05/31/22 113025 1,655,000 | 91282CDK4 | | | $10,343.75 |
| 12/31/2025 | DIVIDEND | DREYFUS GOVT CASH MGMT WEALTH SHS 6349 123125 4,708,667 | | | | $13,794.79 |
| **Total Income** | | | | | | **$24,138.54** |

*An investment in money market funds is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the Fund seeks to maintain the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.*

## Your cash sweep activity

| Date | Transaction | Description | Amount |
|------|-------------|-------------|--------|
| 12/02/2025 | PURCHASE | DREYFUS GOVT CASH MGMT WEALTH SHS 6349 | -$10,343.75 |

## Additional information about your account

Cash sweep options allow you to manage cash awaiting investment. For long term cash holdings, other product solutions may be more appropriate and also have the potential to provide a highter return than your cash sweep options.

# Additional important disclosures

Throughout these disclosures, Ameriprise Financial Services, LLC, the introducing firm, and American Enterprise Investment Services, Inc., the clearing firm, are abbreviated as AFS and AEIS respectively. Affiliates RiverSource Life Insurance Co. and RiverSource Life Insurance Co. of New York are abbreviated as RVS.

**Agreements and disclosures:** You may access current versions of documents including agreements, disclosures and fee documentation governing brokerage and managed accounts on our website at ameriprise.com/disclosures.

**FINRA public disclosure program:** An investor brochure describing FINRA's Public Disclosure Program is available on FINRA's Web Site (FINRA.org) or by calling 800.289.9999.

**Municipal securities:** AEIS and AFS are registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board (MSRB). The MSRB makes available at its website, www.msrb.org, an investor brochure, which describes the protections that may be provided by the MSRB, and how to file a complaint regarding municipal securities with the appropriate regulatory authority.

**Check deposits:** Checks that should be made payable to AEIS include Ameriprise Brokerage, ONE Financial, Managed Accounts, 529 Plans and Variable Annuities. Checks that should be made payable to AFS include RiverSource Insurance and Annuities, Ameriprise Certificates, Financial Plans and checks for multiple products that do *not* include funds to be sent to Brokerage or a Managed Account. Checks for deposit to an Ameriprise Bank Account should be made payable to the account owner/client or Ameriprise Bank. Checks for deposit into RiverSource Life of New York accounts should be made payable to RiverSource Life of New York. Checks for RAVA 5 accounts that are transfer checks or additional payments should be made out to RiverSource Life Insurance Company. No checks or payments should be made payable to any advisor or their practice as these are not an affiliate or subsidiary of the firm.

**Mutual fund sales charges and 12b-1 fees:** Both AFS and your financial advisor receive compensation when you buy a mutual fund through your brokerage account. Mutual funds purchased and held in a brokerage account generally pay financial advisors compensation in the form of an ongoing payment, known as a 12b-1 fee. Generally, your financial advisor receives a substantial portion of the sales charge and 12b-1 fees paid to the firm in connection with your mutual fund purchase for as long as you own your fund shares through us. Sales charges and 12b-1 fees vary from mutual fund to mutual fund and from share class to share class. AFS and your financial advisor receive more compensation on funds or share classes that pay higher fees. AFS and your financial advisor generally receive less compensation when the sales charge is reduced, waived completely, or when there is no sales charge or 12b-1 fee.

**Third Party Payments and Cost Reimbursement Services:** AEIS performs certain services such as record keeping, administration and shareholder servicing support, applicable platform level eligibility and investment product due diligence, investment research, training and education, client telephonic and other servicing, and other support related functions, such as trading systems, asset allocation and performance reporting tools, and websites and mobile applications (collectively, "Cost Reimbursement Services"). AEIS receives a variety of these payments for Cost Reimbursement Services ("Cost Reimbursement Payments") from investment products sponsored or managed by affiliated investment advisers (e.g., Columbia Management Investment Advisers) and from unaffiliated product companies for investments you make as a result of our recommendations. Cost Reimbursement Payments are received at a higher percentage rate from certain mutual fund firms (described below as "Full Participation Firms"), which may create a conflict of interest or incentive if AFS promotes, or Ameriprise Financial advisors recommend, the mutual funds offered by a Full Participation Firm. These payments form a structure referred to as the Ameriprise Financial Mutual Fund Program. Cost Reimbursement Payments are not shared with your financial advisor. Cost Reimbursement Payments for marketing and sales support are also applicable to other investment product categories, such as annuities, insurance, UITs, actively managed ETFs, structured products and alternative investments, such as non-traded REITs/BDCs, hedge fund offerings, managed futures funds, private equity offerings, and real estate private placements. For additional information regarding the compensation amounts and practices of a particular mutual fund, please review all pertinent sales literature, statements of additional information prospectuses, accounts agreements, policies, contracts, other offering documents, and the Other Important Brokerage Disclosures document on ameriprise.com/disclosures.

**Financial interest in products:** AFS and its affiliates have a greater financial interest in the sales of products that they manufacture. AFS and its affiliates receive more revenue from the sale of some financial products and services, particularly those products and services sold under the Ameriprise, Columbia Threadneedle Investments and RVS brands, than for the sale of other products and services.

