| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-07207-GER<br>Middle District of Florida<br>Orlando<br>Tue Feb 17 20:39:57 EST 2026 | Peter J D'Auria<br>K&L Gates LLP<br>One Newark Center, Tenth Floor<br>Newark, NJ 07102-5235 | Grace E. Robson<br>Orlando<br>, FL |
| Star Island Development Corp.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Star Island Management Corp.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Star Island Vacation Ownership Association,<br>5000 Avenue of the Stars<br>Kissimmee, FL 34746-5310 |
| The Club at Star Island, Inc.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Audrey M. Aleskovsky, Trial Attorney<br>U.S. Department of Justice<br>George C. Young Federal Building<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2210 | Casey Joe LaDuke<br>4499 St. Mary's Road<br>Floyds Knobs, IN 47119-9022 |
| Club Wyndham Plus<br>c/o Fairshare Vacation Plan<br>10750 W. Charleston Blvd.<br>Suite 130<br>Las Vegas, NV 89135-1049 | Edward Allen LaDuke<br>1380 Cemetery Road Northeast<br>New Salisbury, IN 47161-8713 | Fairfield Communities Inc<br>Attn: Thomas P Jones, Sr Counsel<br>8669 Commodity Cir<br>Orlando, FL 32819-9003 |
| Fairfield Communities, Inc.<br>Attn: Mark Nuzzo<br>11001 Executive Center Dr<br>Little Rock, AR 72211-4348 | Fidelity National Title Ins.<br>3801 PGA Blvd., Ste. 605<br>Palm Beach Gardens, FL 33410-2756 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Francesca Weinbaum<br>5709 Sandbirch Way<br>Lake Worth, FL 33463-7226 | Glenwood and Faye Adams<br>558 Grovers Turn Road<br>Owings, MD 20736-3233 | HDI Global Specialty SE<br>HDI Platz 1<br>30659 Hannover<br>Germany |
| India Harbor Insurance Co<br>Regulatory Office<br>505 Eagleview Blvd Ste 100<br>Exton, PA 19341-1199 | Internal Revenue Service<br>Centralized Insolvency Ops<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Internal Revenue Service Center<br>1160 W 1200 S St<br>Ogden, UT 84201-0012 | Jing-Bang Yan & Shiou-Yin Houng<br>11155 Abbotts Walk Dr<br>Johns Creek, GA 30097-8452 | Karen Pecarskie<br>653 Simpson Pit Road, Killaloe<br>Ontario, Canada<br>K0J 2A0 |
| Kenneth Robertson<br>21715 Ashford Grove<br>Katy, TX 77450-5513 | Kimberly Renee LaDuke<br>1380 Cemetery Road Northeast<br>New Salisbury, IN 47161-8713 | Lynne M Hancock<br>137 Lafayette Street<br>Randolph MA, MA 02368-3417 |
| Marilyn Williams Costello and Richard Costel<br>126 Mutrie Blvd<br>Rockwood Ontario, Canada | Mark Bortiatynski<br>9675 Morgan Rd<br>Colorado Springs, CO 80908-1605 | Mathew and Julie Whalen<br>10290 Chiniik Drive<br>Allendale  MI  49401 |

| | | |
|---|---|---|
| Melisha Spain Sawyer<br>200 Latham Street<br>Carrollton, AL 35447-2258 | Omni Agent Solutions<br>5955 Desoto Ave., Ste 100<br>Woodland Hills, CA 91367-5100 | Osceola County Tax Collector<br>2501 E. Irlo Bronson Highway<br>Kissimmee, FL 34744 |
| Osceola County Tax Collector<br>PO Box 422105<br>Kissimmee, FL 34742-2105 | Reginald Benson<br>7923 NW 38th Court<br>Davie, FL 33024-8310 | Sarah W. McAtee<br>10326 Docksider Drive East<br>Jacksonville, FL 32257-6335 |
| Star Island Counsel<br>1 Biscayne Blvd<br>Miami, FL 33131 | Star Island Development Corp<br>2800 N Poinciana Blvd<br>Kissimmee, FL 34746-5258 | Star Island Management Corp.<br>5000 Avenue of the Stars<br>Kissimmee, FL 34746-5310 |
| Star Island Vacation Ownership Association,<br>Daniel M. Eliades, Esq.<br>Peter J. DAuria, Esq.<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102-5218 | State of Florida<br>Dept of Business & Prof. Reg<br>2601 Blair Stone Road<br>Tallahassee, FL 32301-5932 | State of Florida<br>Div of Condo, Timeshare & MH<br>2601 Blair Stone Road<br>Tallahassee, FL 32301-5932 |
| Stephens Insurance LLC<br>111 Center St., Ste. 100<br>Little Rock, AR 72201-4451 | Tawain Speights<br>796B Barrington Woods Cv<br>#B<br>796B Barrington Woods Cv, #B<br>Southaven, MS 38671-4912 | Tina Vorndran<br>1132 Kane Blue Run<br>Summerville, SC 29485-7881 |
| Vacation Resort Management<br>501 W. Church Street<br>Orlando, FL 32805-2205 | Wyndham Vacation Management Inc<br>Attn: Matthew Sakac<br>8427 S Park Cir<br>Orlando, FL 32819-9058 | Wyndham Vacation Management Inc<br>Attn: Office of the General Counsel-RM<br>8427 S Park Cir<br>Orlando, FL 32819-9058 |
| Wyndham Vacation Management Inc<br>Attn: Resort Management<br>8427 S Park Cir<br>Orlando, FL 32819-9058 | Wyndham Vacation Resorts Inc<br>10650 W Charleston Blvd Ste 160<br>Las Vegas, NV 89135-1169 | Wyndham Vacation Resorts Inc<br>Attn: Deanne Gabel<br>8427 S Park Cir, Ste 500<br>Orlando, FL 32819-9060 |
| Wyndham Vacation Resorts Inc<br>Attn: George Hewes III Esq<br>8427 S Park Cir, Ste 500<br>Orlando, FL 32819-9060 | Wyndham Vacation Resorts Inc<br>Attn: Jodi Roberts<br>10650 W Charleston Blvd Ste 160<br>Las Vegas, NV 89135-1169 | Aaron R. Cohen +<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 |
| R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Daniel M Eliades +<br>One Newark Center, Tenth Floor<br>Newark, NJ 07102-5235 |
| Wendy Cramer Townsend +<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 | Jeffrey T Kucera +<br>K & L Gates LLP<br>200 S. Biscayne Blvd., Suite 3900<br>Miami, FL 33131-2370 | Justin M Luna +<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 |

| | | |
|---|---|---|
| Audrey M Aleskovsky +<br>DOJ-Ust<br>Office of the United States Trustee<br>George C. Young Federal Building and Cou<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Daniel Eliades +<br>K & L Gates, LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102-5237 | Jonathan Noble Edel +<br>K&L Gates LLP<br>300 S. Tryon St.<br>Suite 1000<br>Charlotte, NC 28202-0136 |
| Omni Agent Solutions (RL) +<br>5955 De Soto Avenue<br>Suite 100<br>Woodland Hills, CA 91367-5100 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)K&L Gates LLP | (u)Felipe Alarcn Ospina<br>Calle 152B 56 10. Ap706 Int.1  Bogota- C | (d)Osceola County Tax Collector<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 |
| (d)Star Island Development Corp.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | (d)Star Island Management Corp.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | (d)The Club at Star Island, Inc.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 |
| (d)Vacation Resort Management, Inc.<br>501 W Church Street<br>Orlando, FL 32805-2205 | End of Label Matrix<br>Mailable recipients     64<br>Bypassed recipients      7<br>Total                   71 | |