UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

STAR ISLAND VACATION OWNERSHIP
ASSOCIATION, INC.

_____Debtor._____/

Chapter 11 Case
Subchapter V

Case No. 6:25-bk-07207-GER

## NOTICE OF ENTRY OF ORDER SETTING CONFIRMATION DEADLINES AND OF NON-VOTING STATUS

**PLEASE TAKE NOTICE** that on February 4, 2026, the above-captioned debtor and debtor-in-possession (collectively, the "**Debtor**") filed the Plan.[1] with the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that:

1. <u>Plan Procedures Order</u>. On February 9, 2026, the Bankruptcy Court entered its *Order (I) Scheduling Hearing on Confirmation of Plan of Liquidation, (II) Setting Related Deadlines, and (III) Setting Deadlines for Filing Administrative Expense Applications* (Doc. No. 102) (the "**Plan Procedures Order**") approving certain procedures for the confirmation of the Plan.

2. <u>Classes Not Entitled to Vote</u>. Under the terms of the Plan, holders of Unclassified Claims, Claims in Classes 1 and 2, and Interests in Class 3 are Unimpaired, and therefore, pursuant to section 1126(f) of the Bankruptcy Code, (i) are deemed to have accepted the Plan, and (ii) are not entitled to vote to accept or reject the Plan. **You have received this Notice of Non-Voting Status because you have been identified as the holder of Claim or Equity Interest in the Non-Voting Classes and, therefore, you are not entitled to vote on the Plan on account of your Claim or Equity Interest.**

3. <u>Confirmation Hearing Notice</u>. Enclosed in the package that contained this Notice is a copy of the Plan Procedure Order. **You should review the Plan Procedure Order for important information about the Plan, including the deadline for objecting to the Plan and the date scheduled for the hearing on confirmation of the Plan.**

| | | |
|---|---|---|
| */s/ Jeffrey T. Kucera* | | Dated: February 18, 2026 |
| Jeffrey T. Kucera | -and- | Wendy C. Townsend |
| Florida Bar No.: 68233 | | Florida Bar No. 517951 |
| K&L Gates LLP | | Shuker & Dorris, P.A. |
| 200 South Biscayne Blvd., | | 121 South Orange Avenue |
| Suite 3900 | | Suite 1120 |
| Miami, Florida 33131 | | Orlando, Florida 32801 |
| Telephone: 305-539-3322 | | Telephone: 407-337-2060 |
| Facsimile: 305-358-7095 | | Email: |
| Email: | | wtownsend@shukerdorris.com |
| Jeffrey.kucera@klgates.com | | *Attorneys for Debtor* |

---

[1] *Star Island Vacation Ownership Association, Inc.'s Plan of Liquidation* (Doc. No. 97) (the "<u>Plan</u>"). Capitalized terms not defined herein shall have the same definition ascribed in the Plan.

1607116226.1