**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**STAR ISLAND VACATION OWNERSHIP, INC.,**

**Debtor.**

Case No.: 6:25-bk-07207-GER

Chapter 11

Subchapter V

**JOINT NOTICE OF RESOLUTION AND REQUEST TO CANCEL HEARING SCHEDULED FOR FEBRUARY 24, 2026, AT 10:30 A.M.**

1. Star Island Development Corp. ("Star Island Development"), The Club at Star Island, Inc. ("The Club at Star Island"), and Star Island Management Corp. ("Star Island Management") (collectively, the "Movants"), filed their *Expedited Motion for Relief from Bidding Procedures Order and for Corrective Bidder Disclosures Regarding Marketing Materials* (the "Motion") (Doc. No. 107) and Debtor has filed its Response to the Motion (Doc. No. 112).

2. The Movants and Debtor conferred and reached an agreement resolving the issues raised in the Motion that are presently ripe and scheduled for hearing.

3. The Parties' agreement, as reflected in correspondence exchanged on February 23 2026 at 12:29 p.m., resolves the issues set for hearing on February 24, 2026. All Parties reserve their respective rights as to any issues not resolved by that agreement.

4. Accordingly, the parties respectfully request that the Court cancel the hearing scheduled for February 24, 2026, at 10:30 a.m.

5. The Court retains jurisdiction to enforce this agreement should a dispute arise regarding compliance.

**RESPECTFULLY SUBMITTED** this 23rd day of February 2026.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400

/s/Jeffrey T. Kucera
**Jeffrey T. Kucera, Esq.**
Florida Bar No.: 68233
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131

2

| | |
|---|---|
| Orlando, Florida 32801 | Telephone: 305-539-3322 |
| Telephone: 407-481-5800 | Email:  Jeffrey.kucera@klgates.com |
| Facsimile:  407-481-5801 | *Attorneys for Debtor* |
| *Attorneys for Movants* | |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In Re:**

**Case No.: 6:25-bk-07207-GER**

**STAR ISLAND VACATION**
**OWNERSHIP, INC.,**

**Chapter 11**

**Debtor.**

**Subchapter V**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically or by U.S. First Class, postage prepaid mail to: all parties authorized to receive electronic notice in this case, and was also served by U.S. Mail (or as otherwise indicated on the service list) on any parties not on CM/ECF, including (i) the Debtor at the address listed on the creditor matrix, (ii) the Office of the United States Trustee, and (iii) any trustee or examiner appointed in this case; this 23rd day of February, 2026.

    /s/ Justin M. Luna
    **Justin M. Luna, Esq.**