| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-07207-GER<br>Middle District of Florida<br>Orlando<br>Mon Feb 23 20:28:11 EST 2026 | Peter J D'Auria<br>K&L Gates LLP<br>One Newark Center, Tenth Floor<br>Newark, NJ 07102-5235 | Grace E. Robson<br>Orlando<br>, FL |
| Star Island Development Corp.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Star Island Management Corp.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Star Island Vacation Ownership Association,<br>5000 Avenue of the Stars<br>Kissimmee, FL 34746-5310 |
| The Club at Star Island, Inc.<br>c/o Justin M. Luna<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Audrey M. Aleskovsky, Trial Attorney<br>U.S. Department of Justice<br>George C. Young Federal Building<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2210 | Casey Joe LaDuke<br>4499 St. Mary's Road<br>Floyds Knobs, IN 47119-9022 |
| Club Wyndham Plus<br>c/o Fairshare Vacation Plan<br>10750 W. Charleston Blvd.<br>Suite 130<br>Las Vegas, NV 89135-1049 | Edward Allen LaDuke<br>1380 Cemetery Road Northeast<br>New Salisbury, IN 47161-8713 | Fairfield Communities Inc<br>Attn: Thomas P Jones, Sr Counsel<br>8669 Commodity Cir<br>Orlando, FL 32819-9003 |
| Fairfield Communities, Inc.<br>Attn: Mark Nuzzo<br>11001 Executive Center Dr<br>Little Rock, AR 72211-4348 | Fidelity National Title Ins.<br>3801 PGA Blvd., Ste. 605<br>Palm Beach Gardens, FL 33410-2756 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Francesca Weinbaum<br>5709 Sandbirch Way<br>Lake Worth, FL 33463-7226 | Glenwood and Faye Adams<br>558 Grovers Turn Road<br>Owings, MD 20736-3233 | HDI Global Specialty SE<br>HDI Platz 1<br>30659 Hannover<br>Germany |
| India Harbor Insurance Co<br>Regulatory Office<br>505 Eagleview Blvd Ste 100<br>Exton, PA 19341-1199 | Internal Revenue Service<br>Centralized Insolvency Ops<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Internal Revenue Service Center<br>1160 W 1200 S St<br>Ogden, UT 84201-0012 | Jing-Bang Yan & Shiou-Yin Houng<br>11155 Abbotts Walk Dr<br>Johns Creek, GA 30097-8452 | Karen Pecarskie<br>653 Simpson Pit Road, Killaloe<br>Ontario, Canada<br>K0J 2A0 |
| Kenneth Robertson<br>21715 Ashford Grove<br>Katy, TX 77450-5513 | Kimberly Renee LaDuke<br>1380 Cemetery Road Northeast<br>New Salisbury, IN 47161-8713 | Lynne M Hancock<br>137 Lafayette Street<br>Randolph MA, MA 02368-3417 |
| Marilyn Williams Costello and Richard Costel<br>126 Mutrie Blvd<br>Rockwood Ontario, Canada | Mark Bortiatynski<br>9675 Morgan Rd<br>Colorado Springs, CO 80908-1605 | Mathew and Julie Whalen<br>10290 Chiniik Drive<br>Allendale  MI  49401 |

Melisha Spain Sawyer
200 Latham Street
Carrollton, AL 35447-2258

Omni Agent Solutions
5955 Desoto Ave., Ste 100
Woodland Hills, CA 91367-5100

Osceola County Tax Collector
2501 E. Irlo Bronson Highway
Kissimmee, FL 34744

Osceola County Tax Collector
PO Box 422105
Kissimmee, FL 34742-2105

Reginald Benson
7923 NW 38th Court
Davie, FL 33024-8310

Sarah W. McAtee
10326 Docksider Drive East
Jacksonville, FL 32257-6335

Star Island Counsel
1 Biscayne Blvd
Miami, FL 33131

Star Island Development Corp
2800 N Poinciana Blvd
Kissimmee, FL 34746-5258

Star Island Management Corp.
5000 Avenue of the Stars
Kissimmee, FL 34746-5310

Star Island Vacation Ownership Association,
Daniel M. Eliades, Esq.
Peter J. DAuria, Esq.
1085 Raymond Boulevard
Newark, New Jersey 07102-5218

