**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

STAR ISLAND VACATION
OWNERSHIP ASSOCIATION, INC.,[1]

Debtor.

_____/

CASE NO. 6:25-bk-07207

CHAPTER 11

SUBCHAPTER V

### CERTIFICATE OF NECESSITY OF REQUEST
### FOR EMERGENCY HEARING

**I HEREBY CERTIFY**, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

*Debtors-In-Possession's Expedited Motion for Entry of an Order Authorizing the Late Designation and Approval of a Stalking Horse Bidder, Increasing the Break-Up Fee, and Related Relief* (the "Motion")

**I CERTIFY FURTHER** that there is a true necessity for an emergency hearing, specifically, because if the Debtor receives multiple qualifying bids for the Property, it will conduct an auction on April 9, 2026. The qualification of the Stalking Horse Bidder would affect the auction. For that reason, the Debtor requests the Court hear this matter prior to April 7, 2026.

**I CERTIFY FURTHER** that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

---

[1] The last four digits of Debtor's tax identification number are 6210. Debtor's primary place of business is 5000 Avenue of the Stars, Kissimmee, Florida, 34746.

1609328306.1

DATED this 30th day of March, 2026.

Respectfully submitted,

*/s/ Jeffrey T. Kucera*
Jeffrey T. Kucera
Carly S. Everhardt
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 539-3300
Email:    jeffrey.kucera@klgates.com
              carly.everhardt@klgates.com
- and -

Daniel M. Eliades (Admitted *pro hac vice*)
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102

1609328306.1