

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 04/06/2026 02:00 PM

### COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-07207-GER** | **11** | **11/06/2025** |

**Chapter 11**

**DEBTOR:**          Star Island Vacation Ownership Association, Inc.


**DEBTOR ATTY:**  **Carly Everhardt**

**TRUSTEE:**          **Aaron Cohen**

**HEARING:**

Debtor's Expedited Motion for Approval for Entry of an Order Authorizing Late Designation and Approval of a Stalking Horse
Bidder, Increasing the Breakup Fee, and Related Relief (Doc #129)
Note: 11/18/25; 12/18/25; 1/22/26
341 Scheduled: 12/8/25 concluded
Claims Deadline: 1/15/26
Sub V Plan Due: 2/4/26
Case Summary (Doc #5)
Pre-Status Conference Report (Doc #64)
Schedules (Doc #62)
Amended Petition (Doc #59)
MOR December 2025 (Doc #94)
Future Hearing: 5/5/26 @ 9:30 (confirmation/sale hearing)

**APPEARANCES::**  Wendy Townsend, Jeffrey Kucera (Debtor Atty); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US
Trustee Atty); Justin Luna (Star Island Development Atty);

**RULING:**
Debtor's Expedited Motion for Approval for Entry of an Order Authorizing Late Designation and Approval of a Stalking Horse
Bidder, Increasing the Breakup Fee, and Related Relie f (Doc #129) - Granted:Order by KUCERA;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure
to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being
denied as moot. This docket entry/document is not an official order of the Court.