**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO. 6:25-bk-07207-GER** |
| **STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.,[1]** | **CHAPTER 11** **Subchapter V** |
| **Debtor.** | |

## NOTICE OF SUCCESSFUL BIDDER IN CONNECTION WITH THE SALE OF THE DEBTOR'S ASSETS

1.   On February 5, 2026, the Court entered the *Order (I) (A) Approving Auction and Bidding Procedures, (B) Scheduling Bid Deadlines and an Auction, and (C) Approving the Form and Manner of Notice Thereof, and (II) (A) Authorizing the Sale of Assets and (B) Granting Related Relief* (the "Bid Procedures Order") [Doc. No. 99],[2] which included a Marketing Process and Bidding Procedures for the Submission, Receipt, and Analysis of Bids in Connection with the Sale of the Property (the "Bid Procedures").

2.   Copies of the Bid Procedures Order may be obtained by accessing the website of the Debtor's claims and noticing agent, Omni Agent Solutions, at https://cases.omniagentsolutions.com/starisland.

3.   Pursuant to the Bid Procedures Order, the Debtor marketed its property and solicited bids in hopes of holding an Auction. However, the Debtor only obtained one bid (the "SIDC Bid") made by Star Island Development Corp. and approved by the Court in its *Order Granting Debtor-*

---

[1] The last four digits of Debtor's tax identification number are 6210. Debtor's primary place of business is 5000 Avenue of the Stars, Kissimmee, Florida 34746.

[2] Terms not otherwise defined in this Notice have the meaning attributed to them in the Bid Procedures Order.

*in-Possession's Motion for Entry of an Order Authorizing the Late Designation and Approval of a Stalking Horse Bidder and Related Relief* [Doc. No.136] dated April 7, 2026 (the "Stalking Horse Order").

4. Pursuant to the Stalking Horse Order, the Debtor hereby gives notice that it has designated Star Island Development Corp. as the Stalking Horse Bidder and the SIDC Bid as the Stalking Horse Bid.

5. The Stalking Horse Bid includes a purchase price of $7,000,000. A copy of the Stalking Horse Bid is attached as Exhibit A to the Debtor-in-Possession's Expedited Motion for Entry of an Order Authorizing the Late Designation and Approval of a Stalking Horse Bidder, Increasing the Break-Up Fee, and Related Relief [Doc. No. 129].

6. The Stalking Horse Bid is the Successful Bid, and Star Island Development Corp. is the Successful Bidder.

7. The auction scheduled for April 9, 2026, is cancelled.

8. Pursuant to Art. XII of the Bid Procedures, the Successful Bidder shall adjust its Good Faith Deposit so that it equals ten percent (10%) of the aggregate purchase price specified in the Successful Bid within two (2) business days of its selection as the Successful Bidder.

9. The Sale Hearing is scheduled before the Court on May 5, 2026, at 9:30 a.m.

10. Any objections to the approval of the Sale Transaction must (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court and served so as to be actually received on or before ***April 23, 2026, at 5:00 p.m. (prevailing Eastern Time)*** by the following parties: (i) counsel to Debtor, K&L Gates LLP, Southeast Financial Center, Suite 3900, 200 South Biscayne Blvd., Miami, FL 33131, Attn: Jeffrey

T. Kucera and Carly S. Everhardt (jeffrey.kucera@klgates.com and carly.everhardt@klgates.com); (ii) counsel to Debtor, K&L Gates LLP, One Newark Center, Tenth Floor, Newark, NJ 07102, Attn: Daniel M. Eliades and Peter J. D'Auria (daniel.eliades@klgates.com and peter.dauria@klgates.com); (iii) counsel to Debtor, Shuker & Dorris, P.A., 121 South Orange Ave., Suite 1120, Orlando, FL 32801, Attn: R. Scott Shuker (rshuker@shukerdorris.com); (iv) Office of the United States Trustee for Region 21, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210, Attn: Guy A. Van Baalen (wanda.murray@usdoj.gov and Audrey.m.Aleskovsky@usdoj.gov); and (v) Subchapter V Trustee, Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201 (aaron@arcohenlaw.com).

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE TRANSACTION, AS APPLICABLE, ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER, SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE PROPERTY FREE AND CLEAR OF ALL INTERVAL AND OTHER INTERESTS OF ASSOCIATION MEMBERS, LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS MAY BE SET FORTH IN THE PURCHASE AGREEMENT, AS APPLICABLE.**

Date: April 8, 2026

Respectfully submitted,

/s/ *Jeffrey T. Kucera*
Jeffrey T. Kucera
Carly S. Everhardt
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 539-3300
Email:   jeffrey.kucera@klgates.com

carly.everhardt@klgates.com

- and -

Daniel M. Eliades (Admitted *pro hac vice*)
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email:  daniel.eliades@klgates.com

*Counsel for Debtor and Debtor-in-Possession*

1609795383.3