UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED VIA MAIL**

APR 27 2026

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re:
STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.,
Debtor.

Case No. 6:25-bk-07207-GER
Chapter 11, Subchapter V

**LIMITED OBJECTION AND STATEMENT OF TIMESHARE OWNER REQUESTING RELEASE**

I, Rachel Watkins, respectfully submit this Limited Objection and Statement in connection with the proposed sale of the Debtor's assets.

1. I am a timeshare owner at Star Island Vacation Ownership Association, Inc., and my ownership interest has been **paid in full**. I have only been responsible for and have paid ongoing maintenance fees associated with my ownership.
2. I have received notice of the proposed sale of the Debtor's assets to Star Island Development Corp., which is proposed to be conducted "free and clear" of interests.
3. I do **not object to the sale itself**, provided that my rights and obligations are clearly addressed as set forth herein.
4. I **do not wish to retain my timeshare ownership interest** under any new ownership or structure.
1. Accordingly, I respectfully request that the Court:
   o Confirm that my timeshare interest will be **fully terminated** as part of the sale; and
   o Order that I be **released from any and all future obligations**, including but not limited to maintenance fees, special assessments, or any other liabilities associated with the timeshare; and
   o Confirm that I shall have **no continuing financial or legal responsibility** following the closing of the sale.
2. I further request that any order approving the sale clearly state the treatment of timeshare owners, including those who, like myself, seek a complete and final release.

I submit this statement to ensure clarity and fairness in the treatment of fully paid timeshare owners who do not wish to continue under new ownership.

I further state that I have **no current contact with Vic Perez**, who was previously associated with this timeshare. To my knowledge, around 2004, he indicated that he was taking steps to remove himself from the ownership by submitting documentation to the timeshare company at that time (then known as Fairfield properties). He provided a typed document for all parties on the deed to sign, and we were informed that he was following the proper channels to relinquish his interest.

I respectfully note that I am **not aware of the outcome or processing of those actions**, and I cannot confirm whether his removal was ever formally completed. I also do not know whether he has received notice of this bankruptcy.

I kindly request that **no responsibility or adverse action be attributed to me or my parents** in connection with any prior handling of ownership changes by Vic Perez. Following that time, I assumed responsibility for the timeshare and have since **independently fulfilled all financial obligations**, including paying off the ownership in full.

I submit this statement to ensure clarity and fairness in the treatment of fully paid timeshare owners who do not wish to continue under new ownership.

Respectfully submitted,

Rachel Aida Watkins
235 Hawthorne Street Mastic New York 11950
631-525-4811
rayoung_75@hotmail.com or Rachel.kingdomculture@gmail.com

April 15, 2026

NATALIE GORDAN WEST
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GO0025068
Qualified in SUFFOLK County
Commission Expires 05/22/2028

property from this day forth he will no longer use the property of the Resorts nor make any such payments towards the property. He signs over all legal paperwork and rights to this property to such parties, Rachel Young, Aida Young and David Young.

Vic L. Perez                                          Date 08/19/04
Vic Leanda Perez

Rachel Young                                         Date 8/19/4
Rachel Young

David Young                                          Date 8/19/4
David Young

Aida Young                                           Date 8/19/4
Aida Young