8

## **EXHIBIT A**

## **Proposed Order**

1610228890.1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                          Chapter 11 Case
                                                                Subchapter V
STAR ISLAND VACATION OWNERSHIP
ASSOCIATION, INC.                                   Case No. 6:25-bk-07207-GER

_____Debtor._____/

**DEBTOR'S OMNIBUS MOTION PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9019 FOR APPROVAL OF SETTLEMENTS WITH
<u>VARIOUS PARTIES</u>**

**THIS CASE** came before the Court on _____, 2026, at _____ a.m./p.m. in Orlando, Florida, upon the *Debtor's Omnibus Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Settlements with Various Parties* (the "Motion"), for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving settlements with certain members as described in the Motion; and the Court having reviewed the Motion and the exhibits thereto, including the consent form attached to the Motion as **Exhibit B** (the "Member Consent Form"), the Court hereby finds that:

a.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

b.     On [_____], 2026, the Motion and the notice of hearing on the Motion were served by email or First Class Mail pursuant on all members listed on Exhibit C to the Motion.

c.     The notice given constituted the best notice practicable under the circumstances is adequate, and no other notice need be given.

d.     A full opportunity has been offered to the parties-in-interest to participate in the hearing on the Motion.

e.    The Settlements set forth in and evidenced by the Motion and the Member Consent Form are fair, reasonable, in the best interest if the estate and its creditors and should be approved.

f.    Other good and sufficient cause exists for granting the relief requested in the Motion.

**THEREFORE, IT IS ORDERED THAT:**

1.    The Motion is GRANTED, as set forth herein.

2.    The Settlements between the Debtor and those members who executed the Member Consent Form (collectively, the "Consenting Members") as listed in Exhibit C in the Motion are APPROVED.

3.    The Debtor is authorized to take all actions reasonably necessary to implement and effectuate the Settlements; and Debtor is entitled to the entry of a final judgment against the Consenting Members in the Adversary Proceeding consistent with the  Member Consent Form.

4.    After service of this Order, the Debtor does not need to provide notice or serve Consenting Members with documents filed in the main proceeding or the Adversary Proceeding; including, but not limited to, notice of hearings related to the entry of summary judgment.

5.    This Court shall retain jurisdiction, even after the closing of this Chapter 11 case, with respect to all matters arising from or related to the interpretation, enforcement and implementation of the Settlements and this Order.

# # #

1610228890.1