**EXHIBIT A**
**PROPOSED ORDER**

1610255564.2

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRCT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourt.gov

In re:                                                              CASE NO. 6:25-bk-07207-GER

Star Island Vacation Ownership Association,        CHAPTER 11
Inc., *et al.*

                                                                    Subchapter V

                              Debtor.

_____/

## ORDER ESTABLISHING CERTAIN NOTICE PROCEDURE

THIS MATTER came before the Court on [_____], in Orlando, Florida, upon the *Debtor's Motion for an Order Establishing Procedures to Limit Notice Costs* (the "Motion"). The Motion seeks entry of an order authorizing a procedure to reduce printing and mailing expenses associated with service of voluminous exhibits, while preserving adequate and effective notice to parties in interest. The Court, having considered the Motion, and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this matter is a core proceeding pursuant to 28 U.S.C.

1

§ 157(b)(2); (d) the Court may enter a final order consistent with Article III of the United States Constitution; (e) notice of the Motion and the hearing thereon was sufficient under the circumstances and no other or further notice need be provided; (f) the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and (g) it appearing that the relief requested in the Motion is in the best interests of Debtor, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      Debtor and its noticing agent, Omni Agent Solutions, Inc., are authorized to utilize alternative notice procedures whereby, for any exhibit exceeding five (5) pages, a slip sheet may be served in lieu of the full exhibit, directing notice recipients to a hyperlink maintained by Omni where the complete exhibit may be accessed and a phone number to request a paper copy of the completed exhibit.

3.      The notice procedures authorized herein may be used in this chapter 11 case and in any related adversary proceeding, as applicable.

4.      To the extent the notice procedures set forth in this Order conflict with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, or any prior order entered by this Court, the notice procedures approved by this Order shall control.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

6.      Debtor is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

1610255564.2

7.      Debtor may amend the notice procedures from time to time during the pendency of their chapter 11 cases, subject to Court approval upon motion.

8.      The Court retains jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

# # #

(*Attorney Jeffrey T. Kucera is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*)

1610255564.2