

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/05/2026 09:30 AM

COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-07207-GER** | **11** | **11/06/2025** |

**Chapter 11**

**DEBTOR:**       Star Island Vacation Ownership Association, Inc.

**DEBTOR ATTY:  Carly Everhardt**

**TRUSTEE:       Aaron Cohen**

**HEARING:**

SALE HEARING:
Debtor's Motion for Entry of an Order (II)(A) Authorizing the Sale of Assets and (B) Granting Related Relief (Doc #88)
Debtor's Memorandum of Law in Support of Sale of Real Property (Doc #160)
Notice of Successful Bidder in Connection with Sale of the Debtor's Assets (Doc #138)
    (Young) Letter Re: Limited Objection and Statement of Timeshare Owner Requesting Release (Doc #153)
    (Watkins) Letter Re: Limited Objection and Statement of Timeshare Owner Requesting Release (Doc #154, #159)
PENDING:
Debtor's Omnibus Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlements with Various
          Parties (Doc #157)
Debtor's Motion for Entry of an Order Establishing Procedure to Limit Notice Costs for Oversized Exhibits (Doc #158)
Note: 11/18/25; 12/18/25; 1/22/26; 1/27/26
341 Scheduled: 12/8/25 concluded
Claims Deadline: 1/15/26
Sub V Plan Due: 2/4/26
Case Summary (Doc #5)
Pre-Status Conference Report (Doc #64)
Schedules (Doc #62)
Amended Petition (Doc #59)
MOR January 2026 (Doc #118); March 2026 (Doc #156)
Future Hearing: 9/16/26 1:30 pm (confirmation)

**APPEARANCES::**  Wendy Townsend, Jeffrey Kucera (Debtor Atty); Aaron Cohen (Sub V Trustee); Audrey Aleskovsky (US
Trustee Atty); Justin Luna (Star Island Development Atty);

**EVIDENCE:** -   Debtor's Exhibit A and B to Doc #160 - Admitted;

**RULING:**
SALE HEARING:

1)   Debtor's Motion for Entry of an Order (II)(A) Authorizing the Sale of Assets and (B) Granting Related Relief   (Doc #88) - Granted:Order by KUCERA;

(Young) Letter Re: Limited Objection and Statement of Timeshare Owner Requesting Release   (Doc #153) - Overruled:Order by KUCERA;

(Watkins) Letter Re: Limited Objection and Statement of Timeshare Owner Requesting Release   (Doc #154, #159) - Overruled:Order by KUCERA;

2)   Debtor's Motion for Entry of an Order Establishing Procedure to Limit Notice Costs for Oversized Exhibits   (Doc #158) - Granted:Order by KUCERA;

(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.