

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 06/09/2026 02:00 PM

### COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-07207-GER** | **11** | **11/06/2025** |

**Chapter 11**

**DEBTOR:**  Star Island Vacation Ownership Association, Inc.

**DEBTOR ATTY:  Carly Everhardt**

**TRUSTEE:  Aaron Cohen**

**HEARING:**

Debtor's Omnibus Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlements with Various Parties (Doc #157)
Note: 11/18/25; 12/18/25; 1/22/26; 1/27/26
341 Scheduled: 12/8/25 concluded
Claims Deadline: 1/15/26
Sub V Plan Due: 2/4/26
Case Summary (Doc 5)
Pre-Status Conference Report (Doc 64)
Schedules (Doc 62)
Amended Petition (Doc 59)
MOR   March 2026 (Doc 156)
Future Hearing: 9/16/26 1:30 pm (confirmation)

**APPEARANCES::**  Wendy Townsend, Carly Everhardt (Debtor Atty); Audrey Aleskovsky (US Trustee Atty); Aaron Cohen (Sub V Trustee);

**RULING:**
Debtor's Omnibus Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlements with Various Parties   (Doc #157) - Granted with 21 days for objections:Order by EVERHARDT;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.