**ORDERED.**

**Dated: September 08, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **CASE NO. 6:25-bk-07207-GER**

**STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.,[1]** **CHAPTER 11**
**Subchapter V**

**Debtor.**

**ORDER GRANTING DEBTOR'S SECOND MOTION TO CONTINUE CONFIRMATION HEARING, AND RELATED DEADLINES, AND FOR RELATED RELIEF**

**THIS CASE** came on for consideration on the *Debtor's Second Motion to Continue Confirmation Hearing, and Related Deadlines, and for Other Related Related Relief* [Doc. No.

[1] The last four digits of Debtor's tax identification number are 6210. Debtor's primary place of business is 5000 Avenue of the Stars, Kissimmee, Florida 34746.

185] (the "Motion")[2] filed by the Debtor Star Island Vacation Ownership Association, Inc. After reviewing the Motion and the record, the Court finds requested modification of the Scheduling Order is appropriate pursuant to 105(a) title 11 of the United States Code (the "Bankruptcy Code"), Rule 3017.2 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Bankruptcy Rule 9006(b)(1). Accordingly, it is **ORDERED**:

1. The Motion is **GRANTED**.

2. The Court, at the request of Debtor, and subject to its availability, may modify the dates of and adjourn any hearing(s) set by this Order, provided that the Debtor will serve notice to all requisite parties informing them of such modification.

3. The Confirmation Hearing as defined in the *Order (I) Scheduling Hearing on Confirmation of Plan of Liquidation, (II) Setting Related Deadlines, and (III) Setting Deadlines for Filing Administrative Expense Applications* (the "Order Scheduling Confirmation") [Doc No. 102] and continued in the *Order Granting Debtor's Motion to Continue Confirmation Hearing and Related Deadlines and for Other Related Relief* [Docket No. 147] is continued to **November 10, 2026 at 1:30 p.m.** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

4. All deadlines set forth in the Order Scheduling Confirmation shall correspond to the date of the continued hearing set forth in paragraph 3 above.

###

*Omni Agent Solutions must serve this Order upon all interested parties within 3 days of entry of this Order.*

[2] Terms not defined in this Order have the definition attributed to them in the Motion.