**ORDERED.**

**Dated: October 23, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:** **CASE NO. 6:25-bk-07207-GER**

**STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC.,**[1] **CHAPTER 11 Subchapter V**

**Debtor.**

**ORDER GRANTING DEBTOR'S THIRD MOTION TO CONTINUE CONFIRMATION HEARING, AND RELATED DEADLINES, AND FOR RELATED RELIEF**

**THIS CASE** came on for consideration on the *Debtor's Third Motion to Continue Confirmation Hearing, and Related Deadlines, and for Other Related Relief* (Doc. No. 193) (the

[1] The last four digits of Debtor's tax identification number are 6210. Debtor's primary place of business is 5000 Avenue of the Stars, Kissimmee, Florida 34746.

"Motion")[2] filed by the Debtor Star Island Vacation Ownership Association, Inc. After reviewing the Motion and the record, the Court finds requested modification of the Scheduling Order is appropriate pursuant to 105(a) title 11 of the United States Code (the "Bankruptcy Code"), Rule 3017.2 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Bankruptcy Rule 9006(b)(1). Accordingly, it is **ORDERED**:

1. The Motion is **GRANTED**.

2. The Court, at the request of Debtor, and subject to its availability, may modify the dates of and adjourn any hearing(s) set by this Order, provided that the Debtor will serve notice to all requisite parties informing them of such modification.

3. The hearing to consider approval of Debtor's Plan is rescheduled from November 10, 2026 at 1:30 p.m. to **December 9, 2026, at 1:30 p.m.** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

4. The deadlines set forth in the *Order (I) Scheduling Hearing on Confirmation of Plan of Liquidation, (II) Setting Related Deadlines, and (III) Setting Deadlines for Filing Administrative Expense Applications* (Doc No. 102) shall continued as follows:

a. Deadline to File Administrative Expense Application– November 25, 2026

b. Deadline for Objections to Confirmation or Adequacy of Disclosures – December 2, 2026

c. Deadline for Acceptance or Rejection of the Plan – December 2, 2026

d. Deadline to make 11 U.S.C. §1111(b) Election – December 2, 2026

e. Deadline to File Confirmation Affidavit – December 7, 2026

---

[2] Terms not defined in this Order have the definition attributed to them in the Motion.

f. Deadline to file Ballot Tabulation – December 7, 2026

g. Confirmation Hearing – December 9, 2026, at 1:30 p.m.

###

*Omni Agent Solutions must serve this Order upon all interested parties within 3 days of entry of this Order.*