# EXHIBIT A

**(Proposed Interest Bar Date Order)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 6:25-bk-07207-GER |
| STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC., | CHAPTER 11 |
| | Subchapter V |
| Debtor. | |

_____________________________________/

**[PROPOSED] ORDER (A) ESTABLISHING BAR DATES FOR FILING PROOF OF ASSOCIATION MEMBER INTEREST FORMS; (B) APPROVING THE FORM OF AND MANNER FOR FILING PROOF OF ASSOCIATION MEMBER INTEREST FORMS; AND (C) APPROVING NOTICE THEREOF**

THIS MATTER CAME before the Court on _______________ at __________ on the *Debtor's Motion to (A) Establish Bar Date for Filing Proof of Association Member Interest Forms; (B) Approve the Form and Manner for Filing Proof of Association Member Interest Forms; and (C) Approve Notice Thereof* (the "Motion")[2] [Doc. No._____] filed by the Star Island Vacation Ownership Association, Inc. (the "Debtor"). The Court, having reviewed the Motion, having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and having heard argument of counsel and any objections at the hearing on the Motion finds good cause to grant the Motion for the reasons stated on the record at the Hearing.

Accordingly, the Court hereby **ORDERS** as follows:

---

[2] All terms not otherwise defined in this Order have the meaning attributed to them in the Motion.

1. The Motion is **GRANTED** as set forth herein.

2. Within seven days of the entry of this order, the Debtor shall post on the website (the "Omni Website") maintained by Omni Agent Services, Inc. ("Omni") a list of the Association Members (excluding the Debtor itself), which will include the following (collectively, the "Owner Data"):

(a) The contract number (which will be redacted);

(b) Name of the primary account holder (the "Primary"), which will be the named payee for distributions under the Plan;

(c) Names of any additional parties to the contract;

(d) The address of the Primary, which is where distributions under the Plan will be mailed; and

(e) The Ownership Interest, which reflects the number of the building, the unit number, and the week number owned.

## I. The Bar Date for Filing Proofs Interests

3. All Proof of Association Member Interest Forms must be filed with and actually received by the Debtor's claims and noticing agent, Omni Agent Services, Inc. ("Omni"), on or before **January 29, 2027 at 4:30 p.m., prevailing Eastern Time** (the "Interest Bar Date") as set forth herein. The Interest Bar Date applies to all holders of Interests against the Debtor.

4. In the event the Debtor amends the Member List, any person or entity affected by such amendment and who is therefore required to file a Proof of Association Member Interest Form shall file such form no later than 4:30 p.m., prevailing Eastern Time, on the date that is 21 days from the date on which the Debtor provides notice of the amended Member List (the "Amended Member List Bar Date").

## II. Parties Required to Submit a Proof of Association Member Interest Form

5. The following persons or entities holding interests in the Property *must* file a Proof of Association Member Interest Form on or before the Interest Bar Date:

(a) any person or entity that is an Association Member and is not listed on the Member List, or

(b) any person or entity that is listed in the Member List and believes that any of the Owner Data listed for their contract is incorrect.

## III. Parties Who Do Not Need to File Proof of Association Member Interest Form

6. The following entities holding interests that would otherwise be subject to the Interest Bar Date **need *not* file** a Proof of Association Member Interest Form:

(a) any person or entity that is an Association Member listed on the Member List and such person or entity accepts the Owner Data listed for their contract.

## IV. Approval of the Proof of Association Member Interest Form

7. Each person or entity described in paragraph 5 above and that asserts an Association Member Interest in the Property is required to file a Proof of Association Member Interest Form substantially in the form attached to the Motion as **Exhibit C** (the "Proof of Association Member Interest Form").

