# EXHBIT C

**(Proof of Association Member Interest Form)**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

In re: CASE NO. 6:25-bk-07207-GER

STAR ISLAND VACATION OWNERSHIP ASSOCIATION, INC., CHAPTER 11

Subchapter V

Debtor.
_______________________________________/

**PROOF OF ASSOCIATION MEMBER INTEREST FORM**

1. Name of Primary Account Holder:__________________________________________

2. Mailing address (this is where any disbursements will be sent; only one disbursement will be sent for each contract):____________________________________________________________

3. Phone No.:__________________________ 4. Email :______________________________

5. Additional Named Parties on Account:________________________________________

______________________________________________________________

6. Contract No.:________________________ 7. Member No.:______________________________

8. Number of Points Owned:________________________________________________________

9. Unpaid management fees and dues:__________________________________________________

10. Are your points annual or biannual?________________________________________________

11. Has a death, divorce, or other event changed the ownership of this account? If so, please describe those events and attach any relevant documents:__________________________________

________________________________________________________________________________

________________________________________________________________________________

12. If you believe the payee of any disbursement check should *NOT* be the same as the Primary Account Holder, please state what name should be used and why, and attach any relevant documents:_____________________________________________________________________

________________________________________________________________________________

**I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS PROOF OF INTEREST IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND REASONABLE BELIEF.**

Signature:___________________________________ Date:____________________

Print Name:__________________________________