**Important annual notice regarding the delivery of shareholder documents:** Ameriprise provides a service called "householding." With this service, a single copy of shareholder documents (e.g., prospectuses and proxy mailings, etc.) is delivered for certain clients who reside at the same address. If you wish to receive your own shareholder documents separately, call 866.273.7429 and reference the Client ID number found on your statement. Your request will be implemented within 30 days.

**Suitability terms: Investment time frame** is the expected period of time you plan to invest to achieve your current financial goal(s). Choices are: less than 1 year, 1-3 years, 4-7 years, 8-10 years and 11+ years. **Risk tolerance** describes your ability to bear the potential of your account losing value in exchange for the potential of higher returns. The higher your risk tolerance, the potential for substantial losses and gains increases. Choices are: Conservative, Moderately conservative, Moderate, Moderately aggressive, and Aggressive. **Investment objective** identifies your intent or planned purpose for the investment dollars in your account. Choices are: Growth, Growth with income, Income, Capital preservation, Speculation, Tax considerations, Education, Estate planning, and Protection. **Liquidity needs** is the period of time from the present until you anticipate needing access to your investment dollars.

**In case of errors or questions about your electronic transfers:** Call us at **800.862.7919** or write us at Ameriprise Financial, 70100 Ameriprise Financial Center, Minneapolis, MN 55474, promptly if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**(1)** Tell us: your name and account number (if any).

**(2)** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;

**(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. We may take up to 45 days to complete our investigation (90 days for transfers involving new accounts, point-of-sale, or foreign-initiated transactions). We will tell you the results within three business days after completing our investigation. If we determine that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**SIPC coverage:** Brokerage accounts are protected by the Securities Investor Protection Corporation (SIPC) up to a maximum of $500,000 per client, which includes a $250,000 limit on claims for uninvested cash held in the account awaiting investment. SIPC provides protection against custodial risk to clients of brokerage firms like AFS or AEIS in the event the firms become insolvent. AEIS has obtained excess coverage on total brokerage and managed account assets with a firm aggregate limit of $750 million for all customer accounts with up to $1.9 million in cash per customer. Assets with RVS, assets held with other unaffiliated insurance companies, and mutual fund or other assets held in accounts other than an AFS brokerage account, are not covered by SIPC. You may obtain information regarding SIPC, including an information brochure, via: www.sipc.org; Tel:202.371.8300; Email:asksipc@sipc.org; Securities Investor Protection Corporation, 1667 K St. N.W., Suite 1000, Washington, D.C. 20006-1622.

**Margin account customers:** This statement is a combined statement of your margin sub-account and special memorandum sub-account maintained for you under Section 4(f)(6) of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate sub-account, as required by Regulation T, is available for your inspection upon request. Securities purchased on margin are the clearing firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, the clearing firm can take action, such as issue a margin call

1231 |#  675H3-5  #016752  MRDF#  BAI IV

and/or sell securities or other assets in any of your non-qualified accounts held with the clearing firm, in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:
· You can lose more funds than you deposit in the margin account.
· The firm can force the sale of securities or other assets in any of your non-qualified account(s).
· The firm can sell your securities or other assets without contacting you.
· You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.
· The firm can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
· You are not entitled to an extension of time on a margin call.

**Securities pricing:** The prices, values, yields and annual income shown on your statement are estimates obtained from the issuer, our affiliates, or various pricing services we believe to be reliable. We cannot guarantee the accuracy of these estimates. The estimates may be based on closing prices, bid/ask quotations, or a matrix based on interest rates for similar securities. In some cases, the estimate may reflect a value calculated prior to the current statement period. The estimated prices do not represent actual prices at which the securities could have been purchased or sold. Securities that do not have prices available or for which we have not received data from our pricing services are not included in the total account value.

**Estimated Annual Income and Estimated Annual Yield:** Estimated Annual Income (EAI) and Estimated Annual Yield (EY) are estimates used for informational purposes only and are derived from information provided by outside parties. EAI, when available, reflects the estimated amount you would earn on a security in its current position and its related income remained constant for one year. EY, when available, reflects only the income generated by an investment. It does not reflect the changes in price, which may fluctuate. The accuracy of these estimates cannot be guaranteed and should not be relied upon exclusively for making investment decisions. The actual income and yield may be higher or lower than the estimated amounts. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated.

**Valuation of alternative investments:** Interests in limited partnerships, hedge fund offerings, non-traded real estate investment trusts, non-traded business development companies, non-traded closed-end funds, real estate private placement, tenant-in-common real estate securities, managed futures funds, private equity offerings or other alternative investments (collectively referred to as Alternative Investments), which are not listed on a national exchange, are generally illiquid because no formal trading market exists for these securities. Their values may be different from the purchase price and may not necessarily be realized if the issuer liquidates the security or if you sell your interests. If accurate pricing is not available, the value of the position will be reflected as "Not Priced". The valuation of interests in Alternative Investments is either the initial offering price or an estimated value, both of which have been provided by the issuer. Other than the initial offering price, the values of the positions you hold represent estimates of your interest in the net assets of the program and are reflected in the total value of your account, shown herein. In limited circumstances, generally where the position has been purchased at another financial institution, the valuation may be provided by an independent third party pricing agent. Each issuer of an Alternative Investment or third party may have a different method of valuation, and may apply various methods of valuation throughout the life of the investment. Generally, the factors considered include, but are not limited to: actual or estimated property or securities values, capitalization rates, acquisition costs, current and/or future cash flows, the use of cash versus accrual accounting, activity in an informal secondary market or overall performance. For publicly registered companies, the valuation methodology is described in the issuer's annual report and other current periodic reports, which are available to clients. For unregistered products/private placements, contact the managing general partner or company for further information about valuation. The number of units owned has been provided by the management of each program and may not necessarily reflect activity after the initial purchase.