State of Florida
Dept of Business & Prof. Reg
2601 Blair Stone Road
Tallahassee, FL 32301-5932

State of Florida
Div of Condo, Timeshare & MH
2601 Blair Stone Road
Tallahassee, FL 32301-5932

Stephens Insurance LLC
111 Center St., Ste. 100
Little Rock, AR 72201-4451

Tawain Speights
796B Barrington Woods Cv
#B
796B Barrington Woods Cv, #B
Southaven, MS 38671-4912

Tina Vorndran
1132 Kane Blue Run
Summerville, SC 29485-7881

Vacation Resort Management
501 W. Church Street
Orlando, FL 32805-2205

Wyndham Vacation Management Inc
Attn: Matthew Sakac
8427 S Park Cir
Orlando, FL 32819-9058

Wyndham Vacation Management Inc
Attn: Office of the General Counsel-RM
8427 S Park Cir
Orlando, FL 32819-9058

Wyndham Vacation Management Inc
Attn: Resort Management
8427 S Park Cir
Orlando, FL 32819-9058

Wyndham Vacation Resorts Inc
10650 W Charleston Blvd Ste 160
Las Vegas, NV 89135-1169

Wyndham Vacation Resorts Inc
Attn: Deanne Gabel
8427 S Park Cir, Ste 500
Orlando, FL 32819-9060

Wyndham Vacation Resorts Inc
Attn: George Hewes III Esq
8427 S Park Cir, Ste 500
Orlando, FL 32819-9060

Wyndham Vacation Resorts Inc
Attn: Jodi Roberts
10650 W Charleston Blvd Ste 160
Las Vegas, NV 89135-1169

Aaron R. Cohen +
P.O. Box 4218
Jacksonville, FL 32201-4218

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

Richard Wayne Epstein +
Greenspoon Marder, PA
200 East Broward Boulevard
Suite 1800
Ft Lauderdale, FL 33301-1949

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Daniel M Eliades +
One Newark Center, Tenth Floor
Newark, NJ 07102-5235

Wendy Cramer Townsend +
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Jeffrey T Kucera +
K & L Gates LLP
200 S. Biscayne Blvd., Suite 3900
Miami, FL 33131-2370

| | | |
|---|---|---|
| Justin M Luna + <br> Latham, Luna, Eden & Beaudine, LLP <br> 201 S. Orange Ave., Suite 1400 <br> Orlando, FL 32801-3483 | Audrey M Aleskovsky + <br> DOJ-Ust <br> Office of the United States Trustee <br> George C. Young Federal Building and Cou <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | Daniel Eliades + <br> K & L Gates, LLP <br> One Newark Center, 10th Floor <br> Newark, NJ 07102-5237 |
| Carly Sara-Lynn Everhardt + <br> 200 South Biscayne Boulevard, Suite 3900 <br> Miami, FL 33131-2370 | Jonathan Noble Edel + <br> K&L Gates LLP <br> 300 S. Tryon St. <br> Suite 1000 <br> Charlotte, NC 28202-0136 | Omni Agent Solutions (RL) + <br> 5955 De Soto Avenue <br> Suite 100 <br> Woodland Hills, CA 91367-5100 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)K&L Gates LLP | (u)Felipe Alarcn Ospina <br> Calle 152B 56 10. Ap706 Int.1  Bogota- C | (d)Osceola County Tax Collector <br> Post Office Box 422105 <br> Kissimmee FL 34742-2105 |
| (d)Star Island Development Corp. <br> c/o Justin M. Luna <br> 201 S. Orange Ave., Suite 1400 <br> Orlando, FL 32801-3483 | (d)Star Island Management Corp. <br> c/o Justin M. Luna <br> 201 S. Orange Ave., Suite 1400 <br> Orlando, FL 32801-3483 | (d)The Club at Star Island, Inc. <br> c/o Justin M. Luna <br> 201 S. Orange Ave., Suite 1400 <br> Orlando, FL 32801-3483 |
| (d)Vacation Resort Management, Inc. <br> 501 W Church Street <br> Orlando, FL 32805-2205 | End of Label Matrix <br> Mailable recipients   66 <br> Bypassed recipients    7 <br> Total                 73 | |