## V. Substantive Requirements of Proofs of Association Member Interest

8. The following requirements shall apply with respect to filing and preparing the Proof of Association Member Interest Form:

(a) each Proof of Association Member Interest Form must (i) be written in English; (ii) include an interest amount denominated in a specific unit and week; (iii) conform substantially with the Proof of Association Member Interest Form provided by the Debtor; and (iv) be signed by the Association Member or by an authorized agent or legal representative of the Association Member;

(b) each Proof of Association Member Interest Form other than an electronically submitted Proof of Association Member Interest Form must contain an original signature of the holder or the holder's authorized agent or legal representative;

(c) each Proof of Association Member Interest Form must include supporting documentation to evidence the ownership interest in accordance with the same requirements as provided by Bankruptcy Rules 3001(c); and

(d) each Proof of Association Member Interest Form, including any supporting documentation, must be submitted: (i) on the Website by completing the Proof of Association Member Interest Form that can be accessed at the Website at https://omniagentsolutions.com/StarIsland, on or before the applicable Bar Date; or (ii) by United States mail or other hand delivery system, so as to be actually received by Omni Agent Solutions on or before the applicable Bar Date at the following address:

Star Island Vacation Ownership Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

(e) Except as expressly permitted above in the context of electronic submissions on the Website, Proof of Association Member Interest Forms otherwise sent by facsimile or telecopy, electronic mail or other form of electronic submissions will not be accepted.

## VI. Consequences of Failure to File a Proof of Association Member Interest Form

9. In accordance with Bankruptcy Rule 3003(c)(2), the Debtor proposes that any person or entity who is required, but fails, to file a Proof of Association Member Interest Form in accordance with the terms of the Interest Bar Date Order on or before the Interest Bar Date shall, except as otherwise authorized by order of the Court, be forever barred, estopped and enjoined from: (a) asserting any interest in the Property other than as set forth in the Member List, (b) voting on any chapter 11 plan proposed by the Debtor other than as set forth in the Member List, or (c) participating in any distribution on account of such Association Member Interest in the Property or receiving further notices regarding such interest in the Property other than as set forth in the Member List.

## VII. Procedures for Providing Notice of Interest Bar Date

### A. Actual Notice

10. Within five (5) days of the date of this Order, the Debtor shall (i) file a redacted version of the Member List with the Court, and (ii) shall post a searchable copy of the Member List on the website for this case hosted by Omni Agent Solutions.

11. No later than seven (7) calendar days after entry of this Order, the Debtor will serve written notice of the Interest Bar Date, substantially in the form attached to the motion as **Exhibit B** (the "Interest Bar Date Notice") and a Proof of Association Member Interest Form substantially in the form attached to the motion as **Exhibit C** (together the "Proof of Association Member Interest Bar Date Package") by first class United States mail, postage prepaid, or by electronic mail if the parties have consented to electronic service on (a) the United States Trustee for the Middle District of Florida; (b) the Subchapter V Trustee appointed in this case; and (c) all known holders of interests against the Debtor or in the Property as of the date of the Interest Bar Date Order; and (f) all Association Members. The Debtor may also send the Proof of Association Member Interest Bar Date Package by electronic mail to all of the foregoing parties for whom the Debtor has e-mail addresses.

### B. Supplemental Mailings

12. After the initial mailing of the Proof of Association Member Interest Bar Date Packages, the Debtor may, in its discretion, make supplemental mailings of notices, including in the event that: (a) notices are returned by the post office with forwarding addresses; (b) certain parties acting on behalf of parties in interest decline to pass along notices to these parties and instead return their names and addresses to the Debtor for direct mailing; and (c) additional potential holders of interests that become known. In this regard, the Debtor may make supplemental mailings of the Proof of Association Member Interest Bar Date Packages in these

and similar circumstances at any time up to twenty-one (21) days in advance of the applicable Bar Date, with any such mailings being deemed timely and the Interest Bar Date being applicable to the recipient holders of interests. When filing any supplemental notices with the Court, the Debtor shall redact the addresses of all recipients.

**C. Publication of Bar Date Notice**

13. Within 14 days of the entry of this Order, the Debtor shall cause notice of the Interest Bar Date to be published, substantially in the form attached to the Motion as **Exhibit D** (the "Publication Notice"), on one occasion in the Orlando Sentinel and on one occasion in either the Wall Street Journal or USA Today.

**VIII. Miscellaneous**

14. The Debtor is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

15. The terms and conditions of this Order shall be immediately effective and enforceable.

16. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

**Submitted by:**

Jeffrey Kucera
**K&L GATES LLP**
200 S Biscayne Blvd,
Miami, FL 33131
Phone: 305-539-3322
Fax: 305-358-7095

[Attorney KUCERA is directed to serve copies of this order on all interested parties and to file a certificate of service.]