**Master Limited Partnerships (MLPs) & taxation:** MLPs and similar investments are subject to complex tax rules. These investments could generate unrelated business taxable income when held in retirement accounts. If these investments are held in your retirement account (including an IRA), the custodian may be required to file a Form 990-T and any taxes due will be paid out of your retirement account. Owning these investments in

any type of account may result in unanticipated tax consequences. Consult a tax advisor and IRS Publication 598 for additional information.

**Non-traded real estate investment trust Distribution Reinvestment Plan (DRIP) customers:** If you participate in the DRIP and you experience a material adverse change in your financial condition, promptly notify your financial advisor to discuss continued participation in the DRIP.

**Callable securities:** When we hold securities which are callable in part on your behalf, you will participate in the impartial lottery allocation system for the called securities in accordance with the provisions of the exchange on which they trade, and in compliance with industry rules. For further details about the allocation process please go to www.ameriprise.com/content/files/AMP_CALLABLE-SECURITIES.PDF.

**"Covered" securities:** A security is considered "covered" and subject to special basis and holding period tax reporting rules under these conditions: 1) Stock, including real estate investment trusts (REITs) acquired on or after Jan. 1, 2011, and not purchased under a dividend reinvestment program 2) Mutual funds and REITs/stocks in a dividend reinvestment program purchased on or after Jan. 1, 2012 (except money market funds) 3) Certain options and debt securities with less complex tax treatment purchased on or after Jan 1, 2014, and 4) Certain options and debt securities with more complex tax treatment purchased on or after Jan 1, 2016. Some securities are not "covered" by definition, see below. When a "covered" investment is sold, we will report the cost basis and holding period of the investment to you and the IRS (in addition to the already-required proceeds information). The cost basis information provided on this statement may not be used for tax reporting purposes. For tax reporting purposes, use the information provided on Form 1099-B, Proceeds from Broker and Barter Exchange Transactions, which will be sent early in the year following the tax year in which the investment was sold.

**"Noncovered" securities:** "Noncovered" is a term for those securities that are not subject to the required cost basis and holding period reporting described above. Ameriprise Financial provides cost basis and holding period information to clients, but not the IRS, for many "noncovered" securities including "noncovered" equities, mutual funds, exchange-traded funds (ETFs), exchange-traded notes (ETNs), business development corporations (BDCs), unit investment trusts (UITs), real estate investment trusts (REITs), debt instruments, and options acquired before the effective dates listed above. Certain other securities are currently excluded from the cost basis reporting rules, including money market funds, short-term debt instruments, real estate mortgage investments conduits (REMICs) and other mortgage-backed securities, partnerships, trusts, and prepaid forward contracts (including certain structured products). The cost basis information provided for "noncovered" securities may not include changes due to corporate actions (such as mergers, spin-offs, stock dividends or cash dividends in lieu of fractional shares), wash sales, certain mutual fund adjustments, returns of capital, certain adjustments to fixed income securities (including early prepayment of principal, premium amortization, accrual of market discount or original issue discount), or transfers of existing positions into Ameriprise by new or existing clients. Ameriprise is not responsible for "noncovered" cost basis information, and will not verify cost basis information that is provided by someone else (including a client, an advisor or another entity, such as a broker) or is the result of a transfer between persons (including inheritance, gift, divorce, distributions from a trust, shares used to repay a loan, etc.). It also will not verify "noncovered" cost basis information obtained through corporate acquisitions by Ameriprise. For transactions related to any of these activities for "noncovered" shares, review your records and consult your tax advisor when preparing your tax return.

**Free credit balance:** In general, a free credit balance represents cash held in your brokerage or managed account that is payable upon your demand. We are not required to segregate or hold the funds separately. We may commingle your funds with our general funds or use the funds for our business. We may, but are not obligated to, pay you interest on any available free credit balances, and we may earn income from the balances as compensation for servicing your account. For additional information review Other Important Brokerage Disclosures on ameriprise.com/disclosures.

**Order Routing Policy and compensation for order handling:** Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. AEIS considers a number of factors in its decision process as to the exchanges and market centers to which it directs its customer orders for execution. These factors include but are not limited to: the speed of execution; the opportunity for price improvement; liquidity enhancement opportunities; trading characteristics of the particular individual security; and size of the order. AEIS currently does not receive payment for directing orders; however, AEIS reserves the right to receive

remuneration for directing orders to a particular broker or dealer for execution. The source and amount of remuneration, if any, received by AEIS will be furnished upon written request. Payment for order flow is not a factor considered when routing orders. For more detailed information, please visit our Order Routing Report published quarterly on ameriprise.com. Please contact us at 800.862.7919 to obtain a printed copy of our Order Routing Report at no cost, or for further details regarding the routing of any specific order. The link to the SEC 606 Order Routing Report can be found at ameriprise.com/606.

**Brokerage mutual fund purchases:** When you purchase certain mutual funds at NAV, on selling your shares, you may pay a sales charge. For the charge and other fees, see the prospectus.

**Equity Dividend Reinvestment Program (DRIP) Customers:** Transactions to purchase shares for the DRIP program, where offered, are executed on a riskless principal basis by AEIS. Details of your DRIP transactions are available on written request to AEIS.

**Fractional Shares and Liquidation Process:** Where your statement indicates a transaction that involved less than one full share of an equity, ETF, preferred or closed-end fund, as well as UITs ("Fractional Share"), AFS and AEIS sold and liquidated the Fractional Share(s) as a client-directed principal transaction on your behalf in accordance with the Ameriprise Brokerage Client Agreement and, if you have a Managed Account, per the liquidation process outlined in your Custom Advisory Relationship Agreement or the applicable Managed Account Client Agreement.

**Assets held outside your brokerage account:** Certain assets purchased through AFS are displayed on this statement as a courtesy to you, even though the assets are held at a third party, and not custodied in your brokerage account. These products may include but are not limited to annuities and insurance products, hedge fund offerings, private equity offerings, managed futures funds, exchange funds, real estate private placements, DST/TICs, and certain 529 plans. Ownership records for these products, valuation information, and SIPC coverage, if applicable, are the responsibility of the company holding the assets, and not AFS or AEIS.

**The Value of your accounts over time on the first page of your statement reports the following information:**
1) The ending value of your portfolio for applicable dates going back (up to) five years. The gray line shows the net value of your deposits and withdrawals, dating back (up to) five years. Note:
   - The gray line does not reflect additions or surrenders for third-party annuities linked to your brokerage account prior to Jan. 1, 2017.
   - The gray line does not reflect additions or surrenders from any whole life insurance policies.
   - If your portfolio was established on Dec. 31, 2012 or earlier, the gray line starting point was your portfolio value on Jan. 1, 2013. The gray line shows your portfolio value on Jan. 1, 2013 PLUS additions since that time MINUS withdrawals since that time.

**Activity for this period:** transaction(s) that have not yet settled by the date of this statement will appear on your next statement.

**Disclosure for persons without a financial advisor:** Mutual funds can be purchased through AFS. For direct purchases AFS will retain all sales charges and 12b-1 fees.

**Third-party issuer assessment:** AFS periodically assesses, but does not continuously monitor, the creditworthiness or financial solvency of third-party issuers. You should be advised that credit markets can be volatile, and the creditworthiness of an issuer may change rapidly. AFS, as a seller of these products, does not guarantee or provide any assurance that a third-party issuer of financial products will be able to fulfill the issuer's obligation to any purchaser of such a product.

1231 | # 67S#2-5 #016752 MRD## BA11V

STAR ISLAND VACATION OWNERSHIP ASSN INC

This Page Intentionally Left Blank

# Messages for you

**Helping clients reach their financial goals for over 130 years**

Generations of clients have put their trust in Ameriprise since 1894. We look forward to helping more clients just like you achieve their financial goals. If you know someone who would benefit from a meeting with your financial advisor, please refer them for a complimentary consultation.





**Ameriprise Financial Services, LLC**
70100 Ameriprise Financial Center | Minneapolis, MN 55474

STAR ISLAND VACATION OWNERSHIP ASSN INC
C/O TRAVEL AND LEISURE CO
501 W CHURCH ST
ORLANDO FL 32805-2205



230413

# Important disclosures

Capital Reserve Group is a financial advisory practice of Ameriprise Financial Services, LLC.

**Please review your statement carefully.** Report any inaccuracies or discrepancies immediately to the appropriate legal entity outlined below. Any oral communication should be re-confirmed in writing to us to protect your rights, including your rights under the Securities Investor Protection Act. Please notify us promptly in writing of any change of address. In addition, should any material change occur in your investment objectives or financial situation, we request prompt notification to ensure we maintain the most up-to-date background and financial information.

**These entities are wholly owned subsidiaries of Ameriprise Financial, Inc.** All may be contacted at 800.862.7919 unless otherwise noted below.

**American Enterprise Investment Services, Inc (AEIS), the clearing broker-dealer,** member FINRA and SIPC, is responsible for the summary pages and each statement for brokerage or managed account products, including securities positions and free credit balances. Direct inquiries to 70400 Ameriprise Financial Center, Minneapolis, MN 55474. A financial statement for this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

**Ameriprise Financial Services, LLC (AFS), the introducing broker-dealer,** member FINRA and SIPC is responsible for Financial Planning Service product pages. Brokerage accounts, investment, and financial advisory services are introduced by and made available through AFS. Direct inquiries (including a problem with, or a complaint about your financial advisor, or unauthorized activity in your account(s)) to 70100 Ameriprise Financial Center, Minneapolis, MN 55474-0507.

**Ameriprise Trust Company (ATC)** is a passive custodian for tax qualified accounts including IRAs. ATC outsources all custody of IRA assets to the other regulated custodians.

**Ameriprise Bank, FSB (Bank),** FDIC-insured, provides banking products including deposit and lending accounts, and personal trust services. Investment products are not insured by the FDIC, NCUA or any federal agency, are not deposits or obligations of, or guaranteed by any financial institution, and involve investment risks including possible loss of principal and fluctuation in value.

**Ameriprise Certificate Company,** the certificate product issuer, is responsible for Ameriprise Certificate Products and those products are distributed and serviced by AFS.

**RiverSource Life Insurance Company and RiverSource Life Insurance Co. of New York (collectively RVS)** are responsible for RiverSource insurance and annuity products. Direct inquiries to RiverSource Life Insurance Co. of NY to 800.541.2251.

**Municipal securities:** AEIS and AFS are registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board (MSRB). The MSRB makes available at its website, www.msrb.org, an investor brochure, which describes the protections that may be provided by the MSRB, and how to file a complaint regarding municipal securities with the appropriate regulatory authority.

**Not a Bank:** AEIS, AFS, ATC, Ameriprise Certificate Company and RVS are not banks. Investment products are not insured by the FDIC, NCUA or any federal agency, are not deposits or obligations of, or guaranteed by any financial institution, and involve investment risks including possible loss of principal and fluctuations in value.

# This document was delivered via U.S. Mail

This statement is eligible for online delivery.
Go to www.ameriprise.com/edelivery or scan the QR code to the right to get started.
Ameriprise online statements are available in color and archived for seven years.



**Questions?** We're here to help. 800.862.7919
For information on how to read your statement, please visit
www.ameriprise.com/microsite/statement

1231 |# 67S#1-5 #016752 MRDF#BA11V



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    ...8388
01 01 140 05 M0000 E#     0
Last Statement:   11/28/2025
This Statement:   12/31/2025

IMG
Customer Service
1-888-400-9009

FIDELITY NATIONAL TITLE INS CO AS
ESC AGT FOR STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.
FILE# 281110080
5000 AVENUE OF THE STARS
KISSIMMEE FL  34746-5310

Page     1 of     2

We have updated the Deposit Agreement and Disclosures (the Agreement)
governing your account. The most recent version is available at
business.bofa.com/us-deposit-agreement
If you have any questions or would like to request a printed copy,
please contact your account representative. By continuing to use
and maintain your account, you acknowledge you have received, reviewed,
and accepted the updated terms of the Agreement.

## ANALYZED INTEREST CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 11/29/2025 - 12/31/2025 | Statement Beginning Balance | 52,879.50 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 187,981.77 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 240,861.27 |
| Number of Enclosures | 0 | | |
| | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 108.25 | Interest Paid Year-to-Date | 7,234.32 |
| Annual Percentage Yield Earned | .95% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/15 | | 93,936.76 | 1-44904932793 : #281110080 | 123302460000129 |
| 12/22 | | 93,936.76 | 1-44920561301 : FILE# 281110080 | 123302460000187 |
| 12/31 | | 108.25 | INTEREST PAID ON 31 DAYS | 09840000112 |
| | | | AVERAGE COLLECTED BALANCE OF        $134,695.39 | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 11/28 | 52,879.50 | 52,879.50 | 1.000 | 12/22 | 240,753.02 | 240,753.02 | .950 |
| 12/11 | 52,879.50 | 52,879.50 | .750 | 12/31 | 240,861.27 | 240,861.27 | .950 |
| 12/15 | 146,816.26 | 146,816.26 | .950 | | | | |


**BANK OF AMERICA**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    …8388
01 01 140 05 M0000 E#      0
Last Statement:    11/28/2025
This Statement:    12/31/2025

IMG
Customer Service
1-888-400-9009

FIDELITY NATIONAL TITLE INS CO AS

Page    2 of    2

IMPORTANT INFORMATION

CHANGE OF ADDRESS.  Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS.  All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.    If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.

**Wyndham Vacation Ownership**
**Account Reconciliation**
**BU 555 - Star Island**
**10201-000**
**Operating Cash**
**12/31/2025**

| | | |
|---|---|---|
| **Prepared By:** | Erin Fisher |
| **Date Prepared:** | 1/21/2026 |
| **Reviewed By:** | Christopher Carver |
| **Date Reviewed:** | 1/21/2026 |

**Nature of Account:**

Main operating cash account including A/P Disbursements

| Date | | Detail | Bank | Book | Sum Amount | Comment |
|---|---|---|---|---|---|---|
| 12/31/25 | **Bank Balance - Wells Fargo # X8236** | | | | **3,063,628.88** | |
| 12/31/25 | **Outstanding Checks** | | | | (525.00) | |
| 12/31/25 | **Deposits in Transit** | | | | | |
| | Mode 12.09 | | | | (60,813.88) | |
| 12/31/25 | **Reconciling Items** | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| **DETAIL TOTAL:** | | | | | 3,002,290.00 | |
| **LEDGER TOTAL:** | | | | | 3,002,290.00 | |
| **Difference** | | | | | - | |

**Comments:**

**Wyndham Vacation Ownership**
**Account Reconciliation**
**BU 555 - Star Island**
**11201-000**
**11202-000**
**Reserve Inv - Bonds / CD's**
**12/31/2025**

| | |
|---|---|
| **Prepared By:** | Erin Fisher |
| **Date Prepared:** | 1/21/2026 |
| **Reviewed By:** | Christopher Carver |
| **Date Reviewed:** | |

**Nature of Account:**

To record all invested Reserve funds in liquid and non liquid investments..

| Date | Detail | GL 11201 | GL 11202 | Total | Comment |
|---|---|---|---|---|---|
| 12/31/2025 | **Bank Balance - Ameriprise Account X3133** | 4,722,462.45 | 3,222,184.30 | 7,944,646.75 | |
| | | 4,722,462.45 | 3,222,184.30 | 7,944,646.75 | |
| | Securities Amortization | | 22,105.36 | 22,105.36 | |
| | Unrealized (Gain) / Loss on US Securities Held to Maturity | | (39,055.73) | | |
| **DETAIL TOTAL:** | | 4,722,462.45 | 3,205,233.93 | 7,966,752.11 | |
| **LEDGER TOTAL:** | | 4,722,462.45 | 3,205,233.93 | 7,927,696.38 | |
| **Difference** | | - | - | | |

**Comments:**

**Wyndham Vacation Ownership**
**Account Reconciliation**
**BU 555 - Star Island**
**11250-000**
**Tax Escrow**
**12/31/2025**

| | |
|---|---|
| **Prepared By:** | Erin Fisher |
| **Date Prepared:** | 1/21/2026 |
| **Reviewed By:** | Christopher Carver |
| **Date Reviewed:** | 1/21/2026 |

**Nature of Account:**

| |
|---|
| Main operating cash account including A/P Disbursements |

| Date | Detail | Cash | Investment | Sum Amount | Comment | Support |
|---|---|---|---|---|---|---|
| 12/31/25 | **Bank Balance - Fidelity National Bank (BOA) # X8388** | 240,861.27 | - | **240,861.27** | | |
| | | | - | - | | |
| | | 240,861.27 | - | 240,861.27 | | |

| | |
|---|---|
| **DETAIL TOTAL:** | 240,861.27 |
| **LEDGER TOTAL:** | 240,861.27 |
| **Difference** | - |

**Comments:**

**Star Island VOA - 555**
**Departmental Income Statement**
**For the Month Ending 2025-12-31**

| MONTH TO DATE | | | | | | | YEAR TO DATE | | | FULL YEAR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | FORECAST VARIANCE $ | Account | | ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | BUDGET | VARIANCE $ |
| | | | | | | **Statistics** | | | | | | |
| 10,218 | 10,292 | (74) | 10,292 | (74) | 00150 | Net Rooms Available | 111,275 | 113,368 | (2,093) | 111,275 | 113,368 | (2,093) |
| 6,008 | 8,375 | 2,367 | 8,375 | 2,367 | 00151 | Total Occupied | 71,877 | 79,751 | 7,874 | 71,877 | 79,751 | 7,874 |
| 3.88 | 4.86 | (0.98) | 4.86 | (0.98) | | Length of Stay | 4.22 | 4.83 | (0.61) | 4.22 | 4.83 | (0.61) |
| 1,549 | 1,723 | 174 | 1,723 | 174 | 00168 | Turns | 17,032 | 16,523 | (509) | 17,032 | 16,523 | (509) |
| 58.8% | 81.4% | (22.6%) | 81.4% | (22.6%) | | Net Occupancy % | 64.6% | 70.3% | (5.8%) | 64.6% | 70.3% | (5.8%) |
| | | | | | | **Consolidated - All Depts** | | | | | | |
| | | | | | | **Revenues** | | | | | | |
| 62,905 | 850,531 | (787,627) | 850,531 | (787,627) | 30501 | Assessment - UDI | 1,106,833 | 10,206,377 | (9,099,544) | 1,106,833 | 10,206,377 | (9,099,544) |
| 228,772 | - | 228,772 | - | 228,772 | 30512 | Unsold Inventory | 2,259,271 | - | 2,259,271 | 2,259,271 | - | 2,259,271 |
| 1,585 | - | 1,585 | - | 1,585 | 30515 | WVR Paid Assessment | 153,036 | - | 153,036 | 153,036 | - | 153,036 |
| 557,270 | - | 557,270 | - | 557,270 | 30534 | CWA Assessments | 6,687,237 | - | 6,687,237 | 6,687,237 | - | 6,687,237 |
| - | 2,278 | (2,278) | 7,177 | (7,177) | 31501 | Interest Income | 46,098 | 27,330 | 18,768 | 46,098 | 27,330 | 18,768 |
| 850,531 | 852,809 | (2,277) | 857,709 | (7,177) | | **Total Revenues** | 10,252,475 | 10,233,707 | 18,768 | 10,252,475 | 10,233,707 | 18,768 |
| | | | | | | **Net Operating Expense** | | | | | | |
| 89,398 | 72,532 | (16,866) | 72,532 | (16,866) | | Maintenance | 909,580 | 992,250 | 82,670 | 909,580 | 992,250 | 82,670 |
| 161,688 | 155,485 | (6,203) | 155,485 | (6,203) | | Housekeeping | 1,988,753 | 2,162,401 | 173,648 | 1,988,753 | 2,162,401 | 173,648 |
| 19,301 | 20,352 | 1,051 | 20,352 | 1,051 | | Common Area/Grounds Maintenance | 244,753 | 251,957 | 7,204 | 244,753 | 251,957 | 7,204 |
| 23,462 | 15,586 | (7,876) | 15,586 | (7,876) | | Laundry | 311,972 | 380,988 | 69,016 | 311,972 | 380,988 | 69,016 |
| 327,730 | 324,584 | (3,146) | 313,482 | (14,248) | | General & Administrative | 3,882,991 | 3,823,322 | (59,669) | 3,882,991 | 3,823,322 | (59,669) |
| 21,139 | 39,070 | 17,931 | 39,070 | 17,931 | | Guest Service | 387,322 | 505,739 | 118,417 | 387,322 | 505,739 | 118,417 |
| 29,888 | 29,888 | 0 | 29,888 | 0 | | Telephone | 358,656 | 358,656 | 0 | 358,656 | 358,656 | 0 |
| 43,543 | 46,270 | 2,727 | 46,270 | 2,727 | | Utilities | 449,520 | 574,731 | 125,212 | 449,520 | 574,731 | 125,212 |
| 77,823 | 79,502 | 1,679 | 79,502 | 1,679 | | Activities | 945,678 | 964,942 | 19,264 | 945,678 | 964,942 | 19,264 |
| 16,784 | 18,799 | 2,015 | 18,799 | 2,015 | | Security | 225,624 | 244,475 | 18,851 | 225,624 | 244,475 | 18,851 |
| 810,756 | 802,067 | (8,689) | 790,966 | (19,791) | | **Total Net Operating Expense** | 9,704,848 | 10,259,462 | 554,614 | 9,704,848 | 10,259,462 | 554,614 |
| - | | | | | | Interior Cost per Turn | - | | | - | | |
| | | | | | | **Other Expenses** | | | | | | |
| 6,268 | 12,500 | 6,232 | 7,644 | 1,376 | 61404 | Federal & State Income Taxes | 90,354 | 150,000 | 59,646 | 90,354 | 150,000 | 59,646 |
| 1,057 | 8,687 | 7,630 | 14,853 | 13,797 | 62103 | Bad Debt Expense | 102,024 | 104,245 | 2,221 | 102,024 | 104,245 | 2,221 |
| 7,325 | 21,187 | 13,862 | 22,498 | 15,173 | | **Total Other Expenses** | 192,378 | 254,245 | 61,867 | 192,378 | 254,245 | 61,867 |
| 32,450 | 29,555 | 2,896 | 44,246 | (11,795) | | **Net Income - Operations** | 355,248 | (280,000) | 635,248 | 355,248 | (280,000) | 635,248 |

**Star Island VOA - 555**
**Departmental Income Statement**
**For the Month Ending 2025-12-31**

| | MONTH TO DATE | | | | | | YEAR TO DATE | | | FULL YEAR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | FORECAST VARIANCE $ | Account | | ACTUAL | BUDGET | BUDGET VARIANCE $ | FORECAST | BUDGET | VARIANCE $ |
| | | | | | | **Reserves** | | | | | | |
| 230,565 | 230,565 | (0) | 230,565 | (0) | 30501 | Assessment - UDI | 2,766,786 | 2,766,786 | (0) | 2,766,786 | 2,766,786 | (0) |
| 24,139 | - | 24,139 | 24,270 | (131) | 31501 | Interest Income | 172,918 | - | 172,918 | 172,918 | - | 172,918 |
| 3,046 | - | 3,046 | 3,046 | - | 31552 | Securities Interest | 140,205 | - | 140,205 | 140,205 | - | 140,205 |
| 257,750 | 230,565 | 27,184 | 257,881 | (131) | | **Revenue** | 3,079,909 | 2,766,786 | 313,123 | 3,079,909 | 2,766,786 | 313,123 |
| - | - | - | - | - | 70002 | Capital Improvement | 71,287 | - | (71,287) | 71,287 | - | (71,287) |
| - | - | - | - | - | 70026 | Standard Unit Furnishings | 5,632,992 | - | (5,632,992) | 5,632,992 | - | (5,632,992) |
| - | - | - | - | - | | **Expense** | 5,704,279 | - | (5,704,279) | 5,704,279 | - | (5,704,279) |
| **257,750** | **230,565** | **27,184** | **257,881** | **(131)** | | **Net Income - Reserves** | **(2,624,370)** | **2,766,786** | **(5,391,156)** | **(2,624,370)** | **2,766,786** | **(5,391,156)** |
| | | | | | | **Tax Escrow** | | | | | | |
| 93,937 | 93,937 | (0) | 93,937 | (0) | 30507 | Property Tax Income | 1,127,241 | 1,127,241 | (0) | 1,127,241 | 1,127,241 | (0) |
| 108 | - | 108 | 107 | 1 | 31501 | Interest Income | 7,234 | - | 7,234 | 7,234 | - | 7,234 |
| 94,045 | 93,937 | 108 | 94,044 | 1 | | **Revenue** | 1,134,475 | 1,127,241 | 7,234 | 1,134,475 | 1,127,241 | 7,234 |
| - | 98,103 | 98,103 | 98,103 | 98,103 | 61401 | Property Tax Expense | 1,164,395 | 1,177,241 | 12,846 | 1,164,395 | 1,177,241 | 12,846 |
| - | 98,103 | 98,103 | 98,103 | 98,103 | | **Expense** | 1,164,395 | 1,177,241 | 12,846 | 1,164,395 | 1,177,241 | 12,846 |
| **94,045** | **(4,167)** | **98,212** | **(4,059)** | **98,104** | | **Net Income - Tax Escrow** | **(29,919)** | **(50,000)** | **20,081** | **(29,919)** | **(50,000)** | **20,081** |

**Star Island VOA - 555**
**Balance Sheet**
**As of  12/31/2025**

| | | Operating Fund | Reserve Fund | Tax Fund | Total |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Operating Cash | | 3,002,290 | | | 3,002,290 |
| | Operating Cash | 3,002,290 | | | 3,002,290 |
| | | | | | |
| Reserve Investments | | | 4,722,462 | | 4,722,462 |
| Reserve Inv - Bonds / CD's | | | 3,205,234 | | 3,205,234 |
| | Reserve Funds | - | 7,927,696 | | 7,927,696 |
| | | | | | |
| Tax Escrow | | | | 240,861 | 240,861 |
| Tax Escrow - Investments | | | | - | |
| Investments - Restricted | | | | | |
| | Restricted Funds | - | | 240,861 | 240,861 |
| | | | | | |
| Reserve Notes Receivable | | | - | | |
| Reserve Receivable-UDI | | | - | | |
| UDI Reserve Rec due From Developer | | | - | | |
| Operating Fees Receivable-UDI | | 575,613 | | | 575,613 |
| UDI Opertg Rec Due Frm Develop | | 203,276 | | | 203,276 |
| Due from Developer/Other | | (0) | | | (0) |
| | Owner Receivables | 778,889 | - | | 778,889 |
| | | | | | |
| | Other Receivables | - | | | 0 |
| | | | | | |
| | Inventories | - | | | 0 |
| | | | | | |
| Prepaid Insurance | | 5,880 | | | 5,880 |
| Prepaid Miscellaneous Expenses | | 721,344 | | | 721,344 |
| Prepaid Federal/State Taxes | | 1,376 | | | 1,376 |
| | Prepaid Expenses | 728,599 | | | 728,599 |
| | | | | | |
| Reserve Deposit | | | - | | |
| | Other Assets | - | - | | 0 |
| | | | | | |
| Real Estate Tax Rec | | | | - | |
| Due from Operating to Reserves | | | 893,779 | | 893,779 |
| Due from Operating to Tax | | | | - | - |
| Due from Management Company | | 10,316 | | | 10,316 |
| | Receivable To (From) | 10,316 | 893,779 | - | 904,095 |
| | | | | | |
| | **Total Assets** | 4,520,094 | 8,821,475 | 240,861 | 13,582,430 |
| | | | | | |
| **Liabilities & Fund Balances** | | | | | |
| | | | | | |
| Pre-Petition Liability | | 33,175 | | | 33,175 |
| | Payables | 33,175 | - | | 33,175 |
| | | | | | |
| Notes Payable Reserve | | | - | | - |
| | Notes Payable | - | - | | 0 |
| | | | | | |
| Accrued Reserve Expense | | | - | | - |
| Accrued FL Property Taxes | | | | - | - |
| | Accrued Liabilities | - | - | - | 0 |
| | | | | | |
| Income Taxes Liability | | | - | | - |
| | Income Taxes Payable | - | 0 | | 0 |
| | | | | | |
| Due to Operating from Reserve | | | - | | - |
| Due to Operating from Tax | | | | - | - |
| Purchasing Card Liability | | - | | | - |
| Due to Management Company | | 0 | | | 0 |
| Due to Management Co - 5% Fee | | (0) | | | (0) |
| Due to Reserves from Operating | | 893,779 | | | 893,779 |
| | Other Accrued Liabilities | 893,779 | - | - | 893,779 |
| | | | | | |
| Deferred Rev. - Reserves | | | - | | |
| | Other Liabilities | - | - | | 0 |

| | | | | |
|---|---|---|---|---|
| **Total Liabilities** | 926,953 | 0 | 0 | 926,953 |
| | | | | |
| Fund Balance - Beginning of Year | 3,237,893 | 11,445,845 | 270,781 | 14,954,518 |
| Interfund Transfer To / (From) | - | - | | - |
| Net Unrealized Gain on Investments | - | - | - | - |
| Current Year Income (Deficit) | 355,248 | (2,624,370) | (29,919) | (2,299,041) |
| Interfund Transfer (To) / From Working Capital | - | - | | - |
| **Total Fund Balances** | 3,593,141 | 8,821,475 | 240,861 | 12,655,477 |
| | | | | |
| **Total Liabilities & Fund Balances** | 4,520,094 | 8,821,475 | 240,861 | 13,582,430 |

Run November 18, 2025 at 01:58 PM
Layout: POA_BALANCE BD 2019 FL
Business Unit